ProtectMarriage.com - Yes on 8, a Project of California Renewal et al v. Bowen et al       Doc. 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ProtectMarriage.com - Yes on 8, A Project of California Renewal, et al.
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:09-CV-00058-MCE-DAD

Debra Bowen, et al.
Defendant(s)/Respondents(s).

**IMPORTANT**
IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.

☐ **CONSENT** TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____    Signature: _____

Print Name: _____
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☐ Counsel for * _____

☑ **DECLINE** OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: 01/08/2008    Signature: /s/Timothy D. Chandler

Print Name: Timothy D. Chandler
☐ Plaintiff/Petitioner ☐ Defendant/Respondent
☑ Counsel for * Plaintiffs ProtectMarriage.com - Yes on 8, A Project of California Renewal and National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage

*If representing more than one party, counsel must indicate name of each party responding.*

Dockets.Justia.com

# PROOF OF SERVICE

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 8, 2009, I electronically filed the foregoing document described as DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE, which will be served on all Defendants along with the Summons and Complaint.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 8, 2009 at Folsom, California.

s/Timothy D. Chandler  
Timothy D. Chandler (CA Bar No. 234325)  
Attorney for Plaintiff