James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:     (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:     (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

## United States District Court
### Eastern District of California
### Sacramento Division

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs,* | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXPEDITE** |
| *v.* | |
| **Debra Bowen, et al.,** | Date:    TBD |
| *Defendants.* | Time:    TBD |
| | Honorable Morrison C. England, Jr. |

**Plaintiffs' Notice of Motion and Motion to Expedite**                    1

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

YOU ARE HEREBY GIVEN NOTICE THAT on a DATE TO BE DETERMINED BY COURT ORDER, before the Honorable Morrison C. England, Jr. in Courtroom TO BE DETERMINED BY COURT ORDER of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento California 95814, Plaintiff ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com"), National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), and John Doe #1, an individual, and as a representative of the Class of Major Donors, will and hereby do move to expedite this action.

This motion to expedite is made pursuant to 28 U.S.C. § 1657, and on the grounds specified in this notice of motion and motion, Plaintiffs' Memorandum in Support of Motion to Expedite, the declarations filed in support Plaintiffs' Motion for Preliminary Injunction, the Complaint, and such other and further evidence as may be presented to the Court at the time of the hearing.

Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors hereby move to expedite this action.


Dated this 9th day of January, 2009.

Respectfully submitted,


___/S/ Timothy D. Chandler_____
Timothy D. Chandler (Cal. Bar No. 234325)
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Counsel for All Plaintiffs
Designated Counsel for Service

James Bopp, Jr. (Ind. Bar No. 2838-84)*
Barry A. Bostrom (Ind. Bar No.11912-84)*
Sarah E. Troupis (Wis. Bar No. 1061515)*
Scott F. Bieniek (Ill. Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Counsel for All Plaintiffs
*Pro Hac Vice Application Pending

**Plaintiffs' Notice of Motion and
Motion to Expedite**                    2

1

**PROOF OF SERVICE**

2        I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My

3   business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

4        On January 9, 2009, I electronically filed the foregoing document described as Plaintiffs'

5   Notice of Motion and Motion to Expedite, which will be served on all Defendants along with the

6   Summons and Amended Complaint.

7        I declare under penalty of perjury under the laws of the State of California that the above is true

8   and correct. Executed on January 9, 2009 at Folsom, California.

9

10                            <u>s/Timothy D. Chandler</u>
                              Timothy D. Chandler (CA Bar No. 234325)
11                            Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Plaintiffs' Notice of Motion and
Motion to Expedite**                3