James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| **Debra Bowen, et al.,** | Date: TBD |
| *Defendants*. | Time: TBD |
| | Honorable Morrison C. England, Jr. |

**Notice of Motion and Plaintiffs'
Motion for Protective Order and
Leave to File Documents Under Seal**            1

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

YOU ARE HEREBY GIVEN NOTICE THAT on A DATE TO BE DETERMINED BY COURT ORDER, before the Honorable Morrison C. England, Jr. in Courtroom TO BE DETERMINED BY COURT ORDER of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento California 95814, Plaintiff ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com"), National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), and Plaintiff John Doe #1, an individual, and as a representative of the Class of Major Donors, will and hereby do move for a protective order and for leave to file documents under seal.

This motion for protective order and for leave to file documents under seal is made pursuant to Fed. R. Civ. P. 5.2(e) and Local Rules 39-140 and 39-141, and on the grounds specified in this notice of motion and motion, Plaintiffs' Memorandum in Support of Motion for Protective Order and For Leave to File Documents Under Seal, the declarations filed in support Plaintiffs' Motion for Preliminary Injunction, the Complaint, and such other and further evidence as may be presented to the Court at the time of the hearing.

Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors respectfully move this Court for an Order:

(1) Granting Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors leave to file any declaration under seal of any individual or organization that supported Proposition 8 or that is a member of or donor to ProtectMarriage.com or NOM-California;

**Notice of Motion and Plaintiffs'
Motion for Protective Order and
Leave to File Documents Under Seal**      2

1. (2) Granting Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors leave to redact any personal information from any and all filings not filed under seal that could be used to identify supporters of Proposition 8 or members of or donors to ProtectMarriage.com or NOM-California;

2. (3) Granting Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors leave to file an additional unredacted copy, if the Court so desires, of any document that is redacted pursuant to FRCP 5.2(f), or in the alternative, leave to file a reference list under seal pursuant to FRCP 5.2(g);

3. (4) Prohibiting Defendants, their agents, servants, employees, officials, or any other person acting in concert with them or on their behalf, from revealing the name of any individual that supported Proposition 8 or that is a member of or donor to ProtectMarriage.com or NOM-California.

Dated this 9th day of January, 2009.

Respectfully submitted,

\_\_\_/S/\_Timothy D. Chandler_____
Timothy D. Chandler (Cal. Bar No. 234325)
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Counsel for All Plaintiffs
Designated Counsel for Service

James Bopp, Jr. (Ind. Bar No. 2838-84)*
Barry A. Bostrom (Ind. Bar No.11912-84)*
Sarah E. Troupis (Wis. Bar No. 1061515)*
Scott F. Bieniek (Ill. Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Counsel for All Plaintiffs
*Pro Hac Vice Application Pending*

**Notice of Motion and Plaintiffs'
Motion for Protective Order and
Leave to File Documents Under Seal** 3

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 9, 2009, I electronically filed the foregoing document described as Notice of Motion and Plaintiffs' Motion for Protective Order and Leave to File Documents Under Seal, which will be served on all Defendants along with the Summons and Amended Complaint.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 9, 2009 at Folsom, California.

s/Timothy D. Chandler
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff

**Notice of Motion and Plaintiffs'
Motion for Protective Order and
Leave to File Documents Under Seal**     4