James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

**Pro Hac Vice Application Pending*
*** Designated Counsel for Service*

# United States District Court
## Eastern District of California
### Sacramento Division

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **PLAINTIFFS' *EX PARTE* MOTION TO EXCEED PAGE LIMIT** |
| v. | |
| **Debra Bowen, et al.,** | Honorable Morrison C. England, Jr. |
| *Defendants*. | |

**Plaintiffs' *Ex Parte* Motion to Exceed Page Limit**   1

Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com), National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), and John Doe #1, an individual, and as a representative of the Class of Major Donors, respectfully move for permission to exceed the page limit for their Memorandum in Support of Preliminary Injunction.

The Order Requiring Joint Status Report provides that any briefs filed prior to the issuance of the Pretrial (Status) Scheduling Order shall not exceed twenty (20) pages. Because of the complexity of the constitutional issues of this case, and the fact that Count I of Plaintiffs' Complaint is extremely fact intensive, it is necessary to set forth the facts establishing that Defendants violated Plaintiffs' First and Fourteenth Amendment rights and exceed the Court's page limit. Plaintiffs respectfully request that the Court accept the brief as submitted and would not object to the Court's similarly extending the page limit for a brief by Defendants.

A proposed order is attached.

Respectfully submitted,

\_\_\_/S/\_Timothy D. Chandler_____

| Timothy D. Chandler (Cal. Bar No. 234325) | James Bopp, Jr. (Ind. Bar No. 2838-84)* |
|---|---|
| ALLIANCE DEFENSE FUND | Barry A. Bostrom (Ind. Bar No.11912-84)* |
| 101 Parkshore Drive, Suite 100 | Sarah E. Troupis (Wis. Bar No. 1061515)* |
| Folsom, CA 95630 | Scott F. Bieniek (Ill. Bar No. 6295901)* |
| Counsel for All Plaintiffs | BOPP, COLESON & BOSTROM |
| Designated Counsel for Service | 1 South Sixth Street |
| | Terre Haute, IN 47807-3510 |
| | Counsel for All Plaintiffs |
| | *Pro Hac Vice Application Pending |

**Plaintiffs'** *Ex Parte* **Motion to Exceed Page Limit**     2