James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending*
**Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**Debra Bowen, et al.,**<br><br>*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  TBD<br>Time:  TBD<br>Honorable Morrison C. England, Jr.<br><br>Oral Argument Requested<br><br>Estimated Time Needed: One Hour |

**Plaintiffs' Notice of Motion and Motion for Preliminary Injunction**          1

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

YOU ARE HEREBY GIVEN NOTICE THAT on A DATE TO BE DETERMINED BY COURT ORDER, before the Honorable Morrison C. England, Jr. in Courtroom TO BE DETERMINED BY COURT ORDER of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento California 95814, Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com"), National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), and John Doe #1, an individual, and as a representative of the Class of Major Donors ("Class of Major Donors"), will and hereby do move for a preliminary injunction against Defendants.

This motion for preliminary injunction is made pursuant to Fed. R. Civ. P. 65(a), and on the grounds specified in this notice of motion and motion, Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction, the declarations filed in support thereof, the Complaint, and such other and further evidence as may be presented to the Court at the time of the hearing.

Pursuant to this notice, Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors hereby move for a preliminary injunction to:

(1) Enjoin Defendants from enforcing California Government Code ("CGC") § 84200 ("Semi-Annual Report") against Plaintiffs ProtectMarriage.com, NOM-California, and members of the Class of Major Donors;

(2) Enjoin Defendants from commencing any criminal or civil action against Plaintiffs ProtectMarriage.com, NOM-California, and members of the Class of Major Donors for failing to comply with CGC § 84200 or any other reporting provision; and

**Plaintiffs' Notice of Motion and
Motion for Preliminary Injunction**   2

1     (3)     Stop Defendants from publishing or otherwise continuing to make available, whether directly or indirectly, any reports or campaign statements previously filed by Plaintiffs ProtectMarriage.com, NOM-California, and members of the Class of Major Donors as required by the Political Reform Act of 1974, CGC § 81000 *et seq*.

Dated this 9th day of January, 2009.

Respectfully submitted,

\_\_\_/S/\_Timothy D. Chandler_____

| Timothy D. Chandler (Cal. Bar No. 234325) | James Bopp, Jr. (Ind. Bar No. 2838-84)* |
| --- | --- |
| ALLIANCE DEFENSE FUND | Barry A. Bostrom (Ind. Bar No.11912-84)* |
| 101 Parkshore Drive, Suite 100 | Sarah E. Troupis (Wis. Bar No. 1061515)* |
| Folsom, CA 95630 | Scott F. Bieniek (Ill. Bar No. 6295901)* |
| Counsel for All Plaintiffs | BOPP, COLESON & BOSTROM |
| Designated Counsel for Service | 1 South Sixth Street |
| | Terre Haute, IN 47807-3510 |
| | Counsel for All Plaintiffs |
| | *Pro Hac Vice Application Pending* |

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My |
| 3 | business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630. |
| 4 | On January 9, 2009, I electronically filed the foregoing document described as Plaintiffs' |
| 5 | Notice of Motion and Motion for Preliminary Injunction, which will be served on all Defendants along |
| 6 | with the Summons and Amended Complaint. |
| 7 | I declare under penalty of perjury under the laws of the State of California that the above is true |
| 8 | and correct. Executed on January 9, 2009 at Folsom, California. |

s/Timothy D. Chandler
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff
