James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:     (812) 232-2434
Facsimile:     (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:     (916) 932-2850
Facsimile:     (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,**<br><br>       *Plaintiffs*,<br><br> *v.*<br><br>**Debra Bowen, et al.,**<br><br>       *Defendants*. | Case No.  2:09-CV-00058-MCE-DAD<br><br>***EX PARTE* MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION, MOTION TO EXPEDITE, AND MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND REPLIES TO THE SAME** |

**Ex Parte Motion to Shorten Time**

1

1    Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal

2    ("ProtectMarriage.com"), National Organization for Marriage California - Yes on 8, Sponsored

3    by National Organization for Marriage ("NOM-California"), and John Doe #1, an individual,

4    and as a representative of the Class of Major Donors, will and hereby do move to shorten time

5    for hearing on their motion for preliminary injunction, motion to expedite, and motion for

6    protective order and leave to file documents under seal, and time to file opposition and replies to

7    the same.

8        This *ex parte* motion to shorten time is made pursuant to Local Rule 6-144(d), and on the

9    grounds specified in this motion, and the Affidavit of Sarah E. Troupis filed in support hereof.

10       Plaintiffs hereby move for an order shortening time for hearing, and for the filing of

11   opposition and replies, to Plaintiffs' Motion for Preliminary Injunction, Motion to Expedite, and

12   Motion for Protective Order and Leave to File Documents Under Seal.

13       Plaintiffs propose Monday, January 26, 2009, or Tuesday, January 27, 2009, if available

14   on the Court's calendar, for a hearing on all aforementioned motions.

15

16   Dated this 9th day of January, 2009.

17   Respectfully submitted,

18

19   /s/Timothy D. Chandler
     Timothy D. Chandler (Cal. Bar No. 234325)      James Bopp, Jr. (Ind. Bar No. 2838-84)*
20   ALLIANCE DEFENSE FUND                           Barry A. Bostrom (Ind. Bar No.11912-84)*
     101 Parkshore Drive, Suite 100                  Sarah E. Troupis (Wis. Bar No. 1061515)*
21   Folsom, CA 95630                                Scott F. Bieniek (Ill. Bar No. 6295901)*
     Counsel for All Plaintiffs                      BOPP, COLESON & BOSTROM
22   Designated Counsel for Service                  1 South Sixth Street
                                                     Terre Haute, IN 47807-3510
23                                                   Counsel for All Plaintiffs
                                                     *Pro Hac Vice Application Pending
24

25

26

27
     **Ex Parte Motion to Shorten Time**
28

1 | **PROOF OF SERVICE**

2 |     I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My

3 | business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

4 |     On January 9, 2009, I electronically filed the foregoing document described as Ex Parte Motion

5 | to Shorten Time for Hearing on Motion for Preliminary Injunction, Motion to Expedite, and Motion

6 | for Protective Order and Time to File Opposition and Relies to the Same, which will be served on all

7 | Defendants along with the Summons and Amended Complaint.

8 |     I declare under penalty of perjury under the laws of the State of California that the above is true

9 | and correct. Executed on January 9, 2009 at Folsom, California.

10 |

11 |                                         s/Timothy D. Chandler
                                            Timothy D. Chandler (CA Bar No. 234325)
12 |                                         Attorney for Plaintiff

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**Ex Parte Motion to Shorten Time**          3