1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Barry A. Bostrom (Ind. State Bar No.11912-84)*
2  Sarah E. Troupis (Wis. State Bar No. 1061515)*
   Scott F. Bieniek (Ill. State Bar No. 6295901)*
3  BOPP, COLESON & BOSTROM
   1 South Sixth Street
4  Terre Haute, IN 47807-3510
   Telephone:    (812) 232-2434
5  Facsimile:    (812) 235-3685
   *Pro Hac Vice Application Pending
6
   Timothy D. Chandler (Cal. State Bar No. 234325)
7  ALLIANCE DEFENSE FUND
   101 Parkshore Drive, Suite 100
8  Folsom, CA 95630
   Telephone:    (916) 932-2850
9  Facsimile:    (916) 932-2851

10 Counsel for All Plaintiffs

11                        **United States District Court**
                          **Eastern District of California**
12                        **Sacramento Division**

13

14   **ProtectMarriage.com,** *et al.*,              **Case No. 2:09-CV-00058-MCE-DAD**

15                                *Plaintiffs*,      **DECLARATION OF SARAH E. TROUPIS**
                                                     **IN SUPPORT OF PLAINTIFFS' MOTION**
16        *v.*                                       **FOR PRELIMINARY INJUNCTION**

17   **Debra Bowen, et al.,**                           Date:  TBD
                                                        Time:  TBD
18                                *Defendants*.         Honorable Morrison C. England, Jr.

19

20

21

22        I, Sarah E. Troupis, make the following declaration pursuant to 28 U.S.C. § 1746:

23        1. I am a resident of the state of Indiana over 18 years of age, and my statements herein

     are based on personal knowledge.
24

25

26

27

28   **Declaration of Sarah E. Troupis**
     **in Support of Plaintiffs' Motion for**
     **Preliminary Injunction**

                                              1

1    2. This declaration is made in support of Plaintiffs' Memorandum in Support of Motion

2    for Preliminary Injunction.

3    3. The articles listed below and attached hereto as Exhibits A - BE are true and correct

4    copies of articles that I have accessed online since November 4, 2008, each of which documents

5    one or more incidents relating to people who supported Proposition 8:

6    **Discussing Negative Effects of Public Disclosure**

7    Exhibit A:    John R. Lott, Jr. and Bradley Smith (Opinion), *Donor Disclosure Has Its*
8                  *Downsides: Supporters of California's Prop. 8 have faced a backlash*, Wall Street
                   Journal*, Dec. 26, 2008, *available at*
9                  http://online.wsj.com/article/SB123025779370234773.html (last visited Dec. 30,
                   2008).

10   Exhibit B:    Steve Lopez (Opinion), *Readers Have Choice Words (Pro and Con) on Prop. 8*,
                   L.A. Times, Dec. 17, 2008.
11

     **Death Threats, Physical Violence, and Threats of Physical Violence**
12
     Exhibit C:    *Proposition 8 Death Threats*, CBS Fresno, Oct. 31, 2008, *available at*
13                 http://www.cbs47.tv/news/local/story/Proposition-8-Death-Threats/iQyK1E0C30
                   aNjdD0tVyMJA.cspx (last visited Dec. 5, 2008).
14
     Exhibit D:    Amanda Perez, *Prop 8 Death Threats*, ABC Fresno, Oct. 31, 2008, *available at*
15                 http://abclocal.go.com/kfsn/story?section=news/local&id=6479861&pt=print
                   (last visited Dec. 1, 2008).
16
     Exhibit E:    John-Thomas Kobos, *Proposition 8 Email Threats*, ABC Fresno, Nov. 7, 2008,
17                 *available at*
                   http://abclocal.go.com/ksfn/story?section=news/local&id=6494921&pt=print
18                 (last visited Dec. 1, 2008).

19   Exhibit F:    Colleen Raezler, *O'Reilly Alone Reports Gay Attack on Christians*, Culture and
20                 Media Institute, Nov. 19, 2008, *available at*
                   http://www.cultureandmediainstitute.org/printer/2008/20081119181938.aspx (last
21                 visited Dec. 5, 2008).

22   Exhibit G:    *Anger Over Prop. 8 Erupts in San Francisco*, KTVU Oakland, Nov. 14, 2008,
                   *available at* http://www.ktvu.com/print/17986914/detail.html (last visited Dec. 5,
23                 2008).

24   Exhibit H:    David Markland, *Prop 8 Supporter Attacked While Distributing Signs*, NBC San
                   Diego, Oct. 22, 2008, *available at*
25                 http://www.nbcsandiego.com/news/elections/local/Prop_8_supporter_attacked_w
                   hile_distributing_signs_DGO.html (last visited Nov. 24, 2008).

26   Exhibit I:    *FBI Investigating White Powder Mailed to Knights' Headquarters*, The Boston
                   Pilot,   *available at* http://www.thebostonpilot.com/articpleprint.asp?ID=7228
27

28   **Declaration of  Sarah E. Troupis**
     **in Support of Plaintiffs' Motion for**
     **Preliminary Injunction**

1                    (last visited Dec. 5, 2008).

2 Exhibit J:      Ben Winslow, *Powder Scares at 2 LDS Temples, Catholic Plant*, Deseret News, Nov. 14, 2008, *available at*
3                 http://deseretnews.com/article/content/mobile/1,5620,705262822,00.html?printView=true (last visited Dec. 5, 2008).

4

5 Exhibit K:     Pamela Hale-Burns, *Prop. 8 Protest Mostly Peaceful Despite 15 Arrests*, Long Beach Press-Telegram, Nov. 8, 2008, *available at* http://www.presstelegram.com/search/ci_10938555 (last visited Dec. 5, 2008).

6

7 Exhibit L:     John Cadiz Klemack, Patrick Healy, and Jon Lloyd, *Prop 8 Protestors March Into Nigh Protests Continue Into Second Day*, NBC Los Angeles, Nov. 7, 2008, *available at*
8                 http://www.nbclosangeles.com/news/local/Protestors_Signal_Battle_over_Same_Sex_Marriage_Not_Over.html (last visited Dec. 5, 2008).

9

10 Exhibit M:    Paul Elias, *Hundreds Protest Over Prop. 8*, Deseret News, Nov. 7, 2008, *available at*
11                 http://deseretnews.com/article/content/mobile/1,5620,705261173,00.html?printView=true (last visited Dec. 5, 2008).

12 Exhibit N:     Jennifer Garza, *Protests Over Proposition 8 Outcome Getting Personal*, Deseret News, Nov. 13, 2008, *available at*
13                 http://deseretnews.com/article/content/mobile/1,5620,705262671,00.html (last visited Nov. 25, 2008).

14

15 Exhibit O:     Adrienne S. Gaines, *Radical Gay Activists Seek to Intimidate Christians*, Charisma Magazine, Nov. 19, 2008, *available at*
16                 http://www.charismamag.com/cms/news/archives/111908.php (last visited Dec. 5, 2008).

17 Exhibit P:     http://broadwayworld.com/board/readmessage.cfm?boardid=2&thread=983640

18 **Vandalism**

19

20 Exhibit Q:     Chelsea Phua, *Mormon Church in Orangevale Vandalized in Wake of Prop. 8 Vote*, Sacramento Bee, Nov. 9, 2008, *available at* http://www.sacbee.com/295/v-print/story/1382472.html (last visited Dec. 1, 2008).

21

22 Exhibit R:     *Vandals Egg Downtown Fresno Church*, ABC Fresno, Oct. 28, 2008, *available at* http://abclocal.go.com/kfsn/story?section=news/local&id=6473251&pt=print (last visited Dec. 1, 2008).

23

24 Exhibit S:     *Vandals Arrange Prop. 8 Signs Into Swastika*, CBS Los Angeles, Nov. 7, 2008, *available at* http://cbs2.com/local/Proposition.8.Vandalism.2.859176.html (last visited Dec. 5, 2008).

25

26 Exhibit T:     *Vandals Spray Paint Signs in Downtown Fullerton*, Orange County Register, Oct. 20, 2008, *available at*
                http://www.ocregister.com/articles/macdonald-one-police-2200383-paint-vandals

27

28 **Declaration of Sarah E. Troupis**
**in Support of Plaintiffs' Motion for**
**Preliminary Injunction**

1     # (last visited Dec. 5, 2008).

2  Exhibit U:     Bob Banfield, *Neighborhood Vandalized Over Prop 8*, ABC Los Angeles, Oct.
               31, 2008,
3              http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=648281
               0&pt=print (last visited Dec. 5, 2008).
4
   Exhibit V:     *Anti-Prop 8 Vandals Hit Alto Loma Home*, ABC Los Angeles, Oct. 28, 2008,
5              *available at*
               http://abclocal.go.com/kabc/story?section=news/local/inland_empire&id=647055
6              7&pt=print (last visited Dec. 5, 2008).

7  Exhibit W:     *Vandals Strike Prop 8 Homes in SJ*, ABC San Francisco, Oct. 27, 2008, *available
               at*
8              http://abclocal.go.com/kgo/story?section=news/local/south_bay&id=6472609&pt
               =print (last visited Dec. 5, 2008).
9
   Exhibit X:     *Vandals Target Prop 8 Supporters in NorCal*, CBS Los Angeles, Oct. 28, 2008,
10             *available at* http://cbs2.com/local/Proposition.8.Vandalism.2.850469.html (last
               visited Dec. 5, 2008).
11
   Exhibit Y:     Barbara Giasone, *Five Held on Suspicion of Stealing "Yes" on Prop. 8 Signs*,
12             Orange County Register, Oct. 21, 2008, *available at*
               http://www.ocregister.com/articles/signs-macdonald-five-2201253-fullerton-sign
13             (last visited Dec. 5, 2008).

14 Exhibit Z:     Aaron Bruner, *Prop 8 Supporters Face Sign Theft, Vandalism*, California Aggie,
               Oct. 29, 2008, *available at* http://www.californiaaggie.com/article/1747 (last
15             visited Nov. 24, 2008).

16 Exhibit AA:    Salvador Hernandez, *Prop. 8 Sign-Stealing Ignites Free Speech Debate*, Orange
               County Register, Oct. 30, 2008, *available at*
17             http://www.ocregister.com/articles/signs-stolen-people-2211707-proposition-sing
               am (last visited Dec. 5, 2008).
18
   Exhibit AB:    Chris Daines, *Dana Point Man Will Keep Replacing Downed Signs Favoring
19             Prop. 8*, Orange County Register, Oct. 31, 2008, *available at*
               http://www.ocregister.com/articles/sign-vogeler-put-2213420-signs-down (last
20             visited Dec. 5, 2008).

21 Exhibit AC:    *Sheriff: Prop. 8 Signs Being Stolen, Burned*, KCRA Sacramento, Oct. 20, 2008,
               *available at* http://www.kcra.com/news/17758850/detail.html (last visited Dec. 8,
22             2008).

23 **Examples of How Public Disclosure Reports are Being Used**

24 Exhibit AD:    Steve Lopez, *A Life Thrown Into Turmoil by $100 Donation for Prop. 8*, Los
               Angeles Times, Dec. 14, 2008, *available at*
25             http://www.latimes.com/news/local/la-me-lopez14-2008dec14,0,4735956,print.co
               lumn (last visited Dec. 15, 2008).
26
   Exhibit AE:    Greg Gutfeld, *Major Victory for Prop 8 Protestors*, Foxnews.com, Dec. 11, 2008,
27

28 **Declaration of  Sarah E. Troupis**
   **in Support of Plaintiffs' Motion for**
   **Preliminary Injunction**

                                    4

| | | |
|---|---|---|
| | | *available at* http://www.foxnews.com/printer_friendly_story/0,3566,465413,00.html (last visited Dec. 16, 2008). |
| | Exhibit AF: | Jennifer Bonnett, *Galt Attorney: Son Harassed by Teacher Over Proposition 8*, Lodi News-Sentinel, Oct. 31, 2008, *available at* http://lodinews.com/articles/2008/10/31/news/7_harassment_081031.prt (last visited Nov. 24, 2008). |
| | Exhibit AG: | John Diaz, *The Ugly Backlash Over Proposition 8*, SFGate.com, Nov. 23, 2008, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/INOQ147155.DTL& type=printable (last visited Nov. 25, 2008). |
| | Exhibit AH: | Gregg Goldstein, *Richard Raddon Resigns Post*, Hollywood Reporter, Nov. 25, 2008, *available at* http://www.hollywoodreporter.com/hr/content_display/news/e3ia4d7c75ed20987 5b1e63b36a5c025f44 (last visited Dec. 5, 2008). |
| | Exhibit AI | Marcus Crowder, *Theater Felt Growing Pressure Before Artistic Director Quit*, Sacramento Bee, Nov. 12, 2008, http://sacbee.com/101/v-print/story/1390297.html (last visited Dec. 5, 2008). |
| | Exhibit AJ: | *Student Leaders Face Recall Over Prop. 8*, KCRA Sacramento, Oct. 21, 2008, *available at* http://www.kcra.com/news/17768622/detail.html (last visited Dec. 8, 2008). |
| | Exhibit AK: | Alison Stateman, *What Happens If You're on Gay Rights' 'Enemies List'*, Time, Nov. 15, 2008, *available at* http://www.time.com/tim/printout/0,8816,1859323,00.html (last visited Nov. 24, 2008). |
| | Exhibit AL: | *Outing Prop. 8 Donors*, Long Beach Press-Telegram, Dec. 1, 2008, *available at* http://presstelegram.com/fdcp?1228505265584 (last visited Dec. 5, 2008). |
| | Exhibit AM: | *Pro. 8 – boycott, or blacklist?* (Editorial), L.A. Times, Dec. 10, 2008, *available at* http://www.latimes.com/news/opinion/editorials/la-ed-boycott10-2008dec10,0,27 03213.story (last visited Jan. 2, 2009). |
| | Exhibit AN: | *Prop. 8 Anger Spurs Donor Blacklists*, CBS News, Nov. 13, 2008, *available at* http://www.cbsnews.com/stories/2008/11/13/eveningnews/main4601227.shtml (last visited Nov. 24, 2008). |
| | Exhibit AO: | Lori Consalvo, *Proposition 8 Passage Inspires Protests; Proponents Claim Intimidation*, Inland Valley Daily Bulletin, Nov. 15, 2008, *available at* http://www.dailybulletin.com/fdcp?1227562641399 (Last visited Nov. 24, 2008). |
| | Exhibit AP: | Tami Abdollah and Cara Mia DiMassa, *Proposition 8 Protestors Target Businesses*, Los Angeles Times, Nov. 14, 2008, *available at* http://www.latimes.com/news/printedition/front/la-me-boycott14-2008nov14,0,46 89002,print.story (last visited Nov. 24, 2008). |

**Declaration of Sarah E. Troupis**
**in Support of Plaintiffs' Motion for**
**Preliminary Injunction**

| | |
|---|---|
| Exhibit AQ: | *Prop. 8 Opponents Protest Ice Cream Parlor*, KCRA Sacramento, Nov. 17, 2008, *available at* http://www.kcra.com/politics/17994183/detail.html (last visited Dec. 8, 2008). |
| Exhibit AR: | Jim Carlton, *Gay Activists Boycott Backers of Prop 8*, Wall Street Journal, Dec. 27, 2008, *available at* http://sec.online.wsj.com/article/SB123033766467736451.html (last visited Jan. 2, 2009). |
| Exhibit AS: | William M. Welch, *Prop 8 foes turn to 'blacklist' tactics*, USA Today, Dec. 21, 2008, *available at* http://www.usatoday.com/news/nation/2008-12-21-blacklist_N.htm (last visited Jan. 2, 2009). |
| Exhibit AT: | *Prop. 8 Victors Upset by Personal Attacks*, The Sacramento Bee, Nov. 12, 2008, *available at* http://www.sacbee.com/capitolandcalifornia/v-print/story/1390055.html (last visited Nov. 24, 2008). |
| Exhibit AU: | Martin Wisckol, *Prop. 8 Leaders Accuse Foes of Harassment, Intimidation*, Orange County Register, Nov. 14, 2008, *available at* http://www.ocregister.com/articles/prop-vassos-leaders-2229235-gay-marriage (last visited Dec. 5, 2008). |
| Exhibit AV: | *Activists Target Mormons for Gay-Marriage Ban's Success in California*, FOXNews.com, Dec. 1, 2008, *available at* http://www.foxnews.com/printer_friendly_story/0,3566,459544,00.html (last visited Dec. 1, 008). |
| Exhibit AW: | Matthai Kuruvila, *Mormons Face Flak for Backing Prop. 8*, SFGate.com, Oct. 27, 2008,   *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/10/27/BAP113OIRD.DTL&type=printable (last visited Dec. 5, 2008). |
| Exhibit AX: | John Wildermuth and Demian Bulwa, *Same-Sex Marriage Backers Hit Capitol, Churches*, SFGate.com, Nov. 10, 2008, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/10/MN4E141B3P.DTL&type=printable (last visited Dec. 5, 2008). |
| Exhibit AY: | *Local Donors Give $1.6 Million for Ban on Gay Marriage*, Orange County Register, Sept. 7, 2008, *available at* http://www.ocregister.com/articles/prop-gay-marriage-2149221-ban-california# (last visited Dec. 5, 2008). |
| Exhibit AZ: | John Wildermuth, *Gay-Rights Activists Protest Prop. 8 at Capitol*, SFGate.com, Nov. 22, 2008, *available at* http://www.sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/11/23/BAAR14ACGC.DTL&type=printable (last visited Dec. 5, 2008). |
| Exhibit BA: | Rachel Abramowitz and Tina Daunt, *Liberal Hollywood Ponders Next Step in Fight for Same-Sex Marriage*, Los Angeles Times, Nov. 23, 2008, *available at* http://www.latimes.com/entertainment/news/la-et-shunned23-2008nov23,0,3482815.story (last visited Jan. 2, 2009). |

**Declaration of  Sarah E. Troupis
in Support of Plaintiffs' Motion for
Preliminary Injunction**

Exhibit BB:    Devin Clerici, *Prop. 8 Foes Aim Their Ire at Lassen's Stores: Owner Backed Ballot Measure*, Ventura County Star, Nov. 19, 2008, *available at* http://www.venturacountystar.com/news/2008/nov/19/prop-8-foes-aim-their-ire-at-local-lassens/ (last visited Jan. 2, 2009).

Exhibit BC:    Denny Weinberg (Letter to the Editor), *Customers Boost for Lassen's*, Ventura County Star, Nov. 28, 2008, *available at* http://www.venturacountystar.com/news/2008/nov/28/ob7fclets28-fc/ (last visited Jan. 2, 2009).

Exhibit BD:    Bill Ainsworth, *Gay Rights Groups to Boycott Manchester Grand Hyatt: Owner Donated to Proposition 8*, San Diego Union-Tribune, July. 10, 2008, *available at* http://www.signonsandiego.com/news/metro/20080710-9999-1m10boycott.html (last visited Jan. 2, 2009).

Exhibit BE:    Tony Cochran, *Rally Against Prop H8: Manchester Grand Hyatt*, *available at* http://www.indybay.org/newsitems/2008/11/18/18552103.php (last visited Jan. 2, 2009).

4. The websites listed below are websites that I have accessed online since November 4, 2008, each of which lists donors to Proposition 8 and encourages taking some form of action against the listed donors or groups who supported Proposition 8:

http://antigayblacklist.com

http://www.mormonsstoleourrights.com

http://InvalidateProp8.org

http://californiansagainsthate.com

http://www.boycottmanchesterhotels.com/

http://boycotta-1selfstorage.com/

5. The document attached hereto as Exhibit BF is a true and correct copy of an editorial note explaining a student newspaper's decision to allow an article to be published anonymously because of the author's fear of retaliation because of his support for Proposition 8.

6. The websites listed below are websites that I have accessed since November 4, 2008, each of which, as of January 7, 2009, contained video footage of incidents targeting supporters of Proposition 8:

http://www.youtube.com/watch?v=VziklUbtHAE (supporter of Proposition 8 carrying cross has cross destroyed by opponents of Proposition 8)

**Declaration of Sarah E. Troupis**
**in Support of Plaintiffs' Motion for**
**Preliminary Injunction**

http://abclocal.go.com/kfsn/video?id=6545349 (mayor and pastor sent death threats)

http://abclocal.go.com/kfsn/video?id=6498621 (students opposing Proposition 8 block entrance to Fresno City Hall)

http://www.nbclosangeles.com/news/local/Protestors_Signal_Battle_over_Same_Sex_Marriage_Not_Over.html (several videos on left side of page showing opponents of Proposition 8 blocking streets outside an LDS Temple in Los Angeles)

http://www.nbclosangeles.com/news/local/Prop_8_Supporters_Lie_Low_Los_Angeles.html (supporters of Proposition 8 "laying low" because of harassment)

http://abclocal.go.com/kabc/video?id=6496934 (opponents of Proposition 8 carrying signs with swastikas)

http://cbs2.com/video/?id=82726@kcbs.dayport.com (opponents of Proposition 8 have "standoff" with police)

http://cbs2.com/video/?id=82657@kcbs.dayport.com (three opponents of Proposition 8 arrested for inciting a riot)

http://cbs2.com/video/?id=82522@kcbs.dayport.com (opponents of Proposition 8 block traffic)

http://cbs2.com/video/?id=81887@kcbs.dayport.com (Fresno mayor and pastor receive death threats because of support for Proposition 8)

7. As I have attempted to get witnesses to support our case, many potential witnesses are unwilling to come forward unless they can do so without revealing their identities.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 9th day of January, 2009, in Terre Haute, Indiana.


_____
Sarah E. Troupis

**Declaration of Sarah E. Troupis in Support of Plaintiffs' Motion for Preliminary Injunction**

8

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 12, 2009, I electronically filed the foregoing document described as Declaration of Sarah E. Troupis in Support of Plaintiffs' Motion for Preliminary Injunction, which will be served on all Defendants along with the Summons and Amended Complaint.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 12, 2009 at Folsom, California.

<div align="center" style="margin-left:40%">

s/Timothy D. Chandler
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff

</div>

**Declaration of Sarah E. Troupis
In Support of Plaintiffs' Motion
for Preliminary Injunction**

9