James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS'** EX PARTE **MOTION TO SHORTEN TIME** |
| v. | |
| **Debra Bowen, et al.,** | |
| Defendants**.** | |

1

Having considered Plaintiffs' *Ex Parte* Motion to Short Time, and the Affidavit of Sarah E. Troupis, the Court being fully advised, and good cause shown:

**IT IS HEREBY ORDERED** that Plaintiffs' *Ex Parte* Motion to Shorten Time is **GRANTED**.

**IT IS ORDERED** that:

(1) The hearing on Plaintiffs' Motion for Preliminary Injunction, Motion to Expedite, and Motion for Protective Order shall be held on the 26th day of January, 2009, in Courtroom #7, 14th Floor of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento, California 95814 at 10:00 a.m.

(2) Defendants shall file any response to Plaintiffs' Motion for Preliminary Injunction, Motion to Expedite, and Motion for Protective Order no later than 4:00 p.m. on January 19, 2009.

(3) Plaintiffs shall file any reply to any opposition filed by a responding party no later than 12:00 p.m. on January 22, 2009.

Dated: January 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE