UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PROTECTMARRIAGE.COM, et al.,    NO. 2:09-cv-00058-MCE-DAD

      Plaintiffs,

  v.    **ORDER**

DEBRA BOWEN, et al.,

      Defendants.

----oo0oo----

Having reviewed Plaintiffs' request to extend the page limitations for briefing set forth in the Court's Order Requiring Joint Status Report filed January 8, 2009, and good cause appearing therefor,

IT IS ORDERED that the page limitations attendant to the Plaintiff's Motion for Preliminary Injunction, tentatively set for hearing on January 26, 2009, shall be modified as follows:

1) The points and authorities submitted in support of Plaintiff's Motion may be up to forty (40) pages in length;

1

2) The opposition points and authorities to said Motion may also be up to forty (40) pages in length;

3) Any reply shall not exceed twenty (20) pages.

IT IS SO ORDERED.

Dated: January 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE