UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PROTECTMARRIAGE.COM, et al.,　　　　　　NO. 2:09-cv-00058-MCE-DAD

　　　　Plaintiffs,

　　v.　　　　　　　　　　　　　　　　　　**ORDER**

DEBRA BOWEN, et al.,

　　　　Defendants.

----oo0oo----

Having reviewed Plaintiffs' Motion to Expedite, and having already granted Plaintiffs' Motion to Shorten Time, the Court determines that Plaintiffs' Motion to Expedite is moot. Accordingly, Plaintiffs' Motion to Expedite is denied without prejudice.

IT IS SO ORDERED.

Dated: January 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1