James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS'** *EX PARTE* **APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION** |
| *v.* | |
| **Debra Bowen, et al.,** | |
| *Defendants*. | Hon. Morrison C. England, Jr. |

**Plaintiffs' Opposition to State Defendants'**
***Ex Parte* Application for Reconsideration**
**of Order Shortening Time**                              1

Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com), National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), and John Doe #1, an individual, and as a representative of the Class of Major Donors, respectfully oppose State Defendants' *Ex Parte* Application for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction, and in support thereof state:

Plaintiffs are currently in the process of perfecting service in compliance with Fed. R. Civ. P. 4(c). *See* Affidavit of Michele L. Schmidt in Support of Plaintiffs' Opposition to State's *Ex Parte* Application for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction, at ¶¶ 3-4. Furthermore, Plaintiffs have made every attempt to provide State Defendants with courtesy copies of all documents filed in this action in a timely manner so as to not prejudice State Defendants in their preparation of any opposition to Plaintiffs' Motions. *See* Affidavit of Sarah E. Troupis in Support of Plaintiffs' Opposition to State Defendants' *Ex Parte* Application for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction, at ¶¶ 3-8 (setting for how Plaintiffs' have provided, and attempted to provide, copies of all documents in a timely manner, and State Defendants' unwillingness to provide electronic addresses); Affidavit of Scott F. Bieniek in Support of Plaintiffs' Opposition to State Defendants' *Ex Parte* Application for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction, at ¶¶ 3-9 (setting forth how Plaintiffs have provided, and attempted to provide, copies of all documents in a timely manner to State Defendants).

Furthermore, State Defendants' accusation that Plaintiffs have failed to comply with Local Rule 6-144 is inaccurate. Plaintiffs filed their Motion to Shorten Time for Hearing on Motion for Preliminary Injunction a mere two days after filing the Complaint, prior to receiving any contact information for Defendants' counsel. As such, it was impossible for Plaintiffs' counsel to obtain a stipulated hearing date. *See* Affidavit of Sarah E. Troupis in Support of

**Plaintiffs' Opposition to State Defendants'**
***Ex Parte* Application for Reconsideration**
**of Order Shortening Time** 2

1 | Plaintiffs' Motion to Shorten Time for Hearing on Motion for Preliminary Injunction, at ¶ 4.

Furthermore, Plaintiffs have filed a Motion for Protective Order and an *Ex Parte* Motion for Leave to File Documents Under Seal, pursuant to Local Rule 39-141(e). Until such time as this Court rules on said Motions, Plaintiffs will not provide signed versions of any declarations filed in support of Plaintiffs' Motion for Preliminary Injunction. As a courtesy, Plaintiffs proactively prepared redacted versions of said declarations and provided them to State Defendants on Monday, January 12, 2009. *See* Affidavit of Scott F. Bieniek in Support of Plaintiffs' Opposition to State Defendants' *Ex Parte* Application for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction, at ¶ 8.

Therefore, Plaintiffs respectfully request this Court deny State Defendants' *Ex Parte* Application for Reconsideration of Order Shortening Time.

Respectfully submitted,

___/s/_Timothy D. Chandler_____

| Timothy D. Chandler (Cal. Bar No. 234325) | James Bopp, Jr. (Ind. Bar No. 2838-84)* |
| ALLIANCE DEFENSE FUND | Barry A. Bostrom (Ind. Bar No.11912-84)* |
| 101 Parkshore Drive, Suite 100 | Sarah E. Troupis (Wis. Bar No. 1061515)* |
| Folsom, CA 95630 | Scott F. Bieniek (Ill. Bar No. 6295901)* |
| Counsel for All Plaintiffs | BOPP, COLESON & BOSTROM |
| Designated Counsel for Service | 1 South Sixth Street |
| | Terre Haute, IN 47807-3510 |
| | Counsel for All Plaintiffs |
| | *Pro Hac Vice Application Pending* |

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100, Folsom, California 95630.

On January 13, 2009, I electronically filed the foregoing document described as Plaintiffs' Opposition to State Defendants' *Ex Parte* Application for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction, which will be served on all Defendants along with the Summons and Amended Complaint.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 13, 2009 at Folsom, California.

/s/ Timothy D. Chandler
Timothy D. Chandler (SBN 234325)
Attorney for Plaintiffs