James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

United States District Court
Eastern District of California
Sacramento Division

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br>*Plaintiffs*,<br>v.<br>**Debra Bowen, et al.**,<br>*Defendants.* | Case No. 2:09-CV-00058-MCE-DAD<br><br>**AFFIDAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' *EX PARTE* APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge England |

Affidavit of Sarah E. Troupis in Support
of Plaintiffs' Opposition to State Defendants
*Ex Parte* Application for Reconsideration            1

I, Sarah E. Troupis, being duly sworn, depose and state:

1. I am a resident of the state of Indiana over 18 years of age, and my statements herein are based on personal knowledge.

2. This affidavit is made in support of Plaintiffs' *Ex Parte* Motion to Shorten Time for Hearing on Motion for Preliminary Injunction, Motion to Expedite, and Motion for Protective Order and Time to File Opposition and Replies to the Same ("Motion to Shorten Time").

3. As set forth in my affidavit of January 9, 2009, on January 8, 2009, I faxed a copy of the original Complaint filed in this action to Defendants.

4. On the cover sheet for each of these faxes, I asked Defendants for the most convenient way to reach them, either via email or fax. No Defendants responded to this query.

5. On January 12, 2009, I emailed copies of the following documents to Zackery Morazzini:

    Complaint

    First Amended Complaint

    Plaintiffs' Notice of Motion and Motion to Expedite

    Plaintiffs' Memorandum in Support of Motion to Expedite

    [Proposed] Order Granting Plaintiffs' Motion to Expedite

    Notice of Motion and Plaintiffs' Motion for Protective Order and Leave to File Documents under Seal

    Plaintiffs' Memorandum in Support of Motion for Protective Order and Leave to File Documents under Seal

    [Proposed] Order Granting Plaintiffs' Motion for Protective Order and Leave to File Documents under Seal

    Plaintiffs' Ex Parte Motion to Exceed Page Limit

    [Proposed] Order Granting Plaintiffs' Motion to Exceed Page Limit

    Plaintiffs' Notice of Motion and Motion for Preliminary Injunction

    Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction

Affidavit of Sarah E. Troupis in Support
of Plaintiffs' Opposition to State Defendants
*Ex Parte* Application for Reconsideration     2

  Declaration of Sarah E. Troupis in Support of Plaintiffs' Motion for Preliminary
    Injunction (including all Exhibits thereto)
  [Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction
  Plaintiffs' Ex Parte Motion to Shorten Time for Hearing on Motion for
    Preliminary Injunction, Motion to Expedite, and Motion for Protective
    Order and Time to File Opposition and Replies to Same
  Affidavit of Sarah E. Troupis in Support of Plaintiffs' Ex Parte Motion to Shorten
    Time for Hearing on Motion for Preliminary Injunction, Motion to
    Expedite, and Motion for Protective Order and Time to File Opposition
    and Replies to Same
  [Proposed] Order Granting Plaintiffs' Motion to Shorten Time

 6. True and correct copies of the emails I sent to Zackery Morazzini attaching these documents are attached hereto as Exhibit A.

 7. On January 13, 2009, I emailed copies of the following documents to Larry Woodlock:
  Complaint
  First Amended Complaint
  Plaintiffs' Notice of Motion and Motion to Expedite
  Plaintiffs' Memorandum in Support of Motion to Expedite
  [Proposed] Order Granting Plaintiffs' Motion to Expedite
  Notice of Motion and Plaintiffs' Motion for Protective Order and Leave to File
    Documents under Seal
  Plaintiffs' Memorandum in Support of Motion for Protective Order and Leave to
    File Documents under Seal
  [Proposed] Order Granting Plaintiffs' Motion for Protective Order and Leave to
    File Documents under Seal
  Plaintiffs' Ex Parte Motion to Exceed Page Limit
  [Proposed] Order Granting Plaintiffs' Motion to Exceed Page Limit

Affidavit of Sarah E. Troupis in Support
of Plaintiffs' Opposition to State Defendants
Ex Parte Application for Reconsideration   3

Plaintiffs' Notice of Motion and Motion for Preliminary Injunction

Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction

Declaration of Sarah E. Troupis in Support of Plaintiffs' Motion for Preliminary Injunction (including all Exhibits thereto)

[Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction

Plaintiffs' Ex Parte Motion to Shorten Time for Hearing on Motion for Preliminary Injunction, Motion to Expedite, and Motion for Protective Order and Time to File Opposition and Replies to Same

Affidavit of Sarah E. Troupis in Support of Plaintiffs' Ex Parte Motion to Shorten Time for Hearing on Motion for Preliminary Injunction, Motion to Expedite, and Motion for Protective Order and Time to File Opposition and Replies to Same

[Proposed] Order Granting Plaintiffs' Motion to Shorten Time

8. True and correct copies of the emails I sent to Larry Woodlock attaching these documents are attached hereto as Exhibit B.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 13th day of January, 2009, in Terre Haute, Indiana.

_____
Sarah E. Troupis

Affidavit of Sarah E. Troupis in Support
of Plaintiffs' Opposition to State Defendants
Ex Parte Application for Reconsideration                4

State of Indiana    )
                    ) SS
County of Vigo      )

    Subscribed and sworn before me, a notary public in and for the County of Vigo, this 13th day of January 2009.

_____
Notary Public, State of Indiana

My Commission Expires: 4-19-2015

Richard E. Coleson
Notary Public printed name

Affidavit of Sarah E. Troupis in Support
of Plaintiffs' Opposition to State Defendants
*Ex Parte* Application for Reconsideration      5

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100, Folsom, California 95630.

On January 13, 2009, I electronically filed the foregoing document described as Affidavit of Sarah E. Troupis in Support of Plaintiffs' Opposition to State Defendants' *Ex Parte* Applicaiton for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction, which will be served on all Defendants along with the Summons and Amended Complaint.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 13, 2009 at Folsom, California.

/s/ Timothy D. Chandler
Timothy D. Chandler (SBN 234325)
Attorney for Plaintiffs