James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:     (812) 232-2434
Facsimile:      (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:     (916) 932-2850
Facsimile:      (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, *et al.*,**<br><br>　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>**Debra Bowen, et al.,**<br><br>　　　　　　　　*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**AFFIDAVIT OF SCOTT F. BIENIEK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge England |

**Affidavit of Scott F. Bieniek in Support**
**of Plaintiffs' Opposition to State Defendants'**
***Ex Parte* Application for Reconsideration of**
**Order Shortening Time on Motion for Preliminary**
**Injunction**　　　　　　　　　　　　　　1

I, Scott F. Bieniek**,** being duly sworn, depose and state**:**

1. I am a resident of the state of Indiana over 18 years of age, and my statements herein are based on personal knowledge.

2. This affidavit is made in support of Plaintiffs' Opposition to State Defendants' *Ex Parte* Application for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction.

3. On Saturday, January 10, 2009, I faxed copies of the First Amended Complaint to Defendants Debra Bowen, California Secretary of State, Edmund G. Brown, Jr., California Attorney General, and Members of the FPPC ("State Defendants").

4. True and correct copies of the fax confirmations are attached as Exhibit A.

5. On Saturday, January 10, 2009, I attempted to fax copies of all remaining documents filed with the Court on Friday, January 9, 2009, to State Defendants. However, I was unable to successfully transmit the documents via fax transmission because of transmission problems.

6. True and correct copies of the fax reports, indicating failed transmissions are attached as Exhibit B.

7. On Monday, January 12, 2009, I contacted all State Defendants to obtain electronic addresses so as to provide State Defendants with courtesy copies of all documents filed on Friday, January 9, 2009, while Plaintiffs attempted to perfect service in accordance with Fed. R. Civ. P. 4(c).

8. On the evening of Monday, January 12, 2009, I emailed each of the State Defendants copies of: (1) Order Granting Plaintiffs *Ex Parte* Motion to Shorten Time, (2) Order Granting Plaintiffs' *Ex Parte* Motion to Exceed Page Limit, (3) Order Denying Plaintiffs' Motion to Expedite, and (4) redacted versions of all declarations filed in support of Plaintiffs' Motion for Preliminary Injunction.

9. True and correct copies of said emails are attached as Exhibit C.

1       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
2 AND CORRECT.
3
4 Executed this 13th day of January, 2009, in Terre Haute, Indiana.
5
6
7                                                  _____
8                                                  Scott F. Bieniek

9 State of Indiana     )
                        ) SS
10 County of Vigo    )

11       Subscribed and sworn before me, a notary public in and for the County of Vigo, this 13th
12 day of January 2009.
13
14
15                                                _____
16                                              Notary Public, State of Indiana
17
My Commission Expires: **4-19-2015**    **Richard E. Coleson**
18                                              Notary Public printed name
19
20
21
22
23
24
25
26
27 Affidavit of Scott F. Bieniek in Support
of Plaintiffs' Opposition to State Defendants'
28 *Ex Parte* Application for Reconsideration of
Order Shortening Time on Motion for Preliminary
Injunction                                          3

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100, Folsom, California 95630.

On January 13, 2009, I electronically filed the foregoing document described as Affidavit of Scott F. Bieniek in Support of Plaintiffs' Opposition to State Defendants' *Ex Parte* Applicaiton for Reconsideration of Order Shortening Time on Motion for Preliminary Injunction, which will be served on all Defendants along with the Summons and Amended Complaint.

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 13, 2009 at Folsom, California.

/s/ Timothy D. Chandler
Timothy D. Chandler (SBN 234325)
Attorney for Plaintiffs