UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

PROTECTMARRIAGE.COM, et al.,    NO. 2:09-cv-00058-MCE-DAD

     Plaintiffs,

  v.    **ORDER**

DEBRA BOWEN, et al.,

     Defendants.

----oo0oo----

Presently before the Court is Defendants' Motion to Reconsider the Court's Order granting Plaintiffs' Application to Shorten Time. Having reviewed both Plaintiffs' original Application and Defendants' Motion, the Court modifies its January 12, 2009, Order as follows:

IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs' Motion for Preliminary Injunction and Motion for Protective Order shall be held on the 29th day of January, 2009, in Courtroom #7, 14th Floor of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento, California 95814, at 11:00 a.m.

1

2.   Defendants shall file any response to Plaintiffs' Motion for Preliminary Injunction and Motion for Protective Order no later than 4:00 p.m. on January 22, 2009.

        3.   Plaintiffs shall file any reply no later than 4:00 p.m. on January 26, 2009.

        Defendants' Motion for Reconsideration is otherwise DENIED.

        IT IS SO ORDERED.

 Dated: January 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE