UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PROTECTMARRIAGE.COM, et al.,   NO. 2:09-cv-0058-MCE-DAD

      Plaintiffs,

  v.   **ORDER**

DEBRA BOWEN, et al.,

      Defendants.

----oo0oo----

Presently before the Court is Plaintiffs' Motion for Protective Order. Pursuant to Federal Rule of Civil Procedure 26(c), the Court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."

Plaintiffs' Motion for a Protective Order is temporarily granted. This Protective Order will expire automatically at the time of the hearing on Plaintiffs' Motion for Preliminary Injunction and Motion for Protective Order unless specifically extended by the Court at that time.

///

1

IT IS HEREBY ORDERED that:

1. Plaintiffs are granted leave to redact any personal information from any and all filings not filed under seal that could be used to identify supporters of Proposition 8 or members of or donors to ProtectMarriage.com or NOM-California.

2. Plaintiffs are granted leave to file reference lists pursuant to FRCP 5.2(g) at the Court's request.

3. By 4:00 p.m. on January 15, 2009, pursuant to the terms just stated, Plaintiffs are directed to file with the Court all currently existing and previously unsubmitted evidence on which they intend to rely in support of their Motion for Preliminary Injunction and Motion for Protective Order.

IT IS SO ORDERED.

Dated: January 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE