1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Barry A. Bostrom (Ind. State Bar No.11912-84)*
2  Sarah E. Troupis (Wis. State Bar No. 1061515)*
   Scott F. Bieniek (Ill. State Bar No. 6295901)*
3  BOPP, COLESON & BOSTROM
   1 South Sixth Street
4  Terre Haute, IN 47807-3510
   Telephone:    (812) 232-2434
5  Facsimile:    (812) 235-3685
   *Pro Hac Vice Application Pending
6
   Timothy D. Chandler (Cal. State Bar No. 234325)
7  ALLIANCE DEFENSE FUND
   101 Parkshore Drive, Suite 100
8  Folsom, CA 95630
   Telephone:    (916) 932-2850
9  Facsimile:    (916) 932-2851
10 Counsel for All Plaintiffs

11                 **United States District Court**
                   **Eastern District of California**
12                   **Sacramento Division**

13

| | |
|---|---|
| 14 **ProtectMarriage.com**, *et al.*, | **Case No. 2:09-CV-00058-MCE-DAD** |
| 15                        *Plaintiffs*, | **SECOND DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS'** |
| 16    *v.* | **MOTION FOR PRELIMINARY INJUNCTION** |
| 17 **Debra Bowen, et al.,** | |
| 18                    *Defendants.* | Date: January 29, 2009<br>Time: 11:00 a.m.<br>Judge England |
| 19 | |

20

21

22

23

24

25

26

27

28  Declaration of Sarah E. Troupis
    in Support of Plaintiffs' Motion for
    Preliminary Injunction

                              1

1  I, Sarah E. Troupis, make the following declaration pursuant to 28 U.S.C. § 1746:

2      1. I am a resident of the state of Indiana over 18 years of age, and my statements herein

3  are based on personal knowledge.

4      2. This second declaration is made in support of Plaintiffs' Memorandum in Support of

5  Motion for Preliminary Injunction.

6      3. The website http://www.eightmaps.com is a website that I last accessed on January 15,

7  2009. Attached as Exhibits A - F are true and correct copies of screen shots that I obtained from

8  http://www.eightmaps.com on January 15, 2009. Each of these Exhibits shows the manner in

9  which this website provides maps that show the location of donors to Proposition 8.

10      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

11  AND CORRECT.

12

13  Executed this 15th day of January, 2009, in Terre Haute, Indiana.

14

15

16  _____

17  Sarah E. Troupis

18

19

20

21

22

23

24

25

26

27

28  **Declaration of Sarah E. Troupis**
**in Support of Plaintiffs' Motion for**
**Preliminary Injunction**

2

**PROOF OF SERVICE**

    I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

    On January 15, 2009, I electronically filed the foregoing document described as Second Declaration of Sarah E. Troupis in Support of Plaintiffs' Motion for Preliminary Injunction, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

    And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Second Declaration of Sarah E. Troupis in Support of Plaintiffs' Motion for Preliminary Injunction by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Second Declaration of Sarah E. Troupis
in Support of Plaintiffs' Motion for
Preliminary Injunction

3

1
2          Timothy Hodson
           California Fair Political Practices Commission
3              428 J. Street, Suite 620
           Sacramento, California 95814

4          Eugene Huguenin, Jr.
           California Fair Political Practices Commission
5              428 J. Street, Suite 620
           Sacramento, California 95814
6

7          Robert Leidigh
           California Fair Political Practices Commission
8              428 J. Street, Suite 620
           Sacramento, California 95814
9

10                    and

11
           Ray Remy
12         California Fair Political Practices Commission
               428 J. Street, Suite 620
13         Sacramento, California 95814

14                  *Defendants*

15

16    I declare under penalty of perjury under the laws of the State of California that the above is true

17    and correct. Executed on January 15, 2009 at Folsom, California.

18

19                         s/Timothy D. Chandler
                           Timothy D. Chandler (CA Bar No. 234325)
20                         Attorney for Plaintiff

21

22

23

24

25

26

27

28

Second Declaration of Sarah E. Troupis
in Support of Plaintiffs' Motion for
Preliminary Injunction

4