**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

ProtectMarriage.com, et al.,

Plaintiff(s),

Case No. 2:09-cv-00058

v.

Debra Brown, et al.,

Defendant(s).

I, James Bopp, Jr.,

attorney for Plaintiffs Protect Marriage.com – Yes on 8, a Project of California Renewal and National Organization for Marriage California – Yes on 8, Sponsored by National Organization for Marriage,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name: Bopp Coleson & Bostrom

Address: 1 S. Sixth Street

City: Terre Haute

State: Indiana ZIP Code: 47807

Voice Phone: (812) 232-2434

FAX Phone: (812) 235-3685

Internet E-mail: jboppjr@aol.com

Additional E-mail:

I reside in City: Terre Haute State: Indiana

PDF created with pdfFactory trial version www.pdffactory.com

Dockets.Justia.com

I was admitted to practice in the Supreme Court of Indiana (court) on October 10, 1973 (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have **x** / have not **o** concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Cal Pro-Life Council, Inc. v. Randolph, Case No. 2:00-cv-01698-FCD-GGH. (Although my pro hac vice application in this case was made in 2000, the case is ongoing and I wish to bring this to the Court's attention).

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Timothy D. Chandler

Firm Name: Alliance Defense Fund

Address: 101 Parkshore Drive, Suite 100

City: Folsom

State: CA ZIP Code: 95630

Voice Phone: (916) 932-2850

FAX Phone: (916) 932-2851

E-mail: tchandler@telladf.org

Dated: January 7, 2009 Petitioner: ______________________

**ORDER**

IT IS SO ORDERED.

Dated: January 14, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com