ProtectMarriage.com - Yes on 8, a Project of California Renewal et al v. Bowen et al | Doc. 34

**John Doe #3**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
Telephone:   (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

* *Pro Hac Vice Application Pending*
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br><br>           *Plaintiffs*,<br><br>    *v.*<br><br>**Debra Bowen**, *et al.*,<br><br>           *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF REDACTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  TBD<br>Time:  TBD<br>Judge England |

---

Decl. of REDACTED in Support of Plaintiffs' Motion for Preliminary Injunction

1

Dockets.Justia.com

I, REDACTE**,** make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. I am the pastor of REDACT Lutheran Church in REDACT, California.

4. Prior to the passage of Proposition 8, I stated to my congregation that the Bible supports marriage between one man and one woman, and that the members of my congregation should vote accordingly.

5. Prior to the passage of Proposition 8, an unknown person placed a "Yes on 8" yard sign on the church property, which remained standing on the property until sometime on November X, 2008 or November X, 2008.

6. Sometime between 10:00 p.m. on November X, 2008 and 8:00 a.m. on November X, 2008, the "Yes on 8" yard sign that had been placed on the church property and a heavy object, such as a rock, were used to break a large window of our church building. Pictures of the broken window and the "Yes on 8" sign are attached as Exhibit A. These pictures are a true and accurate representation of the broken window and "Yes on 8" sign as I discovered them on November X, 2008.

7. Our denominational newspaper of the Lutheran Church, Missouri Synod, published a story about the incident, which is attached as Exhibit B. This account of the events is a true and accurate representation of the events that occurred.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED

Signature Redacte

REDACTE

# Exhibit A

# B I G O T


Photograph of John Doe #2

REDACTED REDACTED

@ REDACTED **Catholic Church**

## SHAME ON YOU
## FOR YOUR DONATION OF
## $X,XXX TO YES ON 8

*CHRIST WOULD NOT BE VERY PROUD OF YOU!*