ProtectMarriage.com - Yes on 8, a Project of California Renewal et al v. Bowen et al — Doc. 35

**John Doe #4**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

\* *Pro Hac Vice Application Pending*
\*\* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> **Debra Bowen,** *et al.*, <br><br> *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD <br><br> **DECLARATION OF REDACTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:   TBD <br> Time:   TBD <br> Judge England |

---

Decl. of **REDACTED** in Support of Plaintiffs' Motion for Preliminary Injunction

1

Dockets.Justia.com

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of the passage of Proposition 8, I donated $XX,XXX to National Organization for Marriage California - Yes on 8.

4. I am unsure if this donation to National Organization for Marriage California – Yes on 8 was made in my name, or in the name of my business, the Law Offices of REDACTED. However, as I am the full shareholder of the Law Offices of REDACTED, this donation was made at my direction, out of my personal funds, and can be attributed to me.

5. In support of the passage of Proposition 8, I served as REDACTED for ProtectMarriage.com - Yes on 8, wrote articles supporting Proposition 8, and gave talks to local groups in support of Proposition 8.

6. On August XX, 2008, I held a fundraiser at my home to raise money for the ProtectMarriage.com - Yes on 8 campaign.

7. At this fundraiser, a group of protestors demonstrated at the entrance to my community. They attempted to pass out fliers to the guests of the fundraiser as they passed through the gate to my community, criticized support of Proposition 8 in general, and criticized me personally for my support of Proposition 8. True and correct accounts of this demonstration are contained in the news articles attached as Exhibit A.

8. On my law firm's website, REDACTED, we provide a form for potential clients use to contact us.

9. From November 13-16, I received approximately 15-20 e-mails, containing threats and/or harassment, sent through the form located my firm's website. For example, one e-mail states: "hello propogators & litigators burn in hell." Another e-mail states: "Congratulations. for your support of prop 8, you have won our tampon of the year award. Please contact us is you would like to pick up your prize." True and correct copies of these e-mails and several others sent through the form on our website

are attached as Exhibit B.  I did not retain copies of all of the harassing and threatening e-mails that I received.

10.  At least one e-mail I received via the form on my firm's website referenced the amount I had donated in support of Proposition 8.  The amount referenced in the e-mail also included a short-term loan that I made to ProtectMarriage.com – Yes on 8, which was reported by the California Secretary of State's office.

11. My name, business, and the amount I donated were posted on the website www.californiansagainsthate.org.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED         SIGNATURE REDACTED

                              REDACTED

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 15, 2009, I electronically filed the foregoing document described as Declaration of John Doe #4 in Support of Plaintiffs' Motion for Preliminary Injunction, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Declaration of John Doe #4 in Support of Plaintiffs' Motion for Preliminary Injunction by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

and

Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

*Defendants*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 15, 2009 at Folsom, California.

<u>s/Timothy D. Chandler</u>
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff