**John Doe #5**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
Telephone:     (812) 232-2434
Facsimile:      (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:    (916) 932-2850
Facsimile:     (916) 932-2851
Counsel for All Plaintiffs

\* *Pro Hac Vice Application Pending*
\*\* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*,<br><br>          *Plaintiffs*,<br><br>     *v.*<br><br>**Debra Bowen,** *et al.*,<br><br>          *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  TBD<br>Time:  TBD<br>Judge England |

---

Decl. of **REDACTED** in Support of Plaintiffs' Motion for Preliminary Injunction

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of the passage of Proposition 8, my company, REDACTED Communications, donated $$XXX to ProtectMarriage.com – Yes on 8.

4. On November XX, 2008, I received an e-mail suggesting that my company's image would be damaged as a result of supporting Proposition 8. A true and correct copy of the text of that e-mail is attached as Exhibit A.

5. I feel threatened and uneasy knowing that my company and I could be targeted simply for participating in the democratic process.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE REDACTED

Executed on REDACTED

REDACTED

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 15, 2009, I electronically filed the foregoing document described as Declaration of John Doe #5 in Support of Plaintiffs' Motion for Preliminary Injunction, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Declaration of John Doe #5 in Support of Plaintiffs' Motion for Preliminary Injunction by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Decl. of John Doe #5 in Support of Plaintiffs' Motion for Preliminary Injunction
3

Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

and

Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

*Defendants*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 15, 2009 at Folsom, California.

<u>s/Timothy D. Chandler</u>
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff