ProtectMarriage.com - Yes on 8, a Project of California Renewal et al v. Bowen et al Doc. 38

**John Doe #7**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 932-2850
Facsimile: (916) 932-2851
Counsel for All Plaintiffs

* *Pro Hac Vice Application Pending*
** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com, *et al.*,**<br><br>***Plaintiffs,***<br><br>***v.***<br><br>**Debra Bowen, *et al.*,**<br><br>***Defendants.*** | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: TBD<br>Time: TBD<br>Judge England |

Dockets.Justia.com

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. I am the senior pastor of Calvary REDACTED.

4. In support of the passage of Proposition 8, I donated $XXX to ProtectMarriage.com – Yes on 8.

5. In support of the passage of Proposition 8, my family displayed bumper stickers on our cars and put yard signs in our front yard.

6. During the petition phase of the campaign in support of Proposition 8, Calvary REDACTED served as a distribution center for petitions.

7. Calvary REDACTED also distributed yard signs and bumper stickers to church members and members of the community where the church is located.

8. Members of Calvary REDACTED also telephoned around 275 people on behalf of ProtectMarriage.com – Yes on 8.

9. Shortly after the petition drive ended, a woman called the church's number and asked if we were a distribution center. I took this phone call.

10. After I told the woman that we had already completed collecting the petitions, she asked me if I was going to sign the petition against divorce. I replied that I did not know what the woman was talking about. The woman then told me that if I was against gay marriage, I should be equally against divorce.

11. After I realized that this was an opposition call, I told the woman that I was not sure that I understood her, thanked her for calling, and hung up the telephone.

12. One of our family cars had two bumper stickers supporting Proposition 8 on it.

13. While this car was parked in the parking garage at my wife's place of employment, the bumper stickers were ripped off of this car on two occasions.

14. The first time the bumper stickers were ripped off of the car car, someone placed an anti-Proposition 8 note on the windshield. A true and correct copy of the note is attached as Exhibit A.

15. After the bumper stickers were ripped off of the car a second time, a third set of bumper stickers was placed inside the windows with tape, so that they could not be ripped off again.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED

SIGNATURE REDACTED

REDACTED

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 15, 2009, I electronically filed the foregoing document described as Declaration of John Doe #7 in Support of Plaintiffs' Motion for Preliminary Injunction, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Declaration of John Doe #7 in Support of Plaintiffs' Motion for Preliminary Injunction by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

and

Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

*Defendants*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 15, 2009 at Folsom, California.

s/Timothy D. Chandler
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff