**John Doe #8**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

\* *Pro Hac Vice Application Pending*
\*\* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Debra Bowen**, *et al.*,<br><br>*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF REDACTED IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  TBD<br>Time:  TBD<br>Judge England |

---

Decl. of REDACTED in Support of Plaintiffs' Motion for Preliminary Injunction

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of the passage of Proposition 8, I donated $XXX to ProtectMarriage.com.

4. In support of the passage of Proposition 8, I also displayed a bumper sticker on my car and placed a yard sign in my front yard.

5. My yard sign was stolen and destroyed twice.

6. In support of the passage of Proposition 8, I also attended numerous rallies, three press conferences, and spoke at a number of churches in the Los Angeles, Orange County, and San Diego areas.

7. I also participated on panel discussions at REDACTED, REDACTED and REDACTED High School involving the issue of same-sex marriage, as both a supporter of Proposition 8 and as a REDACTED.

8. I attended an election night gathering at a hotel in REDACTED with other supporters of Proposition 8. At this election night gathering, I photographed. A photograph of me at this event appeared in the REDACTED, and may have appeared in other publications on November X, 2008. A true and correct copy of the photograph that appeared in these papers is attached as Exhibit A.

9. On November X, 2008, the day that my photograph appeared in various newspapers, I began to receive harassing letters, e-mails, and at least one phone call at my workplace, because of my support of Proposition 8. I have since deleted most of these hateful e-mails but a true and correct copy of an e-mail that I did save is attached as Exhibit B.

10. The e-mails were very upsetting to me. Because of this, my boss began to preview my e-mails before letting me view them.

11. I also received many harassing messages on my MySpace and Facebook accounts because of my support of Proposition 8.

12. As a result of these incidents, I have had to ensure my personal contact information is no longer available to the public in any manner. Thus, my personal contact information is not even available on the church bulletin of the church where I am employed.

13. Further, I sought and received a document from the REDACTED Police Department stating that my home is on private property, so that if anyone tries to picket my home, they will be considered trespassers and can be removed.

14. I believe that supporting Proposition 8 was the right thing to do, but I will be hesitant about supporting similar causes in the future due to my recent experiences.

15. Additionally, I am less likely to donate to a cause similar to Proposition 8 in the future because of my recent experiences.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED 

SIGNATURE REDACTED

REDACT

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 15, 2009, I electronically filed the foregoing document described as Declaration of John Doe #8 in Support of Plaintiffs' Motion for Preliminary Injunction, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Declaration of John Doe #8 in Support of Plaintiffs' Motion for Preliminary Injunction by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

and

Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

*Defendants*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 15, 2009 at Folsom, California.

<u>s/Timothy D. Chandler</u>
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff