ProtectMarriage.com - Yes on 8, a Project of California Renewal et al v. Bowen et al — Doc. 40

**John Doe #9**

1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Barry A. Bostrom (Ind. State Bar No.11912-84)*
2  Sarah E. Troupis (Wis. State Bar No. 1061515)*
   Scott F. Bieniek (Ill. State Bar No. 6295901)*
3  BOPP, COLESON & BOSTROM
   1 South Sixth Street
4  Terre Haute, Indiana 47807-3510
5  Telephone:   (812) 232-2434
   Facsimile:    (812) 235-3685
6
   Timothy D. Chandler (Cal. State Bar No. 234325)
7  ALLIANCE DEFENSE FUND
   101 Parkshore Drive, Suite 100
8  Folsom, California 95630
   Telephone:   (916) 932-2850
9  Facsimile:    (916) 932-2851

10 Counsel for All Plaintiffs

### United States District Court
### Eastern District of California

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| *v.* | |
| **Debra Bowen,** *et al.*, | Date: TBD |
| *Defendants*. | Time: TBD |
| | Judge England |

Decl. of **REDACTED** in Support of Plaintiffs' Motion for Preliminary Injunction

1

Dockets.Justia.com

1    I, REDACTED**,** make the following declaration pursuant to 28 U.S.C. § 1746**:**

2    1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

3    2. I supported the passage of Proposition 8.

4    3. On November X, 2008, I attended an election night gathering at a hotel in REDACTED, California for supporters of Proposition 8.

5    4. On November X, 2008, a photograph of me at this election night gathering appeared in the REDACTED ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬, and may have appeared in other publications. A true and correct copy of the photograph that appeared in these papers is attached as Exhibit A.

6    5. After the publication of this picture, I began to receive harassing messages on my MySpace and Facebook accounts. Many of these messages contained profanity, and one threatened me with assault.

7    6. When I arrived home on the evening of November X, 2008, there was a harassing message on my answering machine. The message was from a man, who stated in a mocking tone that the people in the picture with me were "Nazis" and against human rights. He also said, "I certainly hope that someday somebody takes away something from you and then you'll realize what a fucking bitch you are."

8    7. On November X, 2008, I received several harassing e-mails and phone calls at work because of my support of Proposition 8. Some of these messages stated that the authors or callers knew where I worked and the authors or callers were going to attempt to have me fired from my job. One caller knew my actual job position as it was listed online. Like the message I received on my home answering machine, the tone of these messages was mocking.

9    8. Because of the photograph of me at the election night gathering, other departments and employees at my workplace received a harassing e-mail that stated that I "come from a long line of bigots and racists."

     9. On November X, 2008, because I was concerned for my safety after receiving the e-mails and phone calls stating that the authors and callers knew where I worked, I filed a police report with the REDAC Police Department detailing the incidents that are documented here.

     10. On November X, 2008, I also began working with the security department at my workplace to ensure my safety while at work.

     11. As a result of this harassment, I have had to change my home phone number.

     12. Because of these experiences, I would not donate to or publicly support a similar cause in the future without thinking carefully about the possible consequences of my donation and/or support.

     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE REDACTED

Executed on: REDACTED

REDACTED

---

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 15, 2009, I electronically filed the foregoing document described as Declaration of John Doe #9 in Support of Plaintiffs' Motion for Preliminary Injunction, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Declaration of John Doe #9 in Support of Plaintiffs' Motion for Preliminary Injunction by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

|   |   |
|---|---|
| 1 | Timothy Hodson |
| 2 | California Fair Political Practices Commission |
|   | 428 J. Street, Suite 620 |
| 3 | Sacramento, California 95814 |

Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

and

Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

*Defendants*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 15, 2009 at Folsom, California.

<u>s/Timothy D. Chandler</u>
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff