ProtectMarriage.com - Yes on 8, a Project of California Renewal et al v. Bowen et al — Doc. 43



**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

ProtectMarriage.com, et al.,

            Plaintiff(s),

Case No. 2:09-cv-00058-MCE-DAD

v.

Debra Brown, et al.,

            Defendant(s).

I, __Barry A. Bostrom__,

attorney for __Plaintiffs Protect Marriage.com – Yes on 8, a Project of California Renewal and National Organization for Marriage California – Yes on 8, Sponsored by National Organization for Marriage__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Bopp Coleson & Bostrom |
| Address: | 1 S. Sixth Street |
| City: | Terre Haute |
| State: | Indiana     ZIP Code: 47807 |
| Voice Phone: | (812) 232-2434 |
| FAX Phone: | (812) 235-3685 |
| Internet E-mail: | bbostrom@bopplaw.com |
| Additional E-mail: | |
| I reside in City: | Terre Haute     State: Indiana |

    I was admitted to practice in the __Supreme Court of Indiana__ (court)

PDF created with pdfFactory trial version www.pdffactory.com — Dockets.Justia.com

on _____October 16 ,1987_____(date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have O / have not ✘ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Timothy D. Chandler_____

Firm Name: Alliance Defense Fund_____

Address: 101 Parkshore Drive, Suite 100_____

City: Folsom_____

State: CA_____ ZIP Code: 95630_____

Voice Phone: (916) 932-2850_____

FAX Phone: (916) 932-2851_____

E-mail: tchandler@telladf.org_____

Dated: _____ Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: January 14, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com