James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, Indiana 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Debra Bowen**, *et al.*,<br><br>*Defendants*. | **Case No. 2:09-CV-00058-MCE-DAD**<br><br>**DECLARATION OF DAVID BAUER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  TBD<br>Time:  TBD<br>Judge England |

I, David Bauer, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I am the treasurer for ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com").

3. I am also the treasurer for National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California").

4. The total number of donors, reported and to be reported, to ProtectMarriage.com is 33,839.

5. The total number of donors, reported and to be reported, to NOM-California is 592.

6. The total number of major donors, i.e. donors of $10,000 or more, to ProtectMarriage.com is 377.

7. The total number of major donors, i.e. donors of $10,000 or more, to NOM-California is 89.

8. The total number of donors, reported and to be reported, of $100 to $999.99 to ProtectMarriage.com is 27,505.

9. The total number of donors, reported and to be reported, of $100 to $999.99 to NOM-California is 503.

10. The total number of first-time donors not yet identified on any campaign finance report, but who must be reported on the February 2, 2009 campaign finance report is 1,470 for ProtectMarriage.com and 127 for NOM-California.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: January 15, 2009         _____
                                       David Bauer

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 15, 2009, I electronically filed the foregoing document described as Declaration of David Bauer in Support of Plaintiffs' Motion for Preliminary Injunction, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Declaration of David Bauer in Support of Plaintiffs' Motion for Preliminary Injunction by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Decl. of David Bauer in Support of Plaintiffs' Motion for Preliminary Injunction

1
2
3
Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

4
5
6
Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

7
8
9
Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

10
and

11
12
13
Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

14
*Defendants*

15

16
17
I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 15, 2009 at Folsom, California.

18
19
20
                  <u>s/Timothy D. Chandler</u>
                  Timothy D. Chandler (CA Bar No. 234325)
                  Attorney for Plaintiff

21
22
23
24
25
26
27
28

Decl. of David Bauer in Support of Plaintiffs' Motion for Preliminary Injunction
4