James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

*Pro Hac Vice Application Pending
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**Debra Bowen, et al.,**<br><br>*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**NOTICE OF FILING OF REFERENCE LIST PURSUANT TO FRCP 5.2(g) AND COURT ORDER**<br><br>Judge England |

**Notice of Filing of Reference List**
**Pursuant to FRCP 5.2(g) and Court Order**     1

TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

YOU ARE HEREBY GIVEN NOTICE THAT Plaintiff ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com"), National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), and Plaintiff John Doe #1, an individual, and as a representative of the Class of Major Donors, will and hereby do file a reference list under seal pursuant to FRCP 5.2(g) and the Court's Order of January 14, 2009.

Dated this 15th day of January, 2009.

Respectfully submitted,

___/S/_ Timothy D. Chandler_____

| Timothy D. Chandler (Cal. Bar No. 234325) | James Bopp, Jr. (Ind. Bar No. 2838-84)* |
| ALLIANCE DEFENSE FUND | Barry A. Bostrom (Ind. Bar No.11912-84)* |
| 101 Parkshore Drive, Suite 100 | Sarah E. Troupis (Wis. Bar No. 1061515)* |
| Folsom, CA 95630 | Scott F. Bieniek (Ill. Bar No. 6295901)* |
| Counsel for All Plaintiffs | BOPP, COLESON & BOSTROM |
| Designated Counsel for Service | 1 South Sixth Street |
| | Terre Haute, IN 47807-3510 |
| | Counsel for All Plaintiffs |
| | *Pro Hac Vice Application Pending* |

**Notice of Filing of Reference List**
**Pursuant to FRCP 5.2(g) and Court Order**     2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My |
| 3 | business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630. |
| 4 | On January 15, 2009, I electronically filed the foregoing document described as Notice of |
| 5 | Filing of Reference List Pursuant to FRCP 5.2(g) and Court Order, with the Clerk of Court using the |
| 6 | CM/ECF system which will send notification of such filing to: |

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Notice of Filing of Reference List Pursuant to FRCP 5.2(g) and Court Order by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

**Notice of Filing of Reference List**
**Pursuant to FRCP 5.2(g) and Court Order**

3

| | |
|---|---|
| 1 | Timothy Hodson |
| 2 | California Fair Political Practices Commission |
| | 428 J. Street, Suite 620 |
| 3 | Sacramento, California 95814 |
| 4 | Eugene Huguenin, Jr. |
| 5 | California Fair Political Practices Commission |
| | 428 J. Street, Suite 620 |
| 6 | Sacramento, California 95814 |
| 7 | Robert Leidigh |
| 8 | California Fair Political Practices Commission |
| | 428 J. Street, Suite 620 |
| 9 | Sacramento, California 95814 |
| 10 | and |
| 11 | Ray Remy |
| 12 | California Fair Political Practices Commission |
| | 428 J. Street, Suite 620 |
| 13 | Sacramento, California 95814 |

*Defendants*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 15, 2009 at Folsom, California.

<u>s/Timothy D. Chandler</u>
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff

**Notice of Filing of Reference List**
**Pursuant to FRCP 5.2(g) and Court Order**

4