1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Barry A. Bostrom (Ind. State Bar No.11912-84)*
2  Sarah E. Troupis (Wis. State Bar No. 1061515)*
   Scott F. Bieniek (Ill. State Bar No. 6295901)*
3  BOPP, COLESON & BOSTROM
   1 South Sixth Street
4  Terre Haute, IN 47807-3510
   Telephone:    (812) 232-2434
5  Facsimile:    (812) 235-3685
   Counsel for All Plaintiffs
6

7  Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
8  101 Parkshore Drive, Suite 100
   Folsom, CA 95630
9  Telephone:    (916) 932-2850
   Facsimile:    (916) 932-2851
10 Counsel for All Plaintiffs

11 *Pro Hac Vice Application Pending
   ** Designated Counsel for Service
12

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
|---|---|
| *Plaintiffs*, <br> v. <br> **Debra Bowen, et al.,** <br> *Defendants*. | **PROOF OF SERVICE OF DECLARATION OF JOHN DOE #3 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge England |

**Proof of Service**      1

1    I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action.

2    My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

3    On January 15, 2009, I electronically filed the foregoing document described as

4    Declaration of John Doe #3 in Support of Plaintiffs' Motion for Preliminary Injunction, with the

5    Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackary Paul Morazzini
Zackary.Morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 15, 2009, I served the foregoing document described as Declaration of John Doe #3 in Support of Plaintiffs' Motion for Preliminary Injunction by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

**Proof of Service**    2

1  Timothy Hodson
   California Fair Political Practices Commission
2  428 J. Street, Suite 620
   Sacramento, California 95814

3

   Eugene Huguenin, Jr.
4  California Fair Political Practices Commission
   428 J. Street, Suite 620
5  Sacramento, California 95814

6  Robert Leidigh
   California Fair Political Practices Commission
7  428 J. Street, Suite 620
   Sacramento, California 95814

8
   and
9
   Ray Remy
10 California Fair Political Practices Commission
   428 J. Street, Suite 620
11 Sacramento, California 95814

12                *Defendants*

13 I declare under the penalty of perjury under the laws of the State of California that the above is

14 true and correct. Executed on January 15, 2009.

15

16                                          s/Timothy D. Chandler
                                            Timothy D. Chandler (SBN 234325)
17                                          Attorney for Plaintiffs

28 **Proof of Service**                    3