James Bopp, Jr. (Ind. State Bar No. 2838-84)
Barry A. Bostrom (Ind. State Bar No.11912-84)
Sarah E. Troupis (Wis. State Bar No. 1061515)
Scott F. Bieniek (Ill. State Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:     (812) 232-2434
Facsimile:     (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)*
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:     (916) 932-2850
Facsimile:     (916) 932-2851
Counsel for All Plaintiffs

* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** <br><br> *Plaintiffs*, <br><br> *v.* <br><br> **Debra Bowen, et al.,** <br><br> *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD <br><br> **PROOF OF SERVICE OF COURT ORDERS ENTERED ON JANUARY 14, 2009, AND JANUARY 15, 2009** <br><br> Judge Morrison C. England, Jr. |

**Proof of Service of Court Orders
Entered on January 14, 2009, and
January 15, 2009.**                          1

Dockets.Justia.com

I, Scott Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street; Terre Haute, Indiana 47804.

On January 14, 2009, the following documents were electronically filed with the Clerk of Court using the CM/ECF system:

1.     Order modifying January 12, 2009 Order, and setting hearing date and briefing schedule (Docket #28);

2.     Order temporarily granting Plaintiffs' Motion for Protective Order (Docket #29);

On January 15, 2009, the following documents were electronically filed with the Clerk of Court using the CM/ECF system:

3.     Order granting *pro hac vice* application of James Bopp, Jr. (Docket #31);

4.     Order granting *pro hac vice* application of Sarah E. Troupis (Docket #41);

5.     Order granting *pro hac vice* application of Scott F. Bieniek (Docket #42);

6.     Order granting *pro hac vice* application of Barry A. Bostrom (Docket #43);

The CM/ECF system will send notification of such filings to:

Zackary Paul Morazzini
Zackary.Morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 16, 2009, I served the documents listed above by placing true and correct copies of the documents, along with the Corporate Disclosure Statement for Plaintiffs, in sealed envelopes with postage thereon fully prepaid, in the United States mail at Terre Haute, Indiana, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

**Proof of Service of Court Orders**
**Entered on January 14, 2009, and**
**January 15, 2009.**                    2

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

and

Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

*Defendants*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on January 16, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Attorney for All Plaintiffs

**Proof of Service of Court Orders
Entered on January 14, 2009, and
January 15, 2009.**

3