James Bopp, Jr. (Ind. State Bar No. 2838-84)
Barry A. Bostrom (Ind. State Bar No.11912-84)
Sarah E. Troupis (Wis. State Bar No. 1061515)
Scott F. Bieniek (Ill. State Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)*
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,**<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>**Debra Bowen, et al.,**<br><br>　　　　　　*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**<br><br>　Judge Morrison C. England, Jr. |

**Plaintiffs' Rule 7.1 Disclosure Statement**　　　1

I, the undersigned, counsel of record for all Plaintiffs, certify to the best of my knowledge and belief:

California Renewal is the parent corporation for ProtectMarriage.com - Yes on 8, a Project of California Renewal.

National Organization for Marriage, Inc. is the parent corporation for Plaintiff National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage.

Dated this 16th day of January, 2009.

Respectfully submitted,

| | |
|---|---|
| Timothy D. Chandler (Cal. Bar No. 234325)<br>ALLIANCE DEFENSE FUND<br>101 Parkshore Drive, Suite 100<br>Folsom, CA 95630<br>Counsel for All Plaintiffs<br>Designated Counsel for Service | /s/ James Bopp, Jr.<br>James Bopp, Jr. (Ind. Bar No. 2838-84)<br>Barry A. Bostrom (Ind. Bar No.11912-84)<br>Sarah E. Troupis (Wis. Bar No. 1061515)<br>Scott F. Bieniek (Ill. Bar No. 6295901)<br>BOPP, COLESON & BOSTROM<br>1 South Sixth Street<br>Terre Haute, IN 47807-3510<br>Counsel for All Plaintiffs |

**Plaintiffs' Rule 7.1 Disclosure Statement**     2

**PROOF OF SERVICE**

I, Scott Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street; Terre Haute, Indiana 47804.

On January 16, 2009, the following document Described as Plaintiffs' Rule 7.1 Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackary Paul Morazzini
Zackary.Morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 16, 2009, I served the foregoing document described as Plaintiffs' Rule 7.1 Disclosure Statement by placing true and correct copies of the document, along with all Orders entered by the Court on January 14, 2009, and January 15, 2009, in sealed envelopes with postage thereon fully prepaid, in the United States mail at Terre Haute, Indiana, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

**Plaintiffs' Rule 7.1 Disclosure Statement**     3

Ross Johnson  
California Fair Political Practices Commission  
428 J. Street, Suite 620  
Sacramento, California 95814  

Timothy Hodson  
California Fair Political Practices Commission  
428 J. Street, Suite 620  
Sacramento, California 95814  

Eugene Huguenin, Jr.  
California Fair Political Practices Commission  
428 J. Street, Suite 620  
Sacramento, California 95814  

Robert Leidigh  
California Fair Political Practices Commission  
428 J. Street, Suite 620  
Sacramento, California 95814  

and  
Ray Remy  
California Fair Political Practices Commission  
428 J. Street, Suite 620  
Sacramento, California 95814  
*Defendants*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on January 16, 2009.

                                              /s/ Scott F. Bieniek  
                                              Scott F. Bieniek (Ill. State Bar No. 6295901)  
                                              Attorney for All Plaintiffs

**Plaintiffs' Rule 7.1 Disclosure Statement**    4