1   James Bopp, Jr. (Ind. State Bar No. 2838-84)
    Barry A. Bostrom (Ind. State Bar No.11912-84)
2   Sarah E. Troupis (Wis. State Bar No. 1061515)
    Scott F. Bieniek (Ill. State Bar No. 6295901)
3   BOPP, COLESON & BOSTROM
    1 South Sixth Street
4   Terre Haute, IN 47807-3510
    Telephone:     (812) 232-2434
5   Facsimile:     (812) 235-3685
    Counsel for All Plaintiffs
6

7   Timothy D. Chandler (Cal. State Bar No. 234325)*
    ALLIANCE DEFENSE FUND
8   101 Parkshore Drive, Suite 100
    Folsom, CA 95630
9   Telephone:     (916) 932-2850
    Facsimile:     (916) 932-2851
10  Counsel for All Plaintiffs

11  * Designated Counsel for Service

12
                     **United States District Court**
13                   **Eastern District of California**
                     **Sacramento Division**
14

15  ════════════════════════════════════════════

16  **ProtectMarriage.com, et al.,**         Case No. 2:09-CV-00058-MCE-DAD

17                         *Plaintiffs*,      **PLAINTIFFS' *EX PARTE* RULE 21
         *v.*                                 MOTION TO DISMISS DEFENDANT
18                                            TEICHERT AND JOIN DEFENDANT
    **Debra Bowen, et al.,**                  DENNIS J. HERRERA.**
19
                         *Defendants*.         Judge Morrison C. England, Jr.
20  ════════════════════════════════════════════

21

22

23

24

25

26

27  **Plaintiffs' *Ex Parte* Motion to
    Dismiss Defendant Teichert and Join
28  Defendant Dennis J. Herrera**                    1

Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com"), National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), and Plaintiff John Doe #1, an individual, and as a representative of the Class of Major Donors, hereby apply to the Court, *ex parte*, pursuant to Fed. R.Civ. P. 21, for leave to dismiss Defendant Eileen Teichert, both in her official capacity as the City Attorney for the City of Sacramento, and as representative of the Class of City Attorneys, from this action as improperly joined, and for leave to join Dennis J. Herrera, the elected city attorney of the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California.

Defendant Eileen Teichert, the city attorney for Sacramento, California, is not an elected city attorney and does not have the authority, pursuant to Cal. Gov't Code ("CGC") § 91001.5, to enforce provisions of the Political Reform Act of 1974, Cal. Gov't Code § 81000 *et seq.* (the "Act"). Plaintiffs originally named Defendant Eileen Teichert with the understanding that she had authority to pursue actions under Cal. Gov. Code § 91001.5.

Proposed Defendant Dennis J. Herrera, the city attorney for the City and County of San Francisco, California, is an elected city attorney and therefore does have enforcement authority, pursuant to CGC § 91001.5, to enforce provisions of the Political Reform Act of 1974.

Furthermore, Proposed Defendant Herrera would not be prejudiced by this change, as his office is already defending the Department of Elections for the City and County of San Francisco.

Therefore, Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors respectfully move this Court for leave to:

**Plaintiffs' *Ex Parte* Motion to**
**Dismiss Defendant Teichert and Join**
**Defendant Dennis J. Herrera**                    2

1    (1)    Dismiss Defendant Eileen Teichert from this action, both in her official capacity

2           and as a representative of the Class of City Attorneys in the State of California;

3           and

4    (2)    Join Dennis J. Herrera, the elected city attorney of San Francisco, California, in

5           his official capacity and as a representative of the Class of Elected City Attorneys

6           in the State of California.

7    Plaintiffs have filed a Stipulation to Amend with this motion, signed by all parties,

8    consenting to filing of Plaintiffs' Second Amended Complaint.

9

10   Dated this 20th day of January, 2009.

11   Respectfully submitted,

12

13                                                    __/s/ James Bopp, Jr._____
     Timothy D. Chandler (Cal. Bar No. 234325)       James Bopp, Jr. (Ind. Bar No. 2838-84)
14   ALLIANCE DEFENSE FUND                            Barry A. Bostrom (Ind. Bar No.11912-84)
     101 Parkshore Drive, Suite 100                   Sarah E. Troupis (Wis. Bar No. 1061515)
15   Folsom, CA 95630                                 Scott F. Bieniek (Ill. Bar No. 6295901)
     Counsel for All Plaintiffs                       BOPP, COLESON & BOSTROM
16   Designated Counsel for Service                   1 South Sixth Street
                                                      Terre Haute, IN 47807-3510
17                                                    Counsel for All Plaintiffs

18

19

20

21

22

23

24

25

26

27   **Plaintiffs' *Ex Parte* Motion to**
     **Dismiss Defendant Teichert and Join**
28   **Defendant Dennis J. Herrera**              3

**CERTIFICATE OF SERVICE**

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On January 20, 2009, I electronically filed the foregoing document described as Plaintiffs' *Ex Parte* Motion to Dismiss Defendant Teichert and Join Defendant Dennis J. Herrera, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackary Paul Morazzini
Zackary.Morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 20, 2009, I served the foregoing document described as Plaintiffs' *Ex Parte* Motion to Dismiss Defendant Teichert and Join Defendant Dennis J. Herrera by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Terre Haute, Indiana, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

**Plaintiffs' *Ex Parte* Motion to
Dismiss Defendant Teichert and Join
Defendant Dennis J. Herrera**      4

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

and

Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

*Defendants*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on January 20, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs

**Plaintiffs' *Ex Parte* Motion to Dismiss Defendant Teichert and Join Defendant Dennis J. Herrera**          5