James Bopp, Jr. (Ind. State Bar No. 2838-84)
Barry A. Bostrom (Ind. State Bar No.11912-84)
Sarah E. Troupis (Wis. State Bar No. 1061515)
Scott F. Bieniek (Ill. State Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)*
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER REGARDING THE SAME** |
| v. | |
| **Debra Bowen, et al.,** | Judge Morrison C. England, Jr. |
| *Defendants.* | |

**Stipulation to Amend Complaint;**
**[Proposed] Order Regarding the Same**      1

1  Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com") and National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), pursuant to Fed. R. Civ. P. 15(a)(2) submit the following stipulation for the Court's approval.

Plaintiffs filed their complaint in this mater on Wednesday, January 7, 2009.

On Friday, January 9, 2009, pursuant to Fed. R. Civ. P. 15(a), Plaintiffs filed their First Amended Complaint, adding Plaintiff John Doe #1, an individual, and as a representative of the Class of Major Donors.

Plaintiffs, after conferring with Defendant Eileen Teichert, have determined that she is not a proper Defendant in this action because she lacks enforcement authority under the Political Reform Act of 1974 (the "Act"), Cal. Gov't Code § 81000 *et seq.*, because she is not an "elected city attorney." CGC § 91001.5 (granting enforcement authority to elected city attorneys). Therefore, her inclusion constitutes misjoinder.

Proposed Defendant Dennis J. Herrera, the city attorney for the City and County of San Francisco, California, is an elected city attorney and therefore does, or would have if authorized by the Charter for the City and County of San Francisco, the authority to enforce provisions of the Act pursuant to CGC § 91001.5.[1]

Therefore, Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors have determined that the First Amended Complaint should be amended.

Defendants have consented to Plaintiffs amending their First Amended Complaint. Defendants stipulate to the filing of the Second Amended Complaint attached as Exhibit A.[2]

---

[1] Proposed Defendant Herrera specifically reserves the right to challenge his appointment as the representative of the Class of Elected City Attorneys if Plaintiffs make a motion under Fed. R. Civ. P. 23(c)(1) to certify the Class of Elected City Attorneys.

[2] Proposed Defendant Herrera, as the City Attorney for the City and County of San Francisco, has been involved in these proceedings as counsel for the Department of Elections for the City and County of San Francisco; adding him as a Defendant to this suit at this stage of the litigation will not prejudice his preparation for the hearing on Plaintiffs' Motion for Preliminary

**Stipulation to Amend Complaint;**
**[Proposed] Order Regarding the Same**          2

| | |
|---|---|
| **So Ordered:** | |
| Date: January ____, 2009 | _____<br>The Hon. Morrison C. England, Jr.<br>United States District Judge |
| **So Stipulated:** | |
| Date: January 20, 2009 | /s/ Timothy D. Chandler<br>_____<br>Timothy D. Chandler (Cal. State Bar No. 234325)<br>ALLIANCE DEFENSE FUND 101 Parkshore Drive, Suite 100<br>Folsom, CA 95630<br>Telephone:  (916) 932-2850<br>Facsimile:   (916) 932-2851<br>Counsel for All Plaintiffs |
| Date: January 15, 2009 | _____<br>Zackery P. Morazzini, State Bar No. 204237<br>Attorney for Defendant Edmund G. Brown Jr.<br>California Attorney General |
| Date: January 15, 2009 | _____<br>Zackery P. Morazzini, State Bar No. 204237<br>Attorney for Defendant Debra Bowen<br>California Secretary of State |
| Date: January 15, 2009 | _____<br>Judy Whitehurst<br>Attorney for Defendant Dean C. Logan<br>Los Angeles County Reistrar-Recorder |

---

Injunction.
**Stipulation to Amend Complaint;
[Proposed] Order Regarding the Same**         3

Date: January 15, 2009

_____
Wayne Snodgrass
Attorney for Defendant Department of Elections -
City and County of San Francisco

Date: January 15, 2009

_____
Albert Locher
Attorney for Defendant Jan Scully
Sacramento County District Attorney

Date: January 15, 2009

_____
Brett Witter
Attorney for Defendant Eileen Teichert
City Attorney for the City of Sacramento

Date: January 15, 2009

_____
Heather M. Rowan, State Bar No. 232415
Attorney for Defendant Members of the Fair Political
Practices Commission
428 J Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 322-5660
Fax: (916) 327-2026

**Stipulation to Amend Complaint;**
**[Proposed] Order Regarding the Same**     4

1 **So Ordered:**

2 Date: January ____, 2009

3 _____
The Hon. Morrison C. England, Jr.
United States District Judge

4

5 **So Stipulated:**

6 Date: January 15, 2009

7 _____
Timothy D. Chandler (Cal. State Bar No. 234325)
ALLIANCE DEFENSE FUND 101 Parkshore Drive, Suite
8 100
Folsom, CA 95630
9 Telephone: (916) 932-2850
Facsimile: (916) 932-2851
10 Counsel for All Plaintiffs

11

12

13 Date: January 15, 2009

_____
Zackery P. Morazzini, State Bar No. 204237
14 Attorney for Defendant Edmund G. Brown Jr.
California Attorney General

15

16

17 Date: January 15, 2009

_____
Zackery P. Morazzini, State Bar No. 204237
18 Attorney for Defendant Debra Bowen
California Secretary of State

19

20

21 Date: January 15, 2009

_____
Judy Whitehurst
22 Attorney for Defendant Dean C. Logan
Los Angeles County Reistrar-Recorder

23

24

25

26

27

**Stipulation to Amend Complaint**
28 **[Proposed] Order Regarding the Same**      3

1  **So Ordered:**

2

3  Date: January ____, 2009

                                                The Hon. Morrison C. England, Jr.
4                                                  United States District Judge

5  **So Stipulated:**

6  Date: January 15, 2009

7                                           Timothy D. Chandler (Cal. State Bar No. 234325)
8                                           ALLIANCE DEFENSE FUND 101 Parkshore Drive, Suite 100
9                                           Folsom, CA 95630
                                            Telephone:   (916) 932-2850
                                            Facsimile:   (916) 932-2851
10                                           Counsel for All Plaintiffs

11

12

13  Date: January 15, 2009

14                                           Zackery P. Morazzini, State Bar No. 204237
15                                           Attorney for Defendant Edmund G. Brown Jr.
                                           California Attorney General

16

17  Date: January 15, 2009

18                                           Zackery P. Morazzini, State Bar No. 204237
19                                           Attorney for Defendant Debra Bowen
                                         California Secretary of State

20

21  Date: January 15, 2009

22                                           Judy Whitehurst
                                         Attorney for Defendant Dean C. Logan
23                                          Los Angeles County Reistrar-Recorder

24

25

26

27  **Stipulation to Amend Complaint**
28  **[Proposed] Order Regarding the Same**          3

1 | Date: January 16, 2009

(signature) Wayne Snodgrass  CSB #148137
Wayne Snodgrass
Attorney for Defendant Department of Elections -
City and County of San Francisco

5 | Date: January 15, 2009

Albert Locher
Attorney for Defendant Jan Scully
Sacramento County District Attorney

9 | Date: January 15, 2009

Brett Witter
Attorney for Defendant Eileen Teichert
City Attorney for the City of Sacramento

13 | Date: January 15, 2009

Heather M. Rowan, State Bar No. 232415
Attorney for Defendant Members of the Fair Political
Practices Commission
428 J Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 322-5660
Fax: (916) 327-2026

**Stipulation to Amend Complaint**
**[Proposed] Order Regarding the Same**          4

| | |
|---|---|
| Date: January 15, 2009 | _____<br>Jonathan Givner<br>Attorney for Defendant Department of Elections -<br>City and County of San Francisco |
| Date: January 16, 2009 /AL/ | _____<br>Albert Locher<br>Attorney for Defendant Jan Scully<br>Sacramento County District Attorney |
| Date: January 15, 2009 | _____<br>Brett Witter<br>Attorney for Defendant Eileen Teichert<br>City Attorney for the City of Sacramento |
| Date: January 15, 2009 | _____<br>Heather M. Rowan, State Bar No. 232415<br>Attorney for Defendant Members of the Fair Political Practices Commission<br>428 J Street, Suite 800<br>Sacramento, CA 95814<br>Telephone: (916) 322-5660<br>Fax: (916) 327-2026 |

**Stipulation to Amend Complaint**
**[Proposed] Order Regarding the Same**     4

1  Date: January 15, 2009

——————————————————————
Jonathan Givner
Attorney for Defendant Department of Elections -
City and County of San Francisco

5  Date: January 15, 2009

——————————————————————
Albert Locher
Attorney for Defendant Jan Scully
Sacramento County District Attorney

9  Date: January 15, 2009

*[signature]*

——————————————————————
Brett Witter
Attorney for Defendant Eileen Teichert
City Attorney for the City of Sacramento

13  Date: January 15, 2009

——————————————————————
Heather M. Rowan, State Bar No. 232415
Attorney for Defendant Members of the Fair Political
Practices Commission
428 J Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 322-5660
Fax: (916) 327-2026

Stipulation to Amend Complaint
[Proposed] Order Regarding the Same          4

1  Date: January 15, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jonathan Givner
　　　　　　　　　　　　　　　　　Attorney for Defendant Department of Elections -
　　　　　　　　　　　　　　　　　City and County of San Francisco

5  Date: January 15, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Albert Locher
　　　　　　　　　　　　　　　　　Attorney for Defendant Jan Scully
　　　　　　　　　　　　　　　　　Sacramento County District Attorney

9  Date: January 15, 2009

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Brett Witter
　　　　　　　　　　　　　　　　　Attorney for Defendant Eileen Teichert
　　　　　　　　　　　　　　　　　City Attorney for the City of Sacramento

13 Date: January 15, 2009

　　　　　　　　　　　　　　　　　*/s/ Heather M Rowan*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Heather M. Rowan, State Bar No. 232415
　　　　　　　　　　　　　　　　　Attorney for Defendant Members of the Fair Political
　　　　　　　　　　　　　　　　　Practices Commission
　　　　　　　　　　　　　　　　　428 J Street, Suite 800
　　　　　　　　　　　　　　　　　Sacramento, CA 95814
　　　　　　　　　　　　　　　　　Telephone: (916) 322-5660
　　　　　　　　　　　　　　　　　Fax: (916) 327-2026

**Stipulation to Amend Complaint**
**[Proposed] Order Regarding the Same**　　　4

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My |
| 3 | business address is 1 South Sixth Street, Terre Haute, Indiana 47807. |
| 4 | On January 20, 2009, I electronically filed the foregoing document described as |
| 5 | Stipulation to Amend Complaint; [Proposed] Order Regarding the Same, with the Clerk of Court |
| 6 | using the CM/ECF system which will send notification of such filing to: |

Zackary Paul Morazzini
Zackary.Morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.*

And, pursuant to Rule 5-135(f), on January 20, 2009, I served the foregoing document described as Stipulation to Amend Complaint; [Proposed] Order Regarding the Same by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Terre Haute, Indiana, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

Ross Johnson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

**Stipulation to Amend Complaint;
[Proposed] Order Regarding the Same**          5

Timothy Hodson
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Eugene Huguenin, Jr.
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

Robert Leidigh
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

and

Ray Remy
California Fair Political Practices Commission
428 J. Street, Suite 620
Sacramento, California 95814

*Defendants*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on January 20, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs