| | |
|---|---|
| *Attorney or Party without Attorney:*<br>TIMOTHY D. CHANDLER, ESQ. (234325)<br>ALLIANCE DEFENSE FUND<br>101 PARKSHORE DRIVE<br>SUITE 100<br>FOLSOM, CA 95630<br>*Telephone No:* 916-932-2820<br><br>*Attorney for:* | *For Court Use Only*<br><br><br><br><br><br><br>*Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Eastern District Of California

*Applicant:* PROTECTMARRIAGE.COM, et al.
: DEBRA BOWEN, et al.

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:09-CV-0058-MCE-DAD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHMENT

3. a. Party served:      DEPARTMENT OF ELECTIONS, CITY AND COUNTY OF SAN FRANCISCO
   b. Person served:      NADIA GONZALEZ, MAYOR'S SECRETARY/AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:      1 DR. CARLTON B. GOODLETT PLACE
   ROOM 200
   SAN FRANCISCO, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 14, 2009 (2) at: 4:05PM

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANDY ESQUER
   
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2007-0001009
      (iii) County: San Francisco

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Jan. 15, 2009

                             (ANDY ESQUER)

Judicial Council Form      PROOF OF SERVICE      *6465835.allde.185501*
Rule 2.150.(a)&(b) Rev January 1, 2007

ATTACHMENT TO PROOF OF SERVICE FOR CONTROL # 6465835

1. SUMMONS IN A CIVIL CASE
2. CIVIL COVER SHEET
3. COMPLAINT; PROC HAC VICE APPLICATION(4)
4. ORDER REQUIRING JOINT STATUS REPORT
5. FIRST AMENDED COMPLAINT
6. PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXPEDIATE
7. PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE
8. NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL
9. PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL
10. PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT
11. PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
12. PLANTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJNUCTION
13. EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION, MOTION TO EXPEDIATE, AND MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND REPLIES TO THE SAME
14. DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
15. ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME
16. ORDER
17. AFFADAVIT OF MICHELE L. SCHMIDT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION
18. AFFADAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION
19. AFFADAVIT OF SCOTT F. BIENIEK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION
20. PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 21, 2009, I electronically filed the foregoing document described as Proof of Service [Department of Elections] with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants*
*Debra Bowen, Edmund C. Brown, Jr., and*
*Members of the California Fair Political Policies Committee.*

And, pursuant to Rule 5-135(f), on January 21, 2009, I served the foregoing document described as Proof of Service [Department of Elections] by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

*Defendants*

Proof of Service [Department of Elections]   3

1  I declare under penalty of perjury under the laws of the State of California that the above is true
2  and correct. Executed on January 21, 2009 at Folsom, California.

s/Timothy D. Chandler  
Timothy D. Chandler (CA Bar No. 234325)  
Attorney for Plaintiff

Proof of Service [Department of Elections]   4