| *Attorney or Party without Attorney:*<br>TIMOTHY D. CHANDLER, ESQ.<br>ALLIANCE DEFENCE FUND<br>,<br>*Telephone No:* | | *For Court Use Only* |
|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court- Central District Of California, Eastern Division | | |
| *Plaintiff:* PROTECTMARRIAGE.COM, et al. | | |
| *Defendant:* DEBRA BOWEN, et al. | | |
| **PROOF OF SERVICE** | *Hearing Date:*  *Time:*  *Dept/Div:* | *Case Number:*<br>2:09-CV-00058 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED.

3. a. Party served:  TIMOTHY HODSON
   b. Person served: LARRY WOODLOCK, SENIOR COUNSEL, AUTHORIZED TO ACCEPT

4. Address where the party was served: 428 J STREET
   SUITE 800
   SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 14, 2009 (2) at: 4:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL MORRIS
   
   First Legal Support Services sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   d. *The Fee for Service was:* $75.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 04-009
      (iii) County: Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jan. 15, 2009

   Judicial Council Form POS-010   PROOF OF SERVICE   (MICHAEL MORRIS)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                   8869631.adf.185541

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; PRO HAC VICE
APPLICATION, ECF REGISTRATION AND CONCENT TO ELECTRONIC
SERVICE, PROPOSED ORDER FOR: BARRY A. BOSTROM, JAMES BOPP, JR.,
SCOTT F. BIENIEK, SARAH E. TROUPIS, ORDER REQUIRING JOINT STATUS
REPORT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION;
MAGISTRATE JUDGE CONSENT FORM; FIRST AMENDED COMPLAINT;
PLAINTIFS' NOTICE OF MOTION AND MOTION TO EXPODITE; (PROPOSED)
ORDER GRANTING MOTION TO EXPEDITE; PLAINTIFFS' MEMORANDUM IN
SUPPORT OF MOTION TO EXPEDITE; NOTICE OF MOTION AND PLAINTIFFS'
MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS
UNDER SEAL; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR
PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL;
PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE
ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; PLAINTIFFS' EX
PARTE MOTION TO EXCEED PAGE LIMIT; (PROPOSED) ORDER GRANTING
PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT; PLAINTIFFS' NOTICE OF
MOTION AND MOTION FOR PRELIMINARY INJUCTION; (PROPOSED) ORDER
GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;
PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY
INJUNCTION; EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON
MOTION FOR PRELIMINARY INJUNCTION, MOTION TO EXPEDITE, AND
MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND
REPLIES TO THE SAME; (PROPOSED) ORDER GRANTING PLAINTIFFS' EX
PARTE MOTION TO SHORTEN TIME; AFFIDAVIT OF SARAH E. TROUPIS IN
SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON
MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND
REPLIES TO THE SAME; DECLARATION OF SARAH E. TROUPIS IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; ORDER
GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME; ORDER;
ORDER; AFFIDAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR
RECONSIDERATION OF ORDER SHIRTENING TIME ON MOTION FOR
PRELIMINARY INJUNCTION; PLAINTIFFS' OPPOSITION TO STATE
DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER
SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION;
AFFIDAVIT OF MICHELE L. SCHMIDT IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON
MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF SCOTT F. BIENIEK
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX
PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING
TIME ON MOTION FOR PRELIMINARY INJUNCTION.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My |
| 3 | business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630. |
| 4 | On January 21, 2009, I electronically filed the foregoing document described as Proof of |
| 5 | Service [Timothy Hodson] with the Clerk of Court using the CM/ECF system which will send |
| 6 | notification of such filing to: |

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants*
*Debra Bowen, Edmund C. Brown, Jr., and*
*Members of the California Fair Political Policies Committee.*

And, pursuant to Rule 5-135(f), on January 21, 2009, I served the foregoing document described as Proof of Service [Timothy Hodson] by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

*Defendants*

Proof of Service [Timothy Hodson]　　　　　　　3

1    I declare under penalty of perjury under the laws of the State of California that the above is true
2    and correct. Executed on January 21, 2009 at Folsom, California.

                                        s/Timothy D. Chandler
                                        Timothy D. Chandler (CA Bar No. 234325)
                                        Attorney for Plaintiff