| *Attorney or Party without Attorney:* TIMOTHY D. CHANDLER, ESQ. ALLIANCE DEFENCE FUND , *Telephone No:* *Attorney for:* Plaintiff | *Ref. No. or File No.:* | *For Court Use Only* |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court- Central District Of California, Eastern Division | | |
| *Plaintiff:* PROTECTMARRIAGE.COM, et al. | | |
| *Defendant:* DEBRA BOWEN, et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:09-CV-00058 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED.

3. a. *Party served:*           EUGENE HUGUENEN
   b. *Person served:*       LARRY WOODLOCK, SENIOR COUNSEL, AUTHORIZED TO ACCEPT

4. *Address where the party was served:*    428 J STREET
   SUITE 800
   SACRAMENTO, CA  95814

5. *I served the party:*
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 14, 2009 (2) at: 4:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. MICHAEL MORRIS

   First Legal Support Services SM
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $75.00
   e. I am: (3) registered California process server
       *(i)*   Independent Contractor
       *(ii)*  *Registration No.:*   04-009
       *(iii)* *County:*           Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jan. 15, 2009

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(MICHAEL MORRIS)
8869632.adf.185543

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONCENT TO ELECTRONIC SERVICE, PROPOSED ORDER FOR: BARRY A. BOSTROM, JAMES BOPP, JR., SCOTT F. BIENIEK, SARAH E. TROUPIS, ORDER REQUIRING JOINT STATUS REPORT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; MAGISTRATE JUDGE CONSENT FORM; FIRST AMENDED COMPLAINT; PLAINTIFS' NOTICE OF MOTION AND MOTION TO EXPODITE; (PROPOSED) ORDER GRANTING MOTION TO EXPEDITE; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE; NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT; PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUCTION; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION, MOTION TO EXPEDITE, AND MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND REPLIES TO THE SAME; (PROPOSED) ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME; AFFIDAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND REPLIES TO THE SAME; DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME; ORDER; ORDER; AFFIDAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHIRTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF MICHELE L. SCHMIDT IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF SCOTT F. BIENIEK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My |
| 3 | business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630. |
| 4 | On January 21, 2009, I electronically filed the foregoing document described as Proof of |
| 5 | Service [Eugene Hugenen] with the Clerk of Court using the CM/ECF system which will send |
| 6 | notification of such filing to: |

Zackery Paul Morazzini<br>
Zackery.Morazzini@doj.ca.gov<br>
*Attorney for Defendants*<br>
*Debra Bowen, Edmund C. Brown, Jr., and*<br>
*Members of the California Fair Political Policies Committee.*

And, pursuant to Rule 5-135(f), on January 21, 2009, I served the foregoing document described as Proof of Service [Eugene Huguenen] by placing true and correct copies of the documents in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan<br>
Office of the Registrar-Recorder<br>
12400 Imperial Highway<br>
Norwalk, California 90650<br>
<br>
Department of Elections, City and County of San Francisco<br>
c/o Office of the Mayor Gavin Newsom<br>
1 Dr. Carlton B. Goodlett Place<br>
San Francisco, California 94102<br>
<br>
Jan Scully<br>
Office of the District Attorney<br>
901 G Street<br>
Sacramento, California 95814<br>
<br>
Eileen Teichert<br>
Office of the City Attorney<br>
New City Hall Building<br>
915 I Street, 4th Floor<br>
Sacramento, California 95814<br>
<br>
*Defendants*

1 | I declare under penalty of perjury under the laws of the State of California that the above is true
2 | and correct. Executed on January 21, 2009 at Folsom, California.

                                                                        s/Timothy D. Chandler
                                                                        Timothy D. Chandler (CA Bar No. 234325)
                                                                        Attorney for Plaintiff