James Bopp, Jr. (Ind. State Bar No. 2838-84)
Barry A. Bostrom (Ind. State Bar No.11912-84)
Sarah E. Troupis (Wis. State Bar No. 1061515)
Scott F. Bieniek (Ill. State Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)*
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

*  *Designated Counsel for Service*

# United States District Court
## Eastern District of California
### Sacramento Division

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **ORDER GRANTING PLAINTIFFS'** *EX PARTE* **RULE 21 MOTION TO DISMISS DEFENDANT TEICHERT AND JOIN DEFENDANT DENNIS J. HERRERA** |
| v. | |
| **Debra Bowen, et al.,** | |
| *Defendants.* | Judge Morrison C. England, Jr. |

**Order Granting Plaintiffs'** *Ex Parte* **Rule 21 Motion to Dismiss Defendant Teichert and Join Defendant Herrera**

1

Having considered Plaintiffs' *Ex Parte* Rule 21 Motion to Dismiss Defendant Teichert and Join Defendant Dennis J. Herrera, the Court being fully advised, and good cause shown:

**IT IS HEREBY ORDERED** that Plaintiffs' *Ex Parte* Rule 21 Motion to Dismiss Defendant Teichert and Join Defendant Dennis J. Herrera is **GRANTED**.

Dated: January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**Order Granting
Plaintiffs' *Ex Parte* Rule 21 Motion
to Dismiss Defendant Teichert and
Join Defendant Herrera**     2