| | |
|---|---|
| *Attorney or Party without Attorney:*<br>TIMOTHY D. CHANDLER, ESQ.<br>ALLIANCE DEFENCE FUND<br>,<br>*Telephone No:*<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court- Central District Of California, Eastern Division

*Plaintiff:* PROTECTMARRIAGE.COM, et al.
*Defendant:* DEBRA BOWEN, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:09-CV-00058 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SEE ATTACHED.

3. a. Party served:         ROBERT LEIDIGH
   b. Person served:        LARRY WOODLOCK, SENIOR COUNSEL

4. Address where the party was served:    428 J STREET
                                          SUITE 800
                                          SACRAMENTO, CA  95814

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 14, 2009 (2) at: 4:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL  MORRIS                               d. *The Fee for Service was:*    $75.00

   First Legal Support Services℠
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   e. I am: (3)  registered California process server
        *(i)*   Independent Contractor
        *(ii)*  *Registration No.:*     04-009
        *(iii)* *County:*               Sacramento

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jan. 15, 2009

                                                                    (MICHAEL MORRIS)

Judicial Council Form POS-010              PROOF OF SERVICE                             8869633.adf.185545
Rule 2.150.(a)&(b) Rev January 1, 2007

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONCENT TO ELECTRONIC SERVICE, PROPOSED ORDER FOR: BARRY A. BOSTROM, JAMES BOPP, JR., SCOTT F. BIENIEK, SARAH E. TROUPIS, ORDER REQUIRING JOINT STATUS REPORT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; MAGISTRATE JUDGE CONSENT FORM; FIRST AMENDED COMPLAINT; PLAINTIFS' NOTICE OF MOTION AND MOTION TO EXPODITE; (PROPOSED) ORDER GRANTING MOTION TO EXPEDITE; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE; NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT; PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUCTION; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION, MOTION TO EXPEDITE, AND MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND REPLIES TO THE SAME; (PROPOSED) ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME; AFFIDAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND REPLIES TO THE SAME; DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME; ORDER; ORDER; AFFIDAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHIRTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF MICHELE L. SCHMIDT IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF SCOTT F. BIENIEK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My |
| 3 | business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630. |
| 4 | On January 21, 2009, I electronically filed the foregoing document described as Proof of |
| 5 | Service [Robert Leidigh] with the Clerk of Court using the CM/ECF system which will send |
| 6 | notification of such filing to: |
| 7 | Zackery Paul Morazzini |
|   | Zackery.Morazzini@doj.ca.gov |
| 8 | *Attorney for Defendants* |
|   | *Debra Bowen, Edmund C. Brown, Jr., and* |
| 9 | *Members of the California Fair Political Policies Committee.* |
| 10 | And, pursuant to Rule 5-135(f), on January 21, 2009, I served the foregoing document |
| 11 | described as Proof of Service [Robert Leidigh] by placing true and correct copies of the documents in |
| 12 | sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, |
| 13 | addressed to the following non-CM/ECF participants: |
| 14 | |
| 15 | Dean C. Logan |
|   | Office of the Registrar-Recorder |
| 16 | 12400 Imperial Highway |
|   | Norwalk, California 90650 |
| 17 | |
| 18 | Department of Elections, City and County of San Francisco |
|   | c/o Office of the Mayor Gavin Newsom |
| 19 | 1 Dr. Carlton B. Goodlett Place |
|   | San Francisco, California 94102 |
| 20 | |
| 21 | Jan Scully |
|   | Office of the District Attorney |
| 22 | 901 G Street |
|   | Sacramento, California 95814 |
| 23 | |
| 24 | Eileen Teichert |
|   | Office of the City Attorney |
| 25 | New City Hall Building |
|   | 915 I Street, 4th Floor |
| 26 | Sacramento, California 95814 |
| 27 | |
| 28 | *Defendants* |

Proof of Service [Robert Leidigh]     3

1     I declare under penalty of perjury under the laws of the State of California that the above is true
2 and correct. Executed on January 21, 2009 at Folsom, California.

                                        <u>s/Timothy D. Chandler</u>
                                        Timothy D. Chandler (CA Bar No. 234325)
                                        Attorney for Plaintiff