| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>TIMOTHY D. CHANDLER, ESQ.<br>ALLIANCE DEFENCE FUND<br>101 PARKSHORE DRIVE<br>SUITE 100<br>FOLSOM, CA 95630<br>Telephone No: | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court- Central District Of California, Eastern Division

*Plaintiff:* PROTECTMARRIAGE.COM, et al.
*Defendant:* DEBRA BOWEN, et al.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:09-CV-00058 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED.

3. a. Party served:                         RAY REMY
   b. Person served:                      LARRY WOODLOCK, SENIOR COUNSEL, AUTHORIZED TO ACCEPT

4. Address where the party was served:      428 J STREET
                                                          SUITE 800
                                                           SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 14, 2009 (2) at: 4:05PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MICHAEL MORRIS                                 d. **The Fee** *for Service was:*    $75.00

       **First Legal Support Services** SM        e. I am: (3) registered California process server
          ATTORNEY SERVICES                          *(i)*    Independent Contractor
       1511 BEVERLY BOULEVARD                   *(ii)*    *Registration No.:*    04-009
       Los Angeles, CA 90026                         *(iii)*    *County:*              Sacramento
       (213) 250-1111, FAX (213) 250-1197

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Thu, Jan. 15, 2009

Judicial Council Form POS-010                     **PROOF OF SERVICE**             (MICHAEL MORRIS)
Rule 2.150.(a)&(b) Rev January 1, 2007                                                                          8869635.adf.185546

SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONCENT TO ELECTRONIC SERVICE, PROPOSED ORDER FOR: BARRY A. BOSTROM, JAMES BOPP, JR., SCOTT F. BIENIEK, SARAH E. TROUPIS, ORDER REQUIRING JOINT STATUS REPORT; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION; MAGISTRATE JUDGE CONSENT FORM; FIRST AMENDED COMPLAINT; PLAINTIFS' NOTICE OF MOTION AND MOTION TO EXPODITE; (PROPOSED) ORDER GRANTING MOTION TO EXPEDITE; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE; NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS UNDER SEAL; PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT; PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUCTION; (PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; EX PARTE MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION, MOTION TO EXPEDITE, AND MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND REPLIES TO THE SAME; (PROPOSED) ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME; AFFIDAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING ON MOTION FOR PROTECTIVE ORDER AND TIME TO FILE OPPOSITION AND REPLIES TO THE SAME; DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO SHORTEN TIME; ORDER; ORDER; AFFIDAVIT OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHIRTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF MICHELE L. SCHMIDT IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF SCOTT F. BIENIEK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR PRELIMINARY INJUNCTION.

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My |
| 3 | business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630. |
| 4 | On January 21, 2009, I electronically filed the foregoing document described as Proof of |
| 5 | Service [Ray Remy] with the Clerk of Court using the CM/ECF system which will send notification of |
| 6 | such filing to: |
| 7 | Zackery Paul Morazzini |
|  | Zackery.Morazzini@doj.ca.gov |
| 8 | *Attorney for Defendants* |
|  | *Debra Bowen, Edmund C. Brown, Jr., and* |
| 9 | *Members of the California Fair Political Policies Committee.* |
| 10 | And, pursuant to Rule 5-135(f), on January 21, 2009, I served the foregoing document |
| 11 | described as Proof of Service [Ray Remy] by placing true and correct copies of the documents in |
| 12 | sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, |
| 13 | addressed to the following non-CM/ECF participants: |
| 14 | |
| 15 | Dean C. Logan |
|  | Office of the Registrar-Recorder |
| 16 | 12400 Imperial Highway |
|  | Norwalk, California 90650 |
| 17 | |
| 18 | Department of Elections, City and County of San Francisco |
|  | c/o Office of the Mayor Gavin Newsom |
| 19 | 1 Dr. Carlton B. Goodlett Place |
|  | San Francisco, California 94102 |
| 20 | |
| 21 | Jan Scully |
|  | Office of the District Attorney |
| 22 | 901 G Street |
|  | Sacramento, California 95814 |
| 23 | |
| 24 | Eileen Teichert |
|  | Office of the City Attorney |
| 25 | New City Hall Building |
|  | 915 I Street, 4th Floor |
| 26 | Sacramento, California 95814 |
| 27 | |
| 28 | *Defendants* |

Proof of Service [Ray Remy]    3

1 | I declare under penalty of perjury under the laws of the State of California that the above is true
2 | and correct. Executed on January 21, 2009 at Folsom, California.

                                                   <u>s/Timothy D. Chandler</u>
                                                   Timothy D. Chandler (CA Bar No. 234325)
                                                   Attorney for Plaintiff