James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

*Admitted Pro Hac Vice
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **PROOF OF SERVICE OF COURT ORDER FILED JANUARY 21, 2009** |
| *v.* | |
| **Debra Bowen, et al.,** | Honorable Morrison C. England, Jr. |
| *Defendants*. | |

**Proof of Service**                                 1

| | |
|---|---|
| 1 | I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. |
| 2 | My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630. |
| 3 | On January 21, 2009, this Court electronically filed the Order Granting Plaintiffs' *Ex* |
| 4 | *Parte* Rule 21 Motion to Dismiss Defendant Teichert and Join Defendant Dennis J. Herrera with |
| 5 | the Clerk of Court using the CM/ECF system, which sent notification of such filing to: |

Zackary Paul Morazzini
Zackary.Morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen, Edmund C. Brown, Jr., and*
*Members of the California Fair Political Practices Commission*

Pursuant to Rule 5-135(f), on January 21, 2009, I served the Order Granting Plaintiffs' *Ex Parte* Rule 21 Motion to Dismiss Defendant Teichert and Join Defendant Dennis J. Herrera by placing true and correct copies of the document in sealed envelopes with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

and

Eileen Teichert
Office of the City Attorney
New City Hall Building
915 I Street, 4th Floor
Sacramento, California 95814

*Defendants*

**Proof of Service** 2

I declare under the penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 21, 2009.

                                                s/Timothy D. Chandler
                                                Timothy D. Chandler (SBN 234325)
                                                Attorney for Plaintiffs

**Proof of Service** 3