James Bopp, Jr. (Ind. State Bar No. 2838-84)
Barry A. Bostrom (Ind. State Bar No.11912-84)
Sarah E. Troupis (Wis. State Bar No. 1061515)
Scott F. Bieniek (Ill. State Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)*
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

\* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **STIPULATION TO AMEND COMPLAINT; ORDER REGARDING THE SAME** |
| v. | |
| **Debra Bowen, et al.,** | Judge Morrison C. England, Jr. |
| *Defendants*. | |

Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal ("ProtectMarriage.com") and National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("NOM-California"), pursuant to Fed. R. Civ. P. 15(a)(2) submit the following stipulation for the Court's approval.

Plaintiffs filed their complaint in this mater on Wednesday, January 7, 2009.

On Friday, January 9, 2009, pursuant to Fed. R. Civ. P. 15(a), Plaintiffs filed their First Amended Complaint, adding Plaintiff John Doe #1, an individual, and as a representative of the Class of Major Donors.

1

Plaintiffs, after conferring with Defendant Eileen Teichert, have determined that she is not a proper Defendant in this action because she lacks enforcement authority under the Political Reform Act of 1974 (the "Act"), Cal. Gov't Code § 81000 *et seq.*, because she is not an "elected city attorney." CGC § 91001.5 (granting enforcement authority to elected city attorneys). Therefore, her inclusion constitutes misjoinder.

Proposed Defendant Dennis J. Herrera, the city attorney for the City and County of San Francisco, California, is an elected city attorney and therefore does, or would have if authorized by the Charter for the City and County of San Francisco, the authority to enforce provisions of the Act pursuant to CGC § 91001.5.[1]

Therefore, Plaintiffs ProtectMarriage.com, NOM-California, and the Class of Major Donors have determined that the First Amended Complaint should be amended.

Defendants have consented to Plaintiffs amending their First Amended Complaint. Defendants stipulate to the filing of the Second Amended Complaint attached as Exhibit A.[2]

**So Stipulated:**

Date: January 20, 2009

/s/ Timothy D. Chandler
Timothy D. Chandler (Cal. State Bar No. 234325)
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 932-2850
Facsimile: (916) 932-2851
Counsel for All Plaintiffs

---

[1] Proposed Defendant Herrera specifically reserves the right to challenge his appointment as the representative of the Class of Elected City Attorneys if Plaintiffs make a motion under Fed. R. Civ. P. 23(c)(1) to certify the Class of Elected City Attorneys.

[2] Proposed Defendant Herrera, as the City Attorney for the City and County of San Francisco, has been involved in these proceedings as counsel for the Department of Elections for the City and County of San Francisco; adding him as a Defendant to this suit at this stage of the litigation will not prejudice his preparation for the hearing on Plaintiffs' Motion for Preliminary Injunction.

Date: January 15, 2009

_____
Zackery P. Morazzini, State Bar No. 204237
Attorney for Defendant Edmund G. Brown Jr.
California Attorney General

Date: January 15, 2009

_____
Zackery P. Morazzini, State Bar No. 204237
Attorney for Defendant Debra Bowen
California Secretary of State

Date: January 15, 2009

_____
Judy Whitehurst
Attorney for Defendant Dean C. Logan
Los Angeles County Reistrar-Recorder

Date: January 15, 2009

_____
Wayne Snodgrass
Attorney for Defendant Department of Elections - City and County of San Francisco

Date: January 15, 2009

_____
Albert Locher
Attorney for Defendant Jan Scully
Sacramento County District Attorney

Date: January 15, 2009

_____
Brett Witter
Attorney for Defendant Eileen Teichert
City Attorney for the City of Sacramento

Date: January 15, 2009

_____
Heather M. Rowan, State Bar No. 232415
Attorney for Defendant Members of the Fair Political Practices Commission
428 J Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 322-5660
Fax: (916) 327-2026

IT IS SO ORDERED.

Dated: January 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3