James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard. E. Coleson (Ind. State Bar No. 11527-70)**
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)***
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Pro Hac Vice Application Pending*
*** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, *v.* | **PROOF OF SERVICE OF COURT ORDER FILED JANUARY 22, 2009** |
| **Debra Bowen, et al.,** | Honorable Morrison C. England, Jr. |
| *Defendants.* | |

**Proof of Service**                                1

1  I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action.

2  My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

3  On January 22, 2009, this Court electronically filed the Order Granting Stipulation to

4  Amend Complaint with the Clerk of Court using the CM/ECF system, which sent notification of

5  such filing to:

Zackary Paul Morazzini
Zackary.Morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen, Edmund C. Brown, Jr., and
Members of the California Fair Political Practices Commission*

Pursuant to Rule 5-135(f), on January 22, 2009, I served the Order Granting Stipulation

to Amend Complaint by placing true and correct copies of the document in sealed envelopes

with postage thereon fully prepaid, in the United States mail at Folsom, California, addressed to

the following non-CM/ECF participants:

Dean C. Logan
Office of the Registrar-Recorder
12400 Imperial Highway
Norwalk, California 90650

Department of Elections, City and County of San Francisco
c/o Office of the Mayor Gavin Newsom
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102

and

Jan Scully
Office of the District Attorney
901 G Street
Sacramento, California 95814

*Defendants*

I declare under the penalty of perjury under the laws of the State of California that the

above is true and correct. Executed on January 22, 2009.

s/Timothy D. Chandler
Timothy D. Chandler (SBN 234325)
Attorney for Plaintiffs

**Proof of Service**                           2