RAYMOND G. FORTNER, JR., County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
STATE BAR NO.: 182855
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845
Facsimile: (213) 617-7182
Email: jwhitehurst@counsel.lacounty.gov

*Attorneys for Dean C. Logan*
*Los Angeles Registrar-Recorder/County Clerk*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| **ProtectMarriage.com - Yes on 8, a Project of California Renewal; National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, John Doe #1**, an individual, and as a representative of the **Class of Major Donors**, Plaintiffs,<br><br>v.<br><br>**Debra Bowen**, Secretary of State for the State of California, her official capacity; **Edmund G. Brown, Jr.**, Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California in his official capacity; **Department of Elections - City and County of San Francisco, Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the class of District Attorneys in the State of California; **Eileen M. Teichert**, City Attorney for the City of Sacramento, California, in her official capacity and as representative of the class of City Attorneys in the State of California; **Ross Johnson, Timothy Hodson, Eugene Huguenin, Jr., Robert Leidigh, and Ray Remy**, members of the California Fair Political Practices Commission, in their official capacities, Defendants. | CASE NO. 2:09-CV-00058-MCE-DAD<br><br>**STATEMENT OF NON-OPPOSITION OF DEAN C. LOGAN, LOS ANGELES COUNTY REGISTRAR-RECORDER/ COUNTY CLERK**<br><br>DATE: 1/29/2009<br>TIME: 10:00 A.M.<br>CRTRM.: 7 |

Defendant Dean C. Logan, Los Angeles County Registrar-Recorder/County

HOA.578437.1

**Dean C. Logan's Statement of Non-Opposition**
**(2:09-CV-00058-MCE-DAD)**

Clerk takes no position on the merits of this matter in that this case raises a question of the constitutionality of the Political Reform Act, a State statute, and in light of the fact that the Registrar-Recorder/County Clerk's only involvement arises from a ministerial duty under the Political Reform act to serve as the filing officer for the disclosure forms. As such, Defendant Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk files this Statement of Non-Opposition to Plaintiffs' Motion for Preliminary Injunction.

DATED: January 22, 2009

Respectfully submitted,

RAYMOND G. FORTNER, JR.
County Counsel

By: /s/ Judy W. Whitehurst
JUDY W. WHITEHURST
Principal Deputy County Counsel

Attorneys for Dean C. Logan, Registrar-Recorder/County Clerk

**CERTIFICATE OF SERVICE**
Case No. 2:09-CV-00058-MCE-DAD

STATE OF CALIFORNIA, County of Los Angeles:

Hazel T. Bataclan states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on January 22, 2009, I served the attached

## Dean C. Logan's Statement of Non-Opposition

upon the *non-CM/ECF participants/Interested Party(ies)* by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached mailing list.

☒ **(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

☒ **(FEDERAL)** I declare that I am employed in the offices of a member of this court at whose direction the service was made.

On January 22, 2009, my attorney, Judy W. Whitehurst, electronically filed the document described above with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those listed below:

| | |
|---|---|
| Zachary Paul Morazzini<br>email: Zackery.Morazzini@doj.ca.gov<br>*Attorney for Defendants Debra Bowen, Edmund C. Brown Jr., and Members of the California Fair Political Practices Commission* | Barry A. Bostrom, PHV<br>email: boxtrom@bopplaw.com<br>James Bobb, Jr, PHV<br>email: jboppjr@aol.com<br>Sarah E. Troupis, PHV<br>email: stroupis @ bopplaw.com<br>Scott F. Bieniek, PHV<br>email: sbieniek@bopplaw.com<br>Timothy Donald Chandler<br>email: tchandler@telladf.org<br>*Attorneys for All Plaintiffs* |

Executed on January 22, 2009, at Los Angeles, California.

| Hazel T. Bataclan | /s/ Hazel T. Bataclan |
|---|---|
| Type or Print Name of Declarant | Signature |

| | |
|---|---|
| 1 | **SERVICE LIST- MAILING** |

| | |
|---|---|
| **Department of Elections, City and County of San Francisco**<br>c/o Office of the Mayor Gavin Newsom<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102 | **Jan Scully**<br>Office of the District Attorney<br>901 G Street<br>Sacramento, California 95814 |
| **Eileen Teichert**<br>Office of the City Attorney<br>New City Hall Building<br>915 I Street, 4th Floor<br>Sacramento, California 95814 | |