1   EDMUND G. BROWN JR., SBN: 37100
    Attorney General of California
2   CHRISTOPHER E. KRUEGER, SBN: 173288
    Senior Assistant Attorney General
3   DOUGLAS J. WOODS, SBN: 161531
    Supervising Deputy Attorney General
4   SETH E. GOLDSTEIN, SBN: 238228
    ZACKERY P. MORAZZINI, SBN: 204237
5   Deputies Attorney General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone: (916) 445-8226
    Fax: (916) 324-5567
8   E-mail: Zackery.Morazzini@doj.ca.gov
    *Attorneys for Defendants Debra Bowen, California*
9   *Secretary of State; Edmund G. Brown Jr., California*
    *Attorney General*
10
    SCOTT HALLABRIN, General Counsel, SBN: 076662
11  LAWRENCE T. WOODLOCK, SBN: 137676
    Fair Political Practices Commission
12  428 J Street, Suite 800
    Sacramento, CA 95814
13  Telephone: (916) 322-5660
    Fax: (916) 327-2026
14  E-mail: lwoodlock@fppc.ca.gov
    *Attorneys for Defendants Members of the Fair*
15  *Political Practices Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTMARRIAGE.COM, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA BOWEN, SECRETARY OF STATE FOR THE STATE OF CALIFORNIA, ET AL., <br><br> Defendants. | 2:09-cv-00058-MCE-DAD <br><br> **DECLARATION OF LYNDA CASSADY IN SUPPORT OF STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: January 29, 2009 <br> Time: 11 a.m. <br> Courtroom: 7 <br> Judge Morrison C. England, Jr. <br> Trial Date: None Set <br> Action Filed: January 7, 2009 |

1

Declaration of Lynda Cassady in Support of State Defendants'
Opposition to Plaintiffs' Motion for Preliminary Injunction

I, Lynda Cassady, declare as follows:

1. I am the Chief of the Technical Assistance Division of the California Fair Political Practices Commission ("Commission"). I began my employment with the Commission in August 1989 and served as a Political Reform Consultant in the Technical Assistance Division. In 1992, I was promoted to Assistant Division Chief and on December 31, 2008, to Division Chief, the position I currently hold. I have personal knowledge of the matters set forth below and if called to testify as to these matters, I could competently do so.

2. As Division Chief (and previously as Assistant Division Chief), I manage the day-to-day operations of the Technical Assistance Division. ____ In addition, I review and provide input on draft regulations, proposed legislation, and other legal issues presented for consideration by the Commission, as well as formal and informal staff advice letters and other staff projects. I have played a leadership role in several projects aimed at simplifying reporting rules, deadlines and instructions, developing electronic filing programs, and improving communications with and outreach to the regulated community.

3 One of the primary purposes of the Act, as stated in California Government Code Section 81002, is to ensure that receipts and expenditures in election campaigns are fully and truthfully disclosed so that the information can be used by voters to make decisions on candidates and ballot measure campaigns in state and local elections and so that improper practices may be inhibited. Towards that goal, Government Code Section 84211 requires committees to disclose contributions received of $100 or more from a single source in a calendar year. This information is necessary so that the public knows what sources are financing political campaigns. Government Code Section 84211 requires the name, street address, and if applicable, the occupation and name of employer for each source that contributed $100 or more in a calendar year.

2

4. Campaign committees only report, in a lump sum, the aggregate amount of contributions received from all sources that contributed less than $100 in the calendar year. Cal. Gov't Code §84211. The total number of contributions totaling less than $100 from a single source is not reported. The Act does require campaign committees to maintain in the committee's records the names, street address, and if applicable, the occupation and name of employer of each source of a contribution of $25 or more. Cal. Code Regs. tit. 2 §18401. This is a recordkeeping rule only, however, that facilitates audits of committee accounts. This information is not publicly disclosed when contributors have given less than $100 in total to a committee.

5. My staff and I examined the campaign reports filed by Primarily Formed Ballot Measure Committees formed to support and oppose Proposition 8 on the November 2008 California General Election Ballot. The information in this declaration was accessed from the Secretary of State's online CalAccess Program on January 7 and 8, 2009. From this information, we developed the spreadsheets that portray the contributions made both for and against Proposition 8. These spreadsheets are attached hereto as Exhibits A (in support of Proposition 8) and B (in opposition to Proposition 8).

6. There were 27 committees primarily formed to support or oppose Proposition 8. Of those 27 committees 10 committees opposing the Proposition and four committees supporting the measure filed campaign statements electronically with the Secretary of State. My staff and I reviewed data from the 14 committees that filed reports electronically.

7. The total amount of contributions received in support of Proposition 8 from 1/1/08 through 10/18/08 was $29,835,617 from 36,292 contributions. Of those, $1,617,325 came from contributions of less than $100 from a single contributor (and therefore were not itemized).

8. The total amount of contributions received in opposition to Proposition 8 from 1/1/08 through 10/18/08 was $44,667,429 from 49,706 contributions. Of those, $2,560,707 came from

3

Declaration of Lynda Cassady in Support of State Defendants'
Opposition to Plaintiffs' Motion for Preliminary Injunction

contributions of less than $100 from a single contributor.

8. On January 21, 2009, my staff reviewed campaign data on the Cal Access program for the three committees that filed campaign statements electronically and supported Proposition 22, another ballot measure addressing the definition of marriage. Proposition 22 was listed on the March Primary Election ballot in 2000. From this information, we developed the spreadsheet attached hereto as Exhibit C. The total amount of contributions received by the three committees in support of Proposition 22 was $5,186,607. Of this amount, 10,832 sources contributed $100 or more. The total amount received by the three committees from sources that contributed less than $100 was $613,874.

I declare under the laws of the United States that the foregoing is true of my own knowledge, and that this declaration was executed in Sacramento, California on January 22, 2009.

By: /s/ Lynda Cassady

Lynda Cassady
Chief of the Technical Assistance Division
Fair Political Practices Commission

4

Declaration of Lynda Cassady in Support of State Defendants'
Opposition to Plaintiffs' Motion for Preliminary Injunction

EXHIBIT A

# Yes on 8 Committees

| | | Total Contributions 07-08 | Contributions of $100+ | $100-$499 | $500-$999 | $1,000-$9,999 | $10,000+ | Under $100 |
|---|---|---|---|---|---|---|---|---|
| | | Dollars | | | | | | Dollars |
| 1302592 | Protectmarriage.com | $27,931,045 | 35,532 | 18,495 | 4,246 | 4,849 | 277 | $1,561,447 |
| 1303282 | Nat'l Org for Marriage | $1,825,658 | 531 | 392 | 48 | 63 | 28 | $25,486 |
| 1309338 | Capitol Resource | $71,384 | 223 | 208 | 9 | 5 | 1 | $28,664 |
| 1301054 | Alliance for Marriage | $7,530 | 6 | 4 | 0 | 2 | 0 | $1,728 |
| 1312536 | Adventists for 8 | no filings | | | | | | |
| 1309082 | High Desert for 8 | no filings | | | | | | |
| 1313175 | Stand for Marriage | no filings | | | | | | |
| 1308367 | CA for Tradition Marr. | no filings | | | | | | |
| 1312752 | Convencion Hispanas | no filings | | | | | | |
| 1313185 | Family Research Coun | no filings | | | | | | |
| | Totals | $29,835,617 | 36,292 | 19,099 | 4,303 | 4,919 | 306 | $1,617,325 |

Amounts do not include late reporting due 2/2/09

EXHIBIT B

# No on 8 Committees

| | | Total Contributions 07-08 | Contributions of $100+ | $100-$499 | $500-$999 | $1,000-$9,999 | $10,000+ | Under $100 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Dollars | | | | | | Dollars | |
| 1301573 | CA Marriage Equality | $10,703,984 | 14,566 | 12,134 | 1,311 | 1,007 | 114 | $535,665 | |
| 1308414 | Log Cabin | $67,594 | 119 | 88 | 16 | 14 | 1 | $2,367 | |
| 1307246 | Human Rights | $3,260,725 | 5,347 | 4,689 | 419 | 222 | 17 | $367,757 | |
| 1308178 | Am. Civil Liberties | $2,079,962 | 80 | 43 | 6 | 22 | 9 | $451 | |
| 1308829 | Marriage Equality USA | $59,433 | 127 | 102 | 10 | 15 | 0 | $9,102 | |
| 1308206 | Natl Center Lesbian | $482,108 | 615 | 477 | 58 | 68 | 12 | $20,467 | |
| 1307787 | Ca Against Elim. Rights | $447,849 | 115 | 72 | 8 | 18 | 17 | $4,005 | |
| 1307950 | Task Force No on 8 | $271,351 | 288 | 221 | 30 | 29 | 9 | $14,635 | |
| 1259396 | No on 8, Equality All | $26,683,255 | 27,649 | 23,920 | 1,978 | 1,541 | 208 | $1,583,884 | 2007-08 |
| 1259396 | No on 8, Equality All | $611,168 | 800 | 630 | 62 | 94 | 14 | $22,374 | 2005-06 |
| 1308436 | Protect Marriage for All | no filings | | | | | | | |
| 1311419 | Feminist Majority | no filings | | | | | | | |
| 1309109 | Santa Clara County | no filings | | | | | | | |
| 1312996 | Justice Ed Fund | no filings | | | | | | | |
| 1310774 | Wine Country | no filings | | | | | | | |
| 1307834 | GLBT | no filings | | | | | | | |
| 1312672 | Santa Clara | no filings | | | | | | | |
| 1308401 | Bigots Against Life | no filings | | | | | | | |
| | Totals | $44,667,429 | 49,706 | 42,376 | 3,898 | 3,030 | 401 | $2,560,707 | |

Amounts do not include late reporting due 2/2/09

EXHIBIT C

## Yes on 22 Committees

| | | Total Contributions 99-00 | Total # contributor $100+ | $ Less than $100 |
|---|---|---|---|---|
| | | Dollars | | Dollars |
| 990319 | Calfns for Protection | $4,506,589 | 9,219 | $248,076 |
| 982936 | Defense of Marriage | $590,518 | 1,610 | $365,798 |
| 981204 | Calfns for the Defense | $89,500 | 3 | $0 |
| 1221066 | American Needs Fatima | No E-filings | | |
| | Totals | $5,186,607 | 10,832 | $613,874 |