| | |
|---|---|
| 1 | DENNIS J. HERRERA, SB# 139669 |
| | City Attorney |
| 2 | WAYNE SNODGRASS, SB# 148137 |
| | MOLLIE LEE, SB#  251404 |
| 3 | Deputy City Attorneys |
| | One Dr. Carlton B. Goodlett Place |
| 4 | City Hall, Room 234 |
| | San Francisco, California 94102-4682 |
| 5 | Telephone:       (415) 554-4705 |
| | Facsimile:        (415) 554-4745 |
| 6 | E-Mail:            mollie.lee@sfgov.org |
| 7 | Attorneys for Defendants |
| | Department of Elections - City and County of San Francisco and |
| 8 | Dennis J. Herrera, City Attorney for the City and County of San Francisco |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| 14 | **ProtectMarriage.com - Yes on 8, a Project of California Renewal; National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, John Doe #1**, an individual, and as a representative of the **Class of Major Donors**, | Case No. 2:09-CV-00058-MCEDAD |
| | Plaintiffs, | **NOTICE OF JOINDER BY DEFENDANT DEPARTMENT OF ELECTIONS - CITY AND COUNTY OF SAN FRANCISCO AND DEFENDANT DENNIS J. HERRERA IN STATE DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| | vs. | |
| | **Debra Bowen,** Secretary of State for the State of California, in her official capacity; **Edmund G. Brown, Jr.,** Attorney General for the State of California, in his official capacity; **Dean C. Logan,** Registrar-Recorder of Los Angeles County, California, in his official capacity; **Department of Elections - City and County of San Francisco**; **Jan Scully,** District Attorney for Sacramento County, California, in her official capacity and as a representative of the Class of District Attorneys in the State of California; **Dennis J. Herrera**, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross** | Date:           January 29, 2009<br>Time:           11 a.m.<br>Courtroom:   7, 14th Floor<br>Judge:          Morrison C. England, Jr.<br>Trial Date:    None Set<br>Action Filed: January 7, 2009 |

| | | |
|---|---|---|
| 28 | NOTICE OF JOINDER BY DEFENDANTS DEPARTMENT OF ELECTIONS AND DENNIS J. HERRERA<br>CASE NO.   2:09-CV-00058-MCEDAD | 1 | n:\govlit\li2009\090774\00533573.doc |

**Johnson, Timothy Hodson, Eugene Huguenin, Jr., Robert Leidigh,** and **Ray Remy**, members of the California Fair Political Practices Commission, in their official capacities,

    Defendants.

Defendants Department of Elections - City and County of San Francisco and Dennis J. Herrera, City Attorney for the City and County of San Francisco ("San Francisco Defendants") hereby join in the Opposition to Plaintiffs' Motion for Preliminary Injunction filed by State Defendants Debra Bowen, Edmund G. Brown, Jr., and members of the Fair Political Practices Commission. San Francisco Defendants join in and adopt State Defendants' Opposition in its entirety, including all arguments and statements of issue or fact contained therein, and all exhibits and Evidentiary Objections incorporated therein, except as to the description in Section I(A) of Plaintiffs' viewpoint as "the promotion of the traditional definition of marriage."

Dated: January 22, 2009

                              DENNIS J. HERRERA
                              City Attorney
                              WAYNE SNODGRASS
                              MOLLIE LEE
                              Deputy City Attorneys

                        By:           /s/          
                              MOLLIE LEE

                              Attorneys for Defendants
                              DEFENDANTS CITY AND COUNTY OF SAN
                              FRANCISCO AND DENNIS HERRERA