

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

ProtectMarriage.com, et al.

    Plaintiff(s),

v.

Debra Bowen, et al.

    Defendant(s).

Case No. 2:09-cv-00058-MCE-DAD

I, <u>Benjamin W. Bull</u>, attorney for <u>Plaintiffs, ProtectMarriage.com - Yes on 8, a Project of California Renewal, National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, and John Doe #1, an individual, and as a representative of the Class of Major Donors</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | <u>Alliance Defense Fund</u> |
| Address: | <u>15100 North 90th Street</u> |
| City: | <u>Scottsdale</u> |
| State: | <u>Arizona</u> |
| ZIP Code: | <u>85260</u> |
| Voice Phone: | <u>(480) 444-0020</u> |
| FAX Phone: | <u>(480)444-0028</u> |
| Internet E-mail: | <u>bbull@telladf.org</u> |
| Additional E-mail: | <u>csneed@telladf.org</u> |

I reside in

City: <u>Scottsdale</u>    State: <u>Arizona</u>

I was admitted to practice in the following courts:

| COURT | DATE ADMITTED |
|---|---|
| United States Supreme Court | May 21, 1979 |
| United States Court of Appeals for the 1st Circuit | October 28, 2008 |
| United States Court of Appeals for the 3rd Circuit | July 6, 2007 |
| United States Court of Appeals for the 4th Circuit | May 29, 1979 |
| United States Court of Appeals for the 5th Circuit | March 25, 1985 |
| United States Court of Appeals for the 6th Circuit | March 25, 1985 |
| United States Court of Appeals for the 7th Circuit | August 18, 2006 |
| United States Court of Appeals for the 8th Circuit | April 26, 1989 |
| United States Court of Appeals for the 9th Circuit | February 11, 1985 |
| United States Court of Appeals for the 10th Circuit | January 22, 1992 |
| United States Court of Appeals for the 11th Circuit | February 11, 1985 |
| United States Court of Appeals for the District of Columbia | September 18, 1985 |
| United States District of Columbia Court of Appeals | May 1, 1985 |
| United States District Court of Virginia, Eastern District | August 3, 1977 |
| United States District Court of Arizona | June 10, 1985 |
| United States District Court of California, Northern District | April 1, 1991 |
| United States District Court of Wisconsin, Eastern District | September 26, 1994 |
| United States District Court of Indiana, Northern District | March 11, 2008 |
| Supreme Court of Virginia | October 6, 1975 |
| Supreme Court of Arizona | May 18, 1985 |

I am presently in good standing and eligible to practice in said courts. I am not currently suspended or disbarred in any other court.

I have ☒ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application, and whether granted or denied.

Kevin Borden v. City of Modesto, et al., 1:08-cv-01061-AWI-SMS (application filed July 23, 2008; application granted [signed] July 25, 2008, [filed] July 28, 2008); and Ryan Dozier v. Susan Houle, et al., 2:08-CV-2298-FCD-JFM (application filed September 29, 2008; application granted [signed] September 30, 2008, [filed] October 1, 2008).

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Timothy D. Chandler |
| Firm Name: | Alliance Defense Fund |
| Address: | 101 Parkshore Drive, Suite 100 |
| City: | Folsom |
| State: | California |
| ZIP Code: | 95630 |
| Voice Phone: | (916) 932-2850 |
| FAX Phone: | (916) 932-2852 |
| E-mail: | tchandler@telladf.org |

Dated: 1/22/09        Petitioner: _/s/ [signature]_

**ORDER**

IT IS SO ORDERED.

Dated: _____                    _____
                                          JUDGE, U.S. DISTRICT COURT

# ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE

Beginning January 3, 2005, all cases filed and pending in the Eastern District of California are subject to electronic filing, service (ECF) and electronic case storage procedures (CM). This form shall be used to register for accounts on the Court's Electronic Case File (ECF) system which permits electronic filing.

By submitting this Petition to Appear Pro Hac Vice and ECF Registration Form, I understand:

1. Registration herein is for ECF use only in cases proceeding in the U.S. District Court for the Eastern District of California.

2. Each attorney who is wishes to appear in the Eastern District pro hac vice must complete and sign an Attorney Registration Form. An attorney's password issued by the court combined with the attorney's identification (login), serves as and constitutes the attorney signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to immediately notify the court. The court will immediately delete the password from the electronic filing system and issue a new password.

3. Unless an attorney expressly declines to consent (see below) registration as a Filing User constitutes: (1) consent to receive service electronically and waiver of the right to receive service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D). **Note: Service of Summons and Complaint pursuant to Federal Rule of Civil Procedure 4 are not encompassed by electronic service.** Waiver of service and notice by first class mail applies to notice of the entry of an order or judgment. Service by electronic means is complete upon transmission of the Notice of Electronic Filing.

4. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. **PACER involves a separate, free registration.** Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required, in addition to, the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER website (http://pacer.psc.uscourts.gov).

5. By this registration, I understand that the specific procedures which control electronic filing can be found in the Local Rules and CM/ECF User's Manual, all of which can be accessed on the Court's website. Please periodically access these Rules and Manual in order to understand electronic filing requirements, and any changes which may be later implemented. Serious and/or sustained failure to abide by those procedures may result in a termination of electronic filing privileges which are a prerequisite to practice in the Eastern District.

**Notice Regarding Non-Consent to Electronic Service**. An attorney may expressly forego consenting to service and receipt of filed documents by electronic service pursuant to Federal Rule of Civil Procedure 5(b)(2)(D). This decision not to consent must be by separate document in writing addressed to the Office of the Clerk. Parties not consenting to electronic service must serve by the other methods specified in Rule 5.

The court strongly urges that all attorneys consent to serve and receive service of filed documents by means of electronic service. There is no significant downside to such consent and universal participation in electronic service will benefit all concerned. **Failure to consent to electronic service does not relieve attorneys of the obligation to file documents electronically when required to do so or otherwise abide by CM/ECF procedures.**

**PROOF OF SERVICE**

I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630.

On January 26, 2009, I electronically filed the foregoing document described as Pro Hac Vice Application, ECF Registration and Consent to Electronic Service, Proposed Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants*
*Debra Bowen, Edmund C. Brown, Jr., and*
*Members of the California Fair Political Policies Committee*

Judy Welch Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Mollie Mindes Lee
mollie.lee@sfgov.org
*Attorney for Defendants*
*Department of Elections – City and County of San Francisco and*
*Dennis J. Herrera*

and

Terence John Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 26, 2009 at Folsom, California.

s/Timothy D. Chandler
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff

Proof of Service