**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants JAN SCULLY, in her official capacity

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTMARRIAGE.COM - YES ON 8, A PROJECT OF CALIFORNIA RENEWAL; NATIONAL ORGANIZATION FOR MARRIAGE CALIFORNIA - YES ON 8, SPONSORED BY NATIONAL ORGANIZATION FOR MARRIAGE, JOHN DOE #1, an individual and as representative of the CLASS OF MAJOR DONORS,<br>Plaintiffs,<br>vs.<br>DEBRA BOWEN, Secretary of State for the State of California, in her official capacity; EDMUND G. BROWN, JR., Attorney General for the State of California, in his official capacity; DEAN C. LOGAN, Registrar-Recorder of Los Angeles County, California, in his official capacity; DEPARTMENT OF ELECTIONS - CITY AND COUNTY OF SAN FRANCISCO; JAN SCULLY, District Attorney for Sacramento County, California in her official capacity and as a representative of the Class of District Attorneys in the State of California; DENNIS J. HERRERA, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; ROSS JOHNSON, TIMOTHY HODSON, EUGENE HUGUENIN, JR., ROBERT LEIDIGH and RAY REMY, members of the California Fair Political Practices Commision, in their official capacities,<br>Defendants. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**AMENDED STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT JAN SCULLY TO FILE A RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND MOTION FOR PROTECTIVE ORDER; ORDER THEREON** |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**AMENDED STIPULATION FOR EXT. OF TIME TO FILE RESPONSE; ORDER REGARDING SAME**
00648008.WPD

Dockets.Justia.com

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs PROTECTMARRIAGE.COM - YES ON 8, A PROJECT OF CALIFORNIA RENEWAL; NATIONAL ORGANIZATION FOR MARRIAGE CALIFORNIA - YES ON 8, SPONSORED BY NATIONAL ORGANIZATION FOR MARRIAGE, JOHN DOE #1, an individual and as representative of the CLASS OF MAJOR DONORS and Defendant JAN SCULLY, District Attorney for Sacramento County, California in her official capacity, by and through their respective undersigned counsel, that the time for Defendant SCULLY to file a response to the Plaintiffs' Motion for Preliminary Injunction and Motion for Protective Order shall be extended up to and including 4:00 p.m. on January 23, 2009.

This Stipulation is being submitted on the grounds that counsel for Defendant SCULLY was only retained on January 22, 2009, which is the same day that this Opposition was due to be filed and therefore counsel for SCULLY has not had sufficient time to prepare an Opposition. This request is for a one-day extension and is the first extension requested. Therefore, the request for additional time is based on demonstrated good cause.

Dated: January 22, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/Terence J. Cassidy
Terence J. Cassidy
Attorney for Defendant
JAN SCULLY, District Attorney for Sacramento County, California in her official capacity

Dated: January 22, 2009

BOPP, COLESON & BOSTROM

By  /s/Scott F. Bieniek
Scott F. Bieniek
Attorney for Plaintiffs

**IT IS SO ORDERED.**

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com