ProtectMarriage.com - Yes on 8, a Project of California Renewal et al v. Bowen et al

Doc. 86



**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

ProtectMarriage.com, et al.

            Plaintiff(s),

v.

Debra Bowen, et al.

            Defendant(s).

Case No. 2:09-cv-00058-MCE-DAD

    I, <u>Benjamin W. Bull</u>, attorney for <u>Plaintiffs, ProtectMarriage.com - Yes on 8, a Project of California Renewal, National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, and John Doe #1, an individual, and as a representative of the Class of Major Donors</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

    In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | <u>Alliance Defense Fund</u> |
| Address: | <u>15100 North 90th Street</u> |
| City: | <u>Scottsdale</u> |
| State: | <u>Arizona</u> |
| ZIP Code: | <u>85260</u> |
| Voice Phone: | <u>(480) 444-0020</u> |
| FAX Phone: | <u>(480)444-0028</u> |
| Internet E-mail: | <u>bbull@telladf.org</u> |
| Additional E-mail: | <u>csneed@telladf.org</u> |

I reside in

City: <u>Scottsdale</u>    State: <u>Arizona</u>

PDF created with pdfFactory trial version www.pdffactory.com

Dockets.Justia.com

I was admitted to practice in the following courts:

| COURT | DATE ADMITTED |
|---|---|
| United States Supreme Court | May 21, 1979 |
| United States Court of Appeals for the 1st Circuit | October 28, 2008 |
| United States Court of Appeals for the 3rd Circuit | July 6, 2007 |
| United States Court of Appeals for the 4th Circuit | May 29, 1979 |
| United States Court of Appeals for the 5th Circuit | March 25, 1985 |
| United States Court of Appeals for the 6th Circuit | March 25, 1985 |
| United States Court of Appeals for the 7th Circuit | August 18, 2006 |
| United States Court of Appeals for the 8th Circuit | April 26, 1989 |
| United States Court of Appeals for the 9th Circuit | February 11, 1985 |
| United States Court of Appeals for the 10th Circuit | January 22, 1992 |
| United States Court of Appeals for the 11th Circuit | February 11, 1985 |
| United States Court of Appeals for the District of Columbia | September 18, 1985 |
| United States District of Columbia Court of Appeals | May 1, 1985 |
| United States District Court of Virginia, Eastern District | August 3, 1977 |
| United States District Court of Arizona | June 10, 1985 |
| United States District Court of California, Northern District | April 1, 1991 |
| United States District Court of Wisconsin, Eastern District | September 26, 1994 |
| United States District Court of Indiana, Northern District | March 11, 2008 |
| Supreme Court of Virginia | October 6, 1975 |
| Supreme Court of Arizona | May 18, 1985 |

I am presently in good standing and eligible to practice in said courts. I am not currently suspended or disbarred in any other court.

PDF created with pdfFactory trial version www.pdffactory.com

I have ✘ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application, and whether granted or denied.

Kevin Borden v. City of Modesto, et al., 1:08-cv-01061-AWI-SMS (application filed July 23, 2008; application granted [signed] July 25, 2008, [filed] July 28, 2008); and Ryan Dozier v. Susan Houle, et al., 2:08-CV-2298-FCD-JFM (application filed September 29, 2008; application granted [signed] September 30, 2008, [filed] October 1, 2008).

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Timothy D. Chandler |
| Firm Name: | Alliance Defense Fund |
| Address: | 101 Parkshore Drive, Suite 100 |
| City: | Folsom |
| State: | California |
| ZIP Code: | 95630 |
| Voice Phone: | (916) 932-2850 |
| FAX Phone: | (916) 932-2852 |
| E-mail: | tchandler@telladf.org |

**ORDER**

IT IS SO ORDERED.

Dated: January 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com