| *Attorney or Party without Attorney:*<br>TIMOTHY D. CHANDLER, ESQ.<br>ALLIANCE DEFENCE FUND<br>101 PARKSHORE DRIVE<br>SUITE 100<br>FOLSOM, CA 95630<br>*Telephone No:* | | | | *For Court Use Only* |
|---|---|---|---|---|
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court- Central District Of California, Eastern Division | | | | |
| *Plaintiff:* PROTECTMARRIAGE.COM, et al. | | | | |
| *Defendant:* DEBRA BOWEN, et al. | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:09-CV-00058 |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SEE ATTACHED.

3. a. Party served:  CITY ATTORNEY FOR CITY AND COUNTY OF SAN FRANCISCO
   b. Person served: NYDIA GONZALES, AUTHORIZED TO ACCEPT

4. *Address where the party was served:*  1 DRIVE CARLTON B. GOODLETT PLACE
   ROOM 234
   SAN FRANCISCO, CA 94102

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 23, 2009 (2) at: 3:10PM

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANDY ESQUER
   d. **The Fee** *for Service was:*  $95.00
   e. I am: (3) registered California process server
       (i)  Independent Contractor
       (ii) Registration No.: 2007-0001009
       (iii) County: San Francisco

   First Legal Support Services sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Sat, Jan. 24, 2009

Judicial Council Form POS-010          PROOF OF SERVICE          (ANDY ESQUER)
Rule 2.150.(a)&(b) Rev January 1, 2007                                       *8870085.adf.188334*

COMPLAINT; PRO HAC VICE APPLICATION, ECF REGISTRATION AND
CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER FOR: BARRY A.
BOSTROM, JAMES BOPP, JR., SCOTT F. BIENIEK, SARAH E. TROUPIS; ORDER
REQUIRING JOINT STATUS REPORT; CONSENT TO JURISDICTION OF UNITED
MAGISTRATE JUDGE; FIRST AMENDED COMPLAINT; PLAINTIFFS' NOTICE
OF MOTION AND MOTION TO EXPEDITE; CIVIL COVER SHEET;
DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION; ORDER GRANTING PLAINTIFFS' EX
PARTE MOTION TO SHORTEN TIME; ORDER; PLAINTIFFS' MEMORANDUM
IN SUPPORT OF MOTION TO EXPEDITE; NOTICE OF MOTION AND
PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE
DOCUMENTS UNDER SEAL; PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER AND LEAVE TO FILE DOCUMENTS
UNDER SEAL; PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMIT;
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY
INJUNCTION; PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION; EX PARTE MOTION TO SHORTEN TIME FOR
HEARING ON MOTION FOR PRELIMINARY INJUNCTION, MOTION TO
EXPEDITE, AND MOTION FOR PROTECTIVE ORDER AND TIME TO FILE
OPPOSITION AND REPLIES TO THE SAME; ORDER; PLAINTIFFS'
OPPOSITION TO STATE DEFENDANTS' EX PARTE APPLICATION FOR
RECONSIDERATION OF ORDER SHORTENING TIME ON MOTION FOR
PRELIMINARY INJUNCTION; AFFIDAVIT OF MICHELE L. SCHMIDT IN
SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS' EX PARTE
APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING TIME ON
MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF SARAH E.
TROUPIS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS'
EX PARTE APPLICATION FOR CONSIDERATION OF ORDER SHORTENING
TIME ON MOTION FOR PRELIMINARY INJUNCTION; AFFIDAVIT OF SCOTT F.
BIENIEK IN SUPPORT OF PLAINTIFFS' OPPOSITION TO STATE DEFENDANTS'
EX PARTE APPLICATION FOR RECONSIDERATION OF ORDER SHORTENING
TIME ON MOTION FOR PRELIMINARY INJUNCTION; ORDER; ORDER;
SECOND DECLARATION OF SARAH E. TROUPIS IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION; PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED
ORDER FOR JAMES BOPP, JR.; DECLARATION OF "JOHN DOE #1" IN
SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;
DECLARATION OF "JOHN DOE #2" IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION; DECLARATION OF "JOHN DOE #3" IN
SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;
DECLARATION OF "JOHN DOE #4" IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION; DECLARATION OF "JOHN DOE #5" IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; DECLARATION
OF "JOHN DOE #6" IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY
INJUNCTION; DECLARATION OF "JOHN DOE #7" IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF

"JOHN DOE #8" IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF "JOHN DOE #9" IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; ; PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER FOR: BARRY A. BOSTROM, JAMES BOPP, JR., SCOTT F. BIENIEK, SARAH E. TROUPIS; DECLARATION OF DAVID BAUER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; NOTICE OF FILING OF REFERENCE LIST PURSUANT TO FRCP 5.2(g) AND COURT ORDER; PROOF OF SERVICE OR COURT ORDERS ENTERED ON JANUARY 14, 2009, AND JANUARY 15, 2009; PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT; PLAINTIFFS' EX PARTE RULE 21 MOTION TO DISMISS DEFENDANT TEICHERT AND JOIN DEFENDANT DENNIS J. HERRERA; STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER REGARDING THE SAME; ; PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER FOR RICHARD E. COLESON; PROOF OF SERVICE; PROOF OF SERVICE; PROOF OF SERVICE; PROOF OF SERVICE; PROOF OF SERVICE; PROOF OF SERVICE; PROOF OF SERVICE; PROOF OF SERVICE; PROOF OF SERVICE; PROOF OF SERVICE; ORDER GRANTING PLAINTIFFS' EX PARTE RULE 21 MOTION TO DISMISS DEFENDANT TEICHERT AND JOIN DEFENDANT DENNIS J. HERRERA; PROOF OF SERVICE OF COURT ORDER FILED JANUARY 21, 2009; STIPULATION TO AMEND COMPLAINT, ORDER REGARDING THE SAME; PROOF OF SERVICE OF COURT ORDER FILED JANUARY 22, 2009; SECOND AMENDED COMPLAINT; PROOF OF SERVICE OF DECLARATION OF JOHN DOE #3 IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Timothy D. Chandler, am over the age of 18 years and not a party to the within action. My |
| 3 | business address is 101 Parkshore Drive, Suite 100; Folsom, California 95630. |
| 4 | On February 5, 2009, I electronically filed the foregoing document described as Proof of |
| 5 | Service [Dennis J. Herrera, City Attorney] with the Clerk of Court using the CM/ECF system which |
| 6 | will send notification of such filing to: |

Zackery Paul Morazzini
Zackery.Morazzini@doj.ca.gov
*Attorney for Defendants*
*Debra Bowen, Edmund C. Brown, Jr., and*
*Members of the California Fair Political Policies Committee*

Judy Welch Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Mollie Mindes Lee
mollie.lee@sfgov.org
*Attorney for Defendants*
*Department of Elections – City and County of San Francisco and*
*Dennis J. Herrera*

Terence John Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

and

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 5, 2009 at Folsom, California.

s/Timothy D. Chandler
Timothy D. Chandler (CA Bar No. 234325)
Attorney for Plaintiff

Proof of Service