```
1   SCOTT HALLABRIN, General Counsel, SBN: 076662
    LAWRENCE T. WOODLOCK, SBN: 137676
2   Fair Political Practices Commission
    428 J Street, Suite 620
3   Sacramento, CA 95814
    Telephone: (916) 322-5660
4   Fax: (916) 327-2026
    E-mail: lwoodlock@fppc.ca.gov
5   Attorneys for Defendants Members of the Fair Political Practices Commission
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTMARRIAGE.COM, ET AL., | 2:09-cv-00058-MCE-DAD |
| Plaintiffs, | Notice of Association of Counsel |
| v. | |
| DEBRA BOWEN, SECRETARY OF STATE FOR THE STATE OF CALIFORNIA, ET AL., Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that, in the above-captioned matter, Lawrence T. Woodlock represents Ross Johnson, Chairman, Ray Remy, A. Eugene Huguenin, Jr., Timothy A. Hodson, and Robert Leidigh, Commissioners of the Fair Political Practices Commission, sued in their official capacities.

Please direct all future correspondence as follows:

Lawrence T. Woodlock
Commission Counsel
Fair Political Practices Commission
428 J Street Suite 620
Sacramento, CA 95814
lwoodlock@fppc.ca.gov

Notice of Association of Counsel

2:09-cv-00058-MCE-DAD

1

| | | |
|---|---|---|
| 1 | DATED: February 11, 2009 | Respectfully submitted, |
| 2 | | |
| 3 | | SCOTT HALLABRIN<br>LAWRENCE T. WOODLOCK |
| 4 | | Attorneys for Defendants |
| 5 | | /s/ Lawrence T. Woodlock |
| 6 | | Lawrence T. Woodlock |