James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone:   (480) 444-0020
Facsimile:   (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

*  *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER REGARDING THE SAME** |
| v. | |
| **Debra Bowen, et al.,** | Judge Morrison C. England, Jr. |
| *Defendants*. | |

**Stipulation to Amend Complaint;**
**[Proposed] Order Regarding the Same**      1

1    Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal
2    ("**ProtectMarriage.com**"), National Organization for Marriage California - Yes on 8, Sponsored
3    by National Organization for Marriage ("**NOM-California**"), and John Doe #1, on behalf of the
4    proposed Class of Major Donors, pursuant to Fed. R. Civ. P. 15(a)(2) submit the following
5    stipulation to amend complaint for the Court's approval.

6    Plaintiffs filed their original complaint in this mater on January 7, 2009. On January 9,
7    2009, pursuant to Fed. R. Civ. P. 15(a), Plaintiffs filed their First Amended Complaint, adding
8    Plaintiff John Doe #1, an individual, and as a representative of the proposed Class of Major
9    Donors. On January 22, 2009, pursuant to Fed. R. Civ. P. 15(a)(2), the Court granted Plaintiffs'
10   request to file a Second Amended Complaint, replacing Defendant Eileen Teichert with
11   Defendant Dennis J. Herrera.

12   Plaintiffs filed a Rule 20 Motion to Add Plaintiff National Organization for Marriage
13   California PAC ("**NOM-California PAC**") concurrently with this stipulation. NOM-California
14   PAC formed on February 6, 2009, as a "general purpose committee." Cal. Gov't Code §
15   82027.5. As set forth in Plaintiffs' Rule 20 Motion to Add Plaintiff National Organization for
16   Marriage California PAC, there are common questions of law and fact making joinder of NOM-
17   California PAC appropriate in this action. If the Court grants Plaintiffs' Rule 20 Motion to Add
18   Plaintiff National Organization for Marriage California PAC, the Second Amended Complaint
19   should be amended to reflect this change.

20   As set forth below, Defendants have consented to the filing of Plaintiffs Third Amended
21   Complaint, attached hereto as Exhibit A.

**Stipulation to Amend Complaint;**
**[Proposed] Order Regarding the Same**          2

**So Ordered:**

Date: May ____, 2009      _____
                          The Honorable Morrison C. England, Jr.
                          United States District Judge

**So Stipulated:**

Date: May ___, 2009       _____
                          Scott F. Bieniek
                          *Attorney for All Plaintiffs*



Date: May ___, 2009       _____
                          Zackery P. Morazzini
                          *Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*



Date: May ___, 2009       _____
                          Judy W. Whitehurst
                          *Attorney for Defendant Dean C. Logan*



Date: May ___, 2009       _____
                          Terence J. Cassidy
                          *Attorney for Defendant Jan Scully*

Date: May ___, 2009

Mollie M. Lee
*Attorney for Defendants Dennis J. Herrera and Department of Elections - City and County of San Francisco*

Date: May ___, 2009

Lawrence T. Woodlock
*Attorney for Defendant Members of the Fair Political Practices Commission*

**So Ordered:**

Date: May ____, 2009

_____
The Honorable Morrison C. England, Jr.
United States District Judge

**So Stipulated:**

Date: May 14, 2009

_/s/ Scott F. Bieniek_____
Scott F. Bieniek
*Attorney for All Plaintiffs*

Date: May ___, 2009

_____
Zackery P. Morazzini
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: May ___, 2009

_____
Judy W. Whitehurst
*Attorney for Defendant Dean C. Logan*

Date: May ___, 2009

_____
Terence J. Cassidy
*Attorney for Defendant Jan Scully*

Stipulation to Amend Complaint;
[Proposed] Order Regarding the Same          3

**So Ordered:**

Date: May ____, 2009

_____
The Honorable Morrison C. England, Jr.
United States District Judge

**So Stipulated:**

Date: May ___, 2009

_____
Scott F. Bieniek
*Attorney for All Plaintiffs*

Date: May 14, 2009

_____
Zackery P. Morazzini
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: May ___, 2009

_____
Judy W. Whitehurst
*Attorney for Defendant Dean C. Logan*

Date: May ___, 2009

_____
Terence J. Cassidy
*Attorney for Defendant Jan Scully*

**Stipulation to Amend Complaint;**
**[Proposed] Order Regarding the Same**                3

| | |
|---|---|
| **So Ordered:** | |
| Date: May ___, 2009 | _____<br>The Honorable Morrison C. England, Jr.<br>United States District Judge |
| **So Stipulated:** | |
| Date: May ___, 2009 | _____<br>Scott F. Bieniek<br>*Attorney for All Plaintiffs* |
| Date: May ___, 2009 | _____<br>Zackary P. Morazzini<br>*Attorney for Defendants Debra Bowen and Edmund C. Brown, Jr.* |
| Date: May 12, 2009 | *[signature]*<br>Judy W. Whitehurst<br>*Attorney for Defendant Dean C. Logan* |
| Date: May ___, 2009 | _____<br>Terence J. Cassidy<br>*Attorney for Defendant Jan Scully* |

Stipulation to Amend Complaint;
[Proposed] Order Regarding the Same            3

**So Ordered:**

Date: May ____, 2009

_____
The Honorable Morrison C. England, Jr.
United States District Judge

**So Stipulated:**

Date: May ___, 2009

_____
Scott F. Bieniek
*Attorney for All Plaintiffs*

Date: May ___, 2009

_____
Zackery P. Morazzini
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: May ___, 2009

_____
Judy W. Whitehurst
*Attorney for Defendant Dean C. Logan*

Date: May **19**, 2009

*[signature]*
_____
Terence J. Cassidy
*Attorney for Defendant Jan Scully*

1
2  Date: May 14, 2009          _____
                                Mollie M. Lee
3                               *Attorney for Defendants Dennis J. Herrera and*
4                               *Department of Elections - City and County of San Francisco*
5
6
7  Date: May ___, 2009
8                               _____
                                Lawrence T. Woodlock
9                               *Attorney for Defendant Members of the Fair Political Practices Commission*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation to Amend Complaint;**
**[Proposed] Order Regarding the Same**                4

| | |
|---|---|
| 1 | |
| 2 Date: May ___, 2009 | _____ |
| 3 | Mollie M. Lee |
| | *Attorney for Defendants Dennis J. Herrera and* |
| 4 | *Department of Elections - City and County of San Francisco* |
| 5 | |
| 6 | |
| 7 Date: May 19, 2009 | _____*[signature]*_____ |
| 8 | Lawrence T. Woodlock |
| 9 | *Attorney for Defendant Members of the Fair Political Practices Commission* |

**Stipulation to Amend Complaint;
[Proposed] Order Regarding the Same**          4

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On May 20, 2009, I electronically filed the foregoing document described as Stipulation to Amend Complaint; [Proposed] Order Regarding the Same, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on May 20, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs