| | |
|---|---|
| 1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)* |
|   | Richard E. Coleson (Ind. State Bar No. 11527-70)* |
| 2 | Barry A. Bostrom (Ind. State Bar No.11912-84)* |
|   | Sarah E. Troupis (Wis. State Bar No. 1061515)* |
| 3 | Scott F. Bieniek (Ill. State Bar No. 6295901)* |

BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 932-2850
Facsimile: (916) 932-2851
Counsel for All Plaintiffs

*Admitted Pro Hac Vice*
**Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| Plaintiffs, | **PLAINTIFFS' EX PARTE MOTION TO ADD PLAINTIFF NATIONAL ORGANIZATION FOR MARRIAGE CALIFORNIA PAC** |
| vs. | |
| **DEBRA BOWEN, et al.,** | Judge Morrison C. England, Jr. |
| Defendants. | |

Plaintiffs ProtectMarriage.com—Yes on 8, a Project of California Renewal ("**ProtectMarriage.com**"), National Organization for Marriage—Yes on 8, Sponsored by National Organization for Marriage ("**NOM-California**"), and John Doe #1, an individual, and as a representative of the proposed Class of Major Donors ("**Major Donors**") hereby apply to the Court, ex parte, pursuant to Fed. R. Civ. P. 20 for leave to join NOM-California PAC as a Plaintiff in this lawsuit, and in support thereof state as follows:

1. Pursuant to Fed. R. Civ. P. 20(a)(1), "Persons may join in one action as plaintiffs if: (A) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all plaintiffs will arise in the action."
2. Proposed Plaintiff NOM-California PAC was formed on February 6, 2009.
3. NOM-California PAC has its principle place of business in Santa Ana, California.
4. NOM-California PAC is a general purpose committee pursuant to Cal. Gov't Code §§ 82013 and 82027.5.
5. As a general purpose committee, NOM-California PAC intends to support and/or oppose candidates and/or ballot measures in future elections and is subject to registration and reporting requirements under the Political Reform Act of 1974, Cal. Gov't Code § 81000 *et seq*.
6. Specifically, NOM-California PAC intends to support candidates that share its view of marriage as between one man and one woman. NOM-California PAC also intends to support any ballot measure similar to Proposition 8 and oppose any measure that would overturn Proposition 8.
7. The constitutionality of the statutes challenged in this action will have a direct bearing on the activities of NOM-California PAC, making joinder appropriate in this case.
8. Furthermore, there are common questions of law and fact, namely, whether Plaintiffs are entitled to an as-applied exemption from the Political Reform Act of 1974, Cal. Gov't Code § 81000 *et seq*., and whether portions of the Political Reform Act are

2

**Plaintiffs' Ex Parte Motion to Add Plaintiff National Organization for Marriage California PAC**

1. unconstitutional because they violate the First Amendment to the United States Constitution, as incorporated to the states by the Fourteenth Amendment.
9. Defendants would not be prejudiced by this change because the claims asserted in the Complaint would not change as a result of the joinder of NOM-California PAC.
10. Plaintiffs have filed a Stipulation to Amend Complaint concurrently with this motion, signed by all parties, consenting to the filing of Plaintiffs' Third Amended Complaint, which reflects the joinder of proposed Plaintiff NOM-California PAC.

WHEREFORE, Plaintiffs, pursuant to Fed. R. Civ. P. 20(a)(1), respectfully request leave to join Proposed Plaintiff NOM-California PAC.

Dated this 20th day of May, 2009.

Respectfully submitted,

/s/ Scott F. Bieniek

| | |
|---|---|
| Benjamin W. Bull (Ariz. State Bar No. 009940) | James Bopp, Jr. (Ind. Bar No. 2838-84) |
| ALLIANCE DEFENSE FUND | Barry A. Bostrom (Ind. Bar No.11912-84) |
| 15100 North 90th Street | Sarah E. Troupis (Wis. Bar No. 1061515) |
| Scottsdale, Arizona 85260 | Scott F. Bieniek (Ill. Bar No. 6295901) |
| Counsel for All Plaintiffs | BOPP, COLESON & BOSTROM |
| | 1 South Sixth Street |
| Timothy D. Chandler (Cal. Bar No. 234325) | Terre Haute, IN 47807-3510 |
| ALLIANCE DEFENSE FUND | Counsel for All Plaintiffs |
| 101 Parkshore Drive, Suite 100 | |
| Folsom, CA 95630 | |
| Counsel for All Plaintiffs | |
| Designated Counsel for Service | |

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On May 20, 2009, I electronically filed the foregoing document described as Plaintiffs' Request to Exceed Page Limit, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on May 20, 2009.

 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs