James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:    (480) 444-0020
Facsimile:    (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

* Admitted Pro Hac Vice
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| **Plaintiffs,** | **PLAINTIFFS' REQUEST TO EXCEED PAGE LIMIT FOR PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| **vs.** | |
| **DEBRA BOWEN, et al.,** | Judge Morrison C. England, Jr. |
| **Defendants.** | |

Plaintiffs ProtectMarriage.com—Yes on 8, a Project of California Renewal ("**ProtectMarriage.com**"), National Organization for Marriage—Yes on 8, Sponsored by National Organization for Marriage ("**NOM-California**"), and John Doe #1, an individual, and as a representative of the proposed Class of Major Donors ("**Major Donors**") respectfully request that this Court extend the page limitations for briefing set forth in the Court's Pretrial Scheduling Order filed May 18, 2009.

In support of this request, Plaintiffs state that they have made every effort to eliminate extraneous arguments from their Memorandum in Support of Motion for Summary Judgment but have been unable to comply with the page limitation given the complex constitutional issues involved in this case.

WHEREFORE, Plaintiffs respectfully request that:

1) Plaintiffs be allowed to up to fifty-five (55) pages for their Memorandum in Support of Motion for Summary Judgment;

2) Any opposition to said motion may also be up to fifty-five (55) pages in length;

3) Any reply shall not exceed twenty-five (25) pages.


Respectfully submitted this 20th day of May, 2009.


Benjamin W. Bull (Ariz. State Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. Bar No. 234325)
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Counsel for All Plaintiffs
Designated Counsel for Service

/s/ Scott F. Bieniek
James Bopp, Jr. (Ind. Bar No. 2838-84)
Barry A. Bostrom (Ind. Bar No.11912-84)
Sarah E. Troupis (Wis. Bar No. 1061515)
Scott F. Bieniek (Ill. Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Counsel for All Plaintiffs

**Plaintiffs' Request to Exceed Page Limit**

**CERTIFICATE OF SERVICE**

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On May 20, 2009, I electronically filed the foregoing document described as Plaintiffs' Request to Exceed Page Limit, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini @doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on May 20, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs

**Plaintiffs' Request to Exceed Page Limit**