UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Protectmarriage.com,
Jonathan Lee Riches,
Plaintiffs

v.

Debra Bowen, et al,
Defendants

2:09-CV-00058-MCE-DAD

Motion To correct clerical ERROR under Rule 60(A)
Motion For Reconsideration, EN BANC

Comes Now, Protectmarriage.com & Jonathan Lee Riches moves to correct a clerical ERROR under Rule 60(A) in the docketing of this case. The clerk of court forgot to add Jonathan Lee Riches who is also a Plaintiff in this case Against Debra Bowen. Jonathan Lee Riches supports the fundmentals of marriage, a constitutional right. Plaintiffs move to correct this ERROR and Plaintiffs more For en banc Reconsideration on this courts order as Jonathan Lee Riches was not given the right to file a Reply, a due process violation. Jonathan Lee Riches has newly discovered evidence, documents, exhibits related to this case. Plaintiffs pray for relief.

respectfully,

[signature]
5-19-09

**FILED**
MAY 22 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

ProtectMarriage.com - Yes on 8, a Project of California Renewal et al v. Bowen et al    Doc. 101