**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' RULE 20 MOTION TO ADD PLAINTIFF NATIONAL ORGANIZATION FOR MARRIAGE CALIFORNIA PAC** |
| vs. | |
| **DEBRA BOWEN, et al.,** | Judge Morrison C. England, Jr. |
| Defendants. | |

[Proposed] Order Granting Plaintiffs' Rule 20 Motion

1

Having considered Plaintiffs' Rule 20 Motion to Add Plaintiff National Organization for Marriage California PAC and the Stipulation to Amend Complaint filed concurrently therewith, the Court being fully advised, and good cause shown:

**IT IS HEREBY ORDERED** that Plaintiffs' Rule 20 Motion to Add Plaintiff National Organization for Marriage California PAC is **GRANTED**.

Dated: May 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order Prepared By:

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 932-2850
Facsimile: (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*