# United States District Court
## Eastern District of California
### Sacramento Division

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| **Plaintiffs,** | Judge Morrison C. England, Jr. |
| vs. | **Order Granting Plaintiffs' Request to Exceed Page Limit** |
| **DEBRA BOWEN, et al.,** | |
| **Defendants.** | |

Having reviewed Plaintiffs' request to extend the page limitations for briefing set forth in the Court's Pretrial Scheduling Order filed May 18, 2009, and good cause appearing therefore,

**IT IS ORDERED** that the page limitations attendant to the Plaintiffs' Motion for Summary Judgment shall be modified as follows:

1) The points and authorities submitted in support of the Plaintiffs' Motion may be up to fifty-five (55) pages in length;

2) The opposition points and authorities to said Motion may also be up to fifty-five (55) pages in length;

3) Any reply shall not exceed twenty-five (25) pages.

**IT IS SO ORDERED.**

Dated: May 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order Prepared By:

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:	(812) 232-2434
Facsimile:	(812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone:	(480) 444-0020
Facsimile:	(480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:	(916) 932-2850
Facsimile:	(916) 932-2851
Counsel for All Plaintiffs

\* *Admitted Pro Hac Vice*
\*\* *Designated Counsel for Service*