1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:     (812) 232-2434
   Facsimile:     (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (AZ Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona 85260
9  Telephone:     (480) 444-0020
   Facsimile:     (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:     (916) 932-2850
   Facsimile:     (916) 932-2851
14 Counsel for All Plaintiffs

15 * *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **STIPULATION TO AMEND COMPLAINT; ORDER** |
| v. | |
| **Debra Bowen, et al.,** | Judge Morrison C. England, Jr. |
| *Defendants*. | |

**Stipulation to Amend Complaint;
Order Regarding the Same**                1

Plaintiffs ProtectMarriage.com - Yes on 8, a Project of California Renewal ("**ProtectMarriage.com**"), National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("**NOM-California**"), and John Doe #1, on behalf of the proposed Class of Major Donors, pursuant to Fed. R. Civ. P. 15(a)(2) submit the following stipulation to amend complaint for the Court's approval.

Plaintiffs filed their original complaint in this mater on January 7, 2009. On January 9, 2009, pursuant to Fed. R. Civ. P. 15(a), Plaintiffs filed their First Amended Complaint, adding Plaintiff John Doe #1, an individual, and as a representative of the proposed Class of Major Donors. On January 22, 2009, pursuant to Fed. R. Civ. P. 15(a)(2), the Court granted Plaintiffs' request to file a Second Amended Complaint, replacing Defendant Eileen Teichert with Defendant Dennis J. Herrera.

Plaintiffs filed a Rule 20 Motion to Add Plaintiff National Organization for Marriage California PAC ("**NOM-California PAC**") concurrently with this stipulation. NOM-California PAC formed on February 6, 2009, as a "general purpose committee." Cal. Gov't Code § 82027.5. As set forth in Plaintiffs' Rule 20 Motion to Add Plaintiff National Organization for Marriage California PAC, there are common questions of law and fact making joinder of NOM-California PAC appropriate in this action. If the Court grants Plaintiffs' Rule 20 Motion to Add Plaintiff National Organization for Marriage California PAC, the Second Amended Complaint should be amended to reflect this change.

As set forth below, Defendants have consented to the filing of Plaintiffs Third Amended Complaint, attached hereto as Exhibit A.

///
///
///
///
///
///
///
///

**Stipulation to Amend Complaint;**
**Order Regarding the Same**     2

**So Stipulated:**

Date: May ___, 2009  
_____  
Zackery P. Morazzini  
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: May ___, 2009  
_____  
Judy W. Whitehurst  
*Attorney for Defendant Dean C. Logan*

Date: May ___, 2009  
_____  
Terence J. Cassidy  
*Attorney for Defendant Jan Scully*

Date: May ___, 2009

_____  
Scott F. Bieniek  
*Attorney for All Plaintiffs*

Date: May ___, 2009

_____
Mollie M. Lee
*Attorney for Defendants Dennis J. Herrera and Department of Elections - City and County of San Francisco*

_____
Date: May ___, 2009
Lawrence T. Woodlock
*Attorney for Defendant Members of the Fair Political Practices Commission*

IT IS SO ORDERED.

Dated: May 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On May 20, 2009, I electronically filed the foregoing document described as Stipulation to Amend Complaint; [Proposed] Order Regarding the Same, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on May 20, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs

**Stipulation to Amend Complaint;**
**Order Regarding the Same**                5