1
2
3
4
5
6
7
8
9
10

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| **Plaintiffs,** | Judge Morrison C. England, Jr. |
| **vs.** | **Order Granting Plaintiffs' Request to Exceed Page Limit** |
| **DEBRA BOWEN, et al.,** | |
| **Defendants.** | |

Having reviewed Plaintiffs' request to extend the page limitations for briefing set forth in the Court's Pretrial Scheduling Order filed May 18, 2009, and good cause appearing therefore,

**IT IS ORDERED** that the page limitations attendant to the Plaintiffs' Motion for Class Certification shall be modified as follows:

1) The points and authorities submitted in support of the Plaintiffs' Motion may be up to twenty-five (25) pages in length;

2) The opposition points and authorities to said Motion may also be up to twenty-five (25) pages in length;

3) Any reply shall not exceed ten (10) pages.

Dockets.Justia.com

**IT IS SO ORDERED.**

Dated:  May 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order Prepared By:

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:   (480) 444-0020
Facsimile:    (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

* _Admitted Pro Hac Vice_
** _Designated Counsel for Service_

**Order Granting Plaintiffs' Request to Exceed Page Limit**