1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  PROTECTMARRIAGE.COM, et al.,        NO. 2:09-cv-00058-MCE-DAD

12          Plaintiffs,

13      v.                              **ORDER**

14  DEBRA BOWEN, et al.,

15          Defendants.

16                          ----oo0oo----

17

18      The Court has reviewed the Request from Non-Party to Correct

    Clerical Error under Rule 60(a) and Motion for Reconsideration

19
    filed on May 26, 2009, by Jonathan Lee Riches.  Mr. Riches
20
    Request is hereby DENIED.
21
        IT IS SO ORDERED.
22

23  Dated: June 1, 2009

24

25                          _____
                            MORRISON C. ENGLAND, JR.
26                          UNITED STATES DISTRICT JUDGE

27

28

                                   1