James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 932-2850
Facsimile: (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF CLASS ACTION** |
| vs. | |
| **DEBRA BOWEN, et al.,** | Date: Aug. 13, 2009<br>Time: 2:00 P.M.<br>Courtroom: 7, 14th Floor<br>Judge Morrison C. England, Jr. |
| Defendants. | |
| | **ORAL ARGUMENT REQUESTED** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY GIVEN NOTICE THAT on Thursday, August 13, 2009, at 2:00 P.M., before the Honorable Morrison C. England, Jr. in Courtroom 7, 14th Floor, of the United States District Court for the Eastern District of California, Sacramento Division, located at 501 I Street, Sacramento California 95814, Plaintiffs ProtectMarriage.com—Yes on 8, a Project of California Renewal ("**ProtectMarriage.com**"), National Organization for Marriage California—Yes on 8, Sponsored by National Organization for Marriage ("**NOM-California**"), John Doe #1, an individual, and as a representative of the proposed Class of Major Donors ("**Major Donors**"), and National Organization for Marriage California PAC ("**NOM-California PAC**"), will and hereby do move for an order directing that the instant action proceed as a class action and determining the class.

This motion is made pursuant to Fed. R. Civ. P. 23(c), and on the grounds specified in this Notice of Motion and Motion for Certification of Class Action, Plaintiffs' Memorandum in Support of Motion for Certification of Class Action, the pleadings, files, and other records in this action, and such further evidence as may be presented to the Court at the time of the hearing.

Pursuant to this notice, Plaintiffs ProtectMarriage.com, NOM-California, John Doe #1, and NOM-California PAC hereby move for an order that the above-entitled action be maintained as a class action under Fed. R. Civ. P. 23:

(1) On behalf of Plaintiff John Doe #1 and all other individuals and organizations that contributed ten thousand dollars ($10,000) or more to Plaintiff ProtectMarriage.com or Plaintiff NOM-California who are similarly situated.

(2) Against Defendant Jan Scully, District Attorney for Sacramento County, California, and all other District Attorneys in the State of California who are similarly situated.

(3) Against Defendant Dennis J. Herrera, City Attorney for the City and County of San Francisco, and all other Elected City Attorneys in the State of California who are similarly situated.

**Plaintiffs respectfully request oral argument on this motion.**

Dated this 3rd day of June, 2009.

                                              Respectfully submitted,

                                               /s/ Scott F. Bieniek

| Benjamin W. Bull (Ariz. State Bar No. 009940) | James Bopp, Jr. (Ind. Bar No. 2838-84) |
|---|---|
| ALLIANCE DEFENSE FUND | Barry A. Bostrom (Ind. Bar No.11912-84) |
| 15100 North 90th Street | Sarah E. Troupis (Wis. Bar No. 1061515) |
| Scottsdale, Arizona 85260 | Scott F. Bieniek (Ill. Bar No. 6295901) |
| Counsel for All Plaintiffs | BOPP, COLESON & BOSTROM |
| | 1 South Sixth Street |
| Timothy D. Chandler (Cal. Bar No. 234325) | Terre Haute, IN 47807-3510 |
| ALLIANCE DEFENSE FUND | Counsel for All Plaintiffs |
| 101 Parkshore Drive, Suite 100 | |
| Folsom, CA 95630 | |
| Counsel for All Plaintiffs | |
| Designated Counsel for Service | |

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Plaintiffs' Notice of Motion and Motion for Certification of Certification of Class Action, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs