**John Doe #10**

1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:    (812) 232-2434
   Facsimile:    (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (Ariz. State Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona  85260
9  Telephone:    (480) 444-0020
   Facsimile:    (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:    (916) 932-2850
   Facsimile:    (916) 932-2851
14 Counsel for All Plaintiffs

15 * *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*
16

**United States District Court
Eastern District of California
Sacramento Division**

| ProtectMarriage.com, *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
|---|---|
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Debra Bowen, et al.**, | Date:  TBD |
| | Time: TBD. |
| *Defendants*. | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED , make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of Connecticut over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I made several donations totaling $XXX, to the National Organization for Marriage California - Yes on 8, sponsored by National Organization for Marriage.

4. I did not support Proposition 8 in any other way, except by talking to acquaintances.

5. On February 2, 2009, I received an email that referenced one of my donations and called me a "rotten" person. A true and correct copy of the text of this email is attached as Exhibit A.

6. My husband responded to this email, and the person who wrote the original email replied to tell him that she plans to contact all of the parents in the school where I work. My husband told me this, and I find the effect of this to be chilling and very upsetting.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED REDACTED
REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

2

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #10 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs