1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:     (812) 232-2434
   Facsimile:     (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (Ariz. State Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona  85260
9  Telephone:     (480) 444-0020
   Facsimile:     (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:     (916) 932-2850
   Facsimile:     (916) 932-2851
14 Counsel for All Plaintiffs

15 * *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Debra Bowen, et al.**, | Date: TBD |
| | Time: TBD. |
| *Defendants*. | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I made a donation in support of Proposition 8.

4. In support of Proposition 8, I participated in a peaceful Proposition 8 rally in front of the REDACTED in downtown San Diego. I also attended a REDACTED meeting where five ministers spoke in support of Proposition 8.

4. In support of Proposition 8, I also had a "One Man, One Woman" bumper sticker on my car. While I was in a grocery store, someone keyed my car and let the air out of the tires of my car.

5. After this incident, I felt compelled to remove the bumper sticker, because I was intimidated and worried that something worse would happen if I kept the bumper sticker on my car.

6. In support of Proposition 8, I also had a "Prop. 8 = Religious Freedom" sign on the balcony of my home. About a week after the November 2008 election, my entire staircase leading downstairs was covered in urine, and there was a puddle of urine at the bottom of the stairs.

7. In the future, I would support a cause similar to Proposition 8 in public, and I would support my church in anything promoting a similar cause. However, I am not sure that I would support a similar cause at home, because I was targeted at my home for harassment. I would only place a bumper sticker on my car after considering its wording.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED  REDACTED

REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

2

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #12 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political*
*Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs