1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:    (812) 232-2434
   Facsimile:    (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (Ariz. State Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona 85260
9  Telephone:    (480) 444-0020
   Facsimile:    (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:    (916) 932-2850
   Facsimile:    (916) 932-2851
14 Counsel for All Plaintiffs

15 * *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Debra Bowen, et al.**, | |
| *Defendants*. | Date: TBD<br>Time: TBD.<br>Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, **REDACTED**, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I signed up to help to circulate the petition to get Proposition 8 on the November 2008 ballot. However, I was unable to participate because the times assigned to me conflicted with my schedule.

4. I have a brother who is openly gay.

5. I never discussed the issue of Proposition 8 with my brother; however, during one of our regular phone conversations, he pressed me about how I planned to vote. I told him that I could vote "yes" or "no," just like anyone else could on Proposition 8 or any other ballot measure. He interpreted this comment as a suggestion that he should vote "yes" on Proposition 8.

6. As a result of the above conversation, I received an ugly and inflammatory e-mail from my brother's partner. A true and correct copy of this email is attached as Exhibit A. A true and correct copy of the series of emails that I exchanged after this initial email with my brother's partner is attached as Exhibit B.

7. This email was also forwarded to my sister-in-law, who supports gay marriage.

8. My brother will no longer speak to me as a result of my support for Proposition 8, and I believe that our family dynamics have changed forever.

9. I am deeply saddened that merely participating in the democratic process could have such adverse consequences for my family.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED REDACTED

REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #15 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs