James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (Ariz. State Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:   (480) 444-0020
Facsimile:   (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

\* *Admitted Pro Hac Vice*
\*\* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Debra Bowen, et al.,** <br><br> *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD <br><br> **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: TBD <br> Time: TBD. <br> Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I contributed a total of $X,XXX to ProtectMarriage.com - Yes on 8, a Project of California Renewal.

4. In support of Proposition 8, I also put a "Yes on 8" yard sign in my yard, as well as the yard of my cousin. Although my sign was not touched, the sign I placed in the yard of my cousin disappeared within a week. Two other "Yes on 8" signs on the same street as my cousin's sign also disappeared.

5. On impulse the Saturday before the election, I stood with a "Yes on 8" sign on a corner for approximately four hours. Although I received many people who honked and supported me, I also had a number of people yell "No on 8," shake their fists at me, call out "shame," and give me a thumbs down.

6. One man who was going the opposite way from where I stood stopped his car, stood up (I believe through his sun roof), and shouted "You despicable filthy bag of shit!" at me.

7. Several cars drove around and around the block and yelled things like "You bitch" each time they drove by.

8. One car with several men in it stopped, and a man in the back seat opened the door and threw something right at me. Luckily, the object missed me, but I could not find the object that he threw at me, so I do not know what it was.

9. One woman stopped her car and yelled "Get the hell out of here. Who do you think you are, bringing that hate into my neighborhood?" I tried to tell her that I am a 4th generation San Franciscan, who owns a house four blocks from where I was standing. However, the woman kept screaming and drowning me out. She drove away, and came back two more times.

10. On January REDACTED, REDACTED, a letter I wrote was published in REDACTED, the official

publication of the San Francisco REDACTED ); on January REDACTED, REDACTED, a letter I wrote was published in REDACTED, the paper of my employer, the University of REDACTED. These letters were signed with my first initial and last name only.

11. One of my bosses (who I believe is a lesbian), and an openly gay man work behind me at my office. On January REDACTED, REDACTED, the day after the publication of my letter in the paper of my employer, I heard them talking about me in ways that are not complimentary, and when I heard them speaking about me, I worried that my job might be in jeopardy.

12. On February REDACTED, REDACTED, the department head asked to speak with me, and in short, he told me that he could not guarantee my job beyond the current year. He suggested that I keep my options open. I am not sure that my support for Proposition 8 has led to my job being in jeopardy, but I suspect that it has put it in jeopardy.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED  REDACTED

REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

3

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #16 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs