**John Doe #18**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone:   (480) 444-0020
Facsimile:   (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Debra Bowen, et al.**,<br><br>*Defendants*. | **Case No. 2:09-CV-00058-MCE-DAD**<br><br>**DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: TBD<br>Time: TBD.<br>Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED , make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I served as a coordinator for Proposition 8 at my parish. Among the tasks that I performed as the coordinator were to go to the diocese and obtain inserts for our weekly church bulletins. I also distributed these inserts to other churches, including some churches that were not Catholic churches.

4. On November 2, 2008, the Sunday before the November 2008 election, two of these inserts were placed in each church bulletin.

5. After Mass on November 2, 2008, I attended a pancake breakfast at my church.

6. On my way to the pancake breakfast, I noticed that several signs supporting Proposition 8 that had been placed near the church had been removed. I replaced those signs with ones I had in my car.

7. After replacing the signs, a woman and her daughter told me that she did not like me putting up signs supporting Proposition 8.

8. I asked the woman if she was a parishioner at my church, and she replied that she was a parishioner. I am not a confrontational person, and I told her that our faith required the woman and her daughter to support Proposition 8, and discussed the basic elements of Proposition 8.

9. The woman and her daughter continued ranting about my support of Proposition 8 for several minutes, before leaving.

10. As a coordinator for Proposition 8 at my parish, I also distributed signs supporting Proposition 8. This is why I had signs in my car on November 2, 2008, which I could use to replace the ones that had been removed near the church.

11. On five occasions in the weeks leading up to the November 2008 election, I put out Yes on 8 signs. On each of these five occasions, the signs were removed. On one of these

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

2

occasions, the sign was gone within two or three hours of me putting it out.

12. Although I would support a cause similar to Proposition 8 in the future, these incidents shook me to the core.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED     REDACTED
                          REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

3

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #18 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs