1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:    (812) 232-2434
   Facsimile:    (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (AZ Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona 85260
9  Telephone:    (480) 444-0020
   Facsimile:    (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:    (916) 932-2850
   Facsimile:    (916) 932-2851
14 Counsel for All Plaintiffs

15 *  *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Debra Bowen, et al.**, | Date: TBD |
| *Defendants*. | Time: TBD. |
| | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I donated $X,XXX to ProtectMarriage.com - Yes on 8, a Project of California Renewal.

4. In support of Proposition 8, I also organized and hosted wave parties, where supporters of Proposition 8 would gather and wave at passing motorists. I also made phone calls and participated in phone banks on several occasions, making calls in support of Proposition 8. On November 4, 2008, I called supporters of Proposition 8 from 10:00 a.m. until 6:00 p.m.

5. In support of Proposition 8, I also placed a Yes on 8 yard sign in my front yard.

6. There is a lesbian couple who lives near me. These women have been customers of my business for several years, and I have helped them with yard work in the past. When the couple saw the sign in my front yard, they told me that they would no longer patronize my business. They have not patronized my business since I placed the yard sign in my yard.

7. Sometime in October, this Yes on 8 yard sign disappeared from my yard.

8. My business is listed on YellowPages.com. YellowPages.com allows customers of a business to post reviews of the services provided by the business. As of February 6, 2008, the only review for my business on YellowPages.com states: "This company was a donor to the California "Yes on 8" campaign, which took away existing equal rights for same-gender couples." The review then lists my name and the Secretary of State's website, which lists the donation that I made in support of Proposition 8. A true and correct copy of this review as it appeared on February 6, 2008 is attached as Exhibit A.

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

9. These incidents would not change my support for a cause similar to Proposition 8 in the future.  However, at any future wave parties, I would make sure that we have at least one man with each group of wavers, to ensure the protection and safety of the teenagers who are participating, and to keep confrontations with people opposing a cause similar to Proposition 8 at a minimum.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED         REDACTED
                              REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

3

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #20 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs