James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (Ariz. State Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone:    (480) 444-0020
Facsimile:    (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br><br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>**Debra Bowen, et al.**,<br><br>　　　　　　　　*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: TBD<br>Time: TBD.<br>Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED , make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I made phone calls to remind citizens in Sonoma County to vote for Proposition 8, and I obtained a half dozen signs to give to others to put on their property.

4. I live on a well-traveled residential street, and in support of Proposition 8, I placed two "Yes on 8" signs in my yard in early October 2008. I have two patches of lawn on either side of my front stairs, and I placed one "Yes on 8" sign in each patch. On the second night that the signs were out, someone removed them.

5. After having our signs stolen, I began bringing in the replacement signs at night, so that they would not be stolen again.

6. Around October 15, someone left a note under my front doormat. The note appeared to have been written by a young person. There was a drawing on the note, and a message that said Yeshua loves me (presumably a homosexual), and does not love those who hate.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED     REDACTED
                          REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

2

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #22 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs