**John Doe #24**

1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:    (812) 232-2434
   Facsimile:     (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (Ariz. State Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona  85260
9  Telephone:    (480) 444-0020
   Facsimile:     (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:    (916) 932-2850
   Facsimile:     (916) 932-2851
14 Counsel for All Plaintiffs

15 *  Admitted Pro Hac Vice
   ** Designated Counsel for Service

16

17                  **United States District Court**
                   **Eastern District of California**
                        **Sacramento Division**
18

19

20 | **ProtectMarriage.com,** *et al.,* | **Case No. 2:09-CV-00058-MCE-DAD** |
   | | |
21 |                        *Plaintiffs,* | **DECLARATION OF** [REDACTED] |
   | *v.* | **IN SUPPORT OF** |
22 | | **PLAINTIFFS' MOTION FOR SUMMARY** |
   | **Debra Bowen,** *et al.,* | **JUDGMENT** |
23 | | |
   |                      *Defendants.* | Date:  TBD |
24 | | Time: TBD. |
   | | Judge England |
25

26

27

28 **Declaration of** [REDACTED] **in**
   **Support of Plaintiffs' Motion for**
   **Summary Judgment**
                              1

1  I, ███ REDACTED ███, make the following declaration pursuant to 28 U.S.C. § 1746**:**

2      1. I am a resident of the state of California over 18 years of age, and my statements herein

3  are based on personal knowledge.

4      2. I supported the passage of Proposition 8.

5      3. In support of Proposition 8, I called and emailed all of my friends and family, asking

6  them to support Proposition 8.  I put yard signs out, and contacted my representatives to tell them

7  to support Proposition 8.

8      4. Before the November 2008 election, my daughters and I were walking our dogs.  While

9  we were walking, I noticed that someone had crossed off the word "Yes" on the "Yes on 8" yard

10  sign in my front yard, and written "No" in its place.

11      5. In support of Proposition 8, I also placed a bumper sticker on my car.  Long before the

12  election, someone ripped the bumper sticker off of my car while I was parked in a shopping area.

13  Instead of replacing this bumper sticker with a second bumper sticker on the outside of the car, I

14  replaced it with a bumper sticker taped to the inside of my car window.

15      I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

16  AND CORRECT.

18  Executed on: ███ REDACTED ███    REDACTED
    REDACTED

28  **Declaration of** ███ REDACTED ███ **in Support of Plaintiffs' Motion for Summary Judgment**

2

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #24 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs

**Declaration of John Doe #24 in Support of
Plaintiffs' Motion for Summary Judgment**