**John Doe #27**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:  (812) 232-2434
Facsimile:  (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:  (916) 932-2850
Facsimile:  (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court
Eastern District of California
Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Debra Bowen, et al.**,<br><br>*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF REDACTED IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: TBD<br>Time: TBD.<br>Judge England |

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of Michigan over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of the passage of Proposition 8, I donated approximately $XXX to National Organization for Marriage.

4. Although I have supported causes similar to Proposition 8 in the past, my only public support of Proposition 8 was the donation I made to the National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage ("National Organization for Marriage").  The only way I could be publicly identified as supporting Proposition 8 was through the public disclosure of my personal information as a result of my donations to the National Organization for Marriage.

5. When I made my donation, I had no idea that my name would be made public.  It had been my intention to remain anonymous.  Had I known that my name would be posted online, I probably would not have donated.

6. I am an author of three books under the pseudonym of REDACTED.  I regularly check the internet to see what sort of information is being published about me.

7. In December, I performed one of my regular checks of the internet and discovered that my name had been posted on a "BoycottH8ers List" and listed as an intolerant "H8er" for supporting Proposition 8 in California.  I support Proposition 8 because I believe that Natural Law is the basis of the U.S. Constitution and all laws.  I am not a "H8er."

8. After being listed as a "H8er" on the internet, I sent an email to the Christian Legal Crew, and told them that I wished I would have known that my name would be posted on the internet if I made a donation.  A true and correct copy of the text of that email is attached as Exhibit A.

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

9. In the future, I would be much less likely to get involved in a cause similar to Proposition 8 that does not assure my confidentiality.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED          REDACTED
                                REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #27 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs

**Declaration of John Doe #27 in Support of Plaintiffs' Motion for Summary Judgment**