1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
4  BOPP, COLESON & BOSTROM
   1 South Sixth Street
5  Terre Haute, IN 47807-3510
   Telephone:    (812) 232-2434
6  Facsimile:    (812) 235-3685
7  Counsel for All Plaintiffs

8  Benjamin W. Bull (AZ Bar No. 009940)*
   ALLIANCE DEFENSE FUND
9  15100 North 90th Street
   Scottsdale, Arizona  85260
10 Telephone:    (480) 444-0020
11 Facsimile:    (480) 444-0028
   Counsel for All Plaintiffs
12

13 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
14 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
15 Telephone:    (916) 932-2850
16 Facsimile:    (916) 932-2851
   Counsel for All Plaintiffs
17
   * *Admitted Pro Hac Vice*
18 ** *Designated Counsel for Service*

19
20            **United States District Court**
              **Eastern District of California**
21

| | |
|---|---|
| 22 | |
| 23  **ProtectMarriage.com,** *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| 24                           *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS'** |
| 25         v. | **MOTION FOR SUMMARY JUDGMENT** |
| 26  **Debra Bowen,** *et al.*, | |
| 27                           *Defendants*. | Date:  TBD<br>Time:  TBD<br>Judge England |
| 28 | |

Decl. of REDACTED in Support of Plaintiffs' Motion for Summary Judgment
1


I, REDACTED , make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of the passage of Proposition 8, I made two separate donations to ProtectMarriage.com – Yes on 8, each in the amount of $X,XXX.XX.

4. I did not engage in any other public support of Proposition 8, such as putting up a yard-sign or placing a bumper-sticker on my vehicle. The only way I could be publicly identified as supporting Proposition 8 was through the public disclosure of my personal information as a result of my donations to ProtectMarriage.com – Yes on 8.

5. On November 11, 2008, at 11:55 a.m., I received a voice mail from an unknown male at my workplace that said: "Hey, it's really disheartening to know that one of my neighbors supported Proposition 8 so heavily. What a scum-fuck!" A true and correct recording of this voice mail is attached as Exhibit A.

6. The phone number the unknown male called from was blocked, so I was unable to obtain the number from my caller-identification system.

7. I filed a report of this harassing phone call with the REDACTED Police Department. A true and correct copy of that report is attached as Exhibit B.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED         REDACTED
                               REDACTED

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #28 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs

1

**Declaration of John Doe #28 in Support of
Plaintiffs' Motion for Summary Judgment**