James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:   (480) 444-0020
Facsimile:   (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

\* *Admitted Pro Hac Vice*
\*\* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Debra Bowen, et al.**, <br><br> *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD <br><br> **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: TBD <br> Time: TBD. <br> Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, ▮REDACTED▮, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of New York over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of the passage of Proposition 8, I donated $▮X,XXX▮ to National Organization for Marriage - Yes on 8.

4. Prior to the November 4, 2008 election, my name was published on SFGate.com, the website of the San Francisco Chronicle, as a supporter of Proposition 8.

5. After my name appeared on the SFGate.com website as a supporter of Proposition 8, I received several harassing emails, which I deleted from my email account.

6. At approximately ▮X:XX▮ p.m., on February ▮X▮, 2009, I returned to my home to find two men standing outside the house waiting for me. These men were reporters for the ▮REDACTED▮. Although I had been sent an email earlier in the day telling me that these reporters would be at my house later in the day, I had not received this email by the time I returned home. After speaking briefly with the reporters, the reporters left my house.

7. The presence of these reporters at my house angered me. My husband recently had a heart attack, and I worry that the stress of people showing up at my house without warning, because of the publication of my address, could cause aggravation of his heart or other health problems.

8. On February ▮REDACTED▮, an article about my donation to Proposition 8 appeared in the ▮REDACTED▮. A true and correct copy of that article is attached as Exhibit A.

9. On February ▮REDACTED▮, after the article appeared in the ▮REDACTED▮, I received approximately 45 emails at my gmail account, and another 10-12 at my personal email account. True and correct copies of the text of several of the emails that I received are attached as Exhibit B.

10. The emails I received included threats harassment, and reprisals. For example, one

**Declaration of ▮REDACTED▮ in Support of Plaintiffs' Motion for Summary Judgment**

2

email states: "Your donation to Yes on prop 8 purchased you a BOYCOTT from gays/lesbians and our friends." Another states: "you work is garbage and should be defaced!" Still another states: "[O]therwise you better not ever show your face again at any gay gathering."

11. I am an artist, but I also regularly write on art and culture. After publication of the article in the REDACTED, one of my former editors received a letter from a member of the homosexual community regarding my donation in support of Proposition 8. He forwarded this letter to me, and I responded. True and correct copies of our communications, including the letter sent to my former editor, are attached as Exhibit C.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED     REDACTED
                          REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

3

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #29 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs