**John Doe #33**

1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
2 | Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
3 | Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
4 | 1 South Sixth Street
Terre Haute, IN 47807-3510
5 | Telephone: (812) 232-2434
Facsimile: (812) 235-3685
6 | Counsel for All Plaintiffs

7 | Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
8 | 15100 North 90th Street
Scottsdale, Arizona 85260
9 | Telephone: (480) 444-0020
Facsimile: (480) 444-0028
10 | Counsel for All Plaintiffs

11 | Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
12 | 101 Parkshore Drive, Suite 100
Folsom, CA 95630
13 | Telephone: (916) 932-2850
Facsimile: (916) 932-2851
14 | Counsel for All Plaintiffs

15 | *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court
Eastern District of California
Sacramento Division**

| **ProtectMarriage.com**, *et al.*, | **Case No. 2:09-CV-00058-MCE-DAD** |
|---|---|
| *Plaintiffs,* | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| *v.* | |
| **Debra Bowen, et al.,** | Date: TBD |
| *Defendants.* | Time: TBD. |
| | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I donated $X,XXX to National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage.

4. I am a REDACTED in the REDACTED Church. As a REDACTED, and in support of Proposition 8, I proactively spoke to my congregation about the sanctity of marriage as a sacramental union between a man and a woman, and the need to safeguard this through a yes vote on Proposition 8. I also stressed the importance of ensuring the mission of the Church not be jeopardized through the passage of laws that would force us to operate against our moral teachings.

5. In support of Proposition 8, I also placed yard signs in my yard on a fairly busy street. Throughout the months of September and October, I had a total of ten signs removed from my property. The signs were removed at night, and were not readily accessible. Whoever removed the signs had to climb up the slope of my property to remove the signs.

6. I purposely secured several of the signs to branches of trees in my yard. Someone also ripped these signs down.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED        REDACTED
                             REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

2

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #33 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political*
*Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs