| | |
|---|---|
| 1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)* |
| | Richard E. Coleson (Ind. State Bar No. 11527-70)* |
| 2 | Barry A. Bostrom (Ind. State Bar No.11912-84)* |
| 3 | Sarah E. Troupis (Wis. State Bar No. 1061515)* |
| | Scott F. Bieniek (Ill. State Bar No. 6295901)* |
| 4 | BOPP, COLESON & BOSTROM |
| | 1 South Sixth Street |
| 5 | Terre Haute, IN 47807-3510 |
| | Telephone:    (812) 232-2434 |
| 6 | Facsimile:    (812) 235-3685 |
| 7 | Counsel for All Plaintiffs |

Benjamin W. Bull (Ariz. State Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:    (480) 444-0020
Facsimile:    (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:    (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Debra Bowen,** *et al.*, | Date:   TBD |
| *Defendants*. | Time:   TBD |
| | Judge Morrison C. England, Jr. |

Decl. of REDACTED in Support of Plaintiffs' Motion for Summary Judgment

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of the passage of Proposition 8, I donated $XXX to National Organization for Marriage California – Yes on 8, supported by National Organization for Marriage.

4. In support of the passage of Proposition 8, I also purchased two yard signs.

5. I placed the yard signs on each side of my yard near the street, a busy four lane frontage road beside the freeway.

6. Approximately ten days after I placed the signs in my yard, someone uprooted the signs and threw them down. The signs were slightly dirty and I replaced them in their original location.

7. The next day, the signs were once again removed. However, this time, whoever removed the signs also ripped them. I was able to repair the signs with clear tape and replaced them in their original location.

8. Approximately two days before the election, someone stole the signs during the evening hours.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED

REDACTED

REDACTED

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #35 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs