# John Doe #36

| | |
|---|---|
| 1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)* <br> Richard E. Coleson (Ind. State Bar No. 11527-70)* |
| 2 | Barry A. Bostrom (Ind. State Bar No.11912-84)* <br> Sarah E. Troupis (Wis. State Bar No. 1061515)* |
| 3 | Scott F. Bieniek (Ill. State Bar No. 6295901)* <br> BOPP, COLESON & BOSTROM |
| 4 | 1 South Sixth Street <br> Terre Haute, IN 47807-3510 |
| 5 | Telephone:   (812) 232-2434 <br> Facsimile:   (812) 235-3685 |
| 6 | Counsel for All Plaintiffs |
| 7 | Benjamin W. Bull (Ariz. State Bar No. 009940)* <br> ALLIANCE DEFENSE FUND |
| 8 | 15100 North 90th Street <br> Scottsdale, Arizona 85260 |
| 9 | Telephone:   (480) 444-0020 <br> Facsimile:   (480) 444-0028 |
| 10 | Counsel for All Plaintiffs |
| 11 | Timothy D. Chandler (Cal. State Bar No. 234325)** <br> ALLIANCE DEFENSE FUND |
| 12 | 101 Parkshore Drive, Suite 100 <br> Folsom, CA 95630 |
| 13 | Telephone:   (916) 932-2850 <br> Facsimile:   (916) 932-2851 |
| 14 | Counsel for All Plaintiffs |
| 15 | * *Admitted Pro Hac Vice* <br> ** *Designated Counsel for Service* |

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Debra Bowen**, *et al.*, <br><br> *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD <br><br> **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: TBD <br> Time: TBD. <br> Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED , make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I made a donation of $XXX to ProtectMarriage.com - Yes on 8, a Project of California Renewal.

4. In support of Proposition 8, I placed a "Yes on 8" sign outside my home, which is located on a busy street and has a streetcar stop in front of it. My "Yes on 8"sign was placed in a brick flower box, between my front steps and garage. This flower box is about 10-12 feet from the sidewalk. I put this sign out at the end of October 2008.

5. After Halloween, and about three or four days after putting out the sign, the sign - but not its metal stand - was taken from the flower box.

6. About a week later, I placed a second "Yes on 8" sign in the flower box. Within a day or two, this sign and its metal stand had also been taken.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED        REDACTED
                              REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #36 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political*
*Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs