**John Doe #39**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (Ariz. State Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 932-2850
Facsimile: (916) 932-2851
Counsel for All Plaintiffs

\* *Admitted Pro Hac Vice*
\*\* *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Debra Bowen,** *et al.*, <br><br> *Defendants*. | **Case No. 2:09-CV-00058-MCE-DAD** <br><br> **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: TBD <br> Time: TBD <br> Judge Morrison C. England, Jr. |

Decl. of REDACTED in Support of Plaintiffs' Motion for Summary Judgment

1

I, REDACTED , make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. I signed the petition to have Proposition 8 placed on the ballot.

4. In support of the passage of Proposition 8, I donated $XXX to the National Organization for Marriage California – Yes on 8, sponsored by National Organization for Marriage.

5. My two high school aged children also supported Proposition 8 by attending rallies where they held signs in support of the ballot measure.

6. In support of the passage of Proposition 8, I also placed a sign in my yard. I live in a residential neighborhood and my home is on a street that dead ends at a cul-de-sac shortly after my residence.

7. On or about October 24, 2008, the sign was stolen from my yard.

8. I noticed that three other homes on my street also had their signs supporting Proposition 8 removed during this time, as well as many others on adjoining streets.

9. I am ashamed to admit that, although I would have liked to have placed a bumper sticker on my car supporting Proposition 8, I did not do so because of the aggression directed towards family and friends that resulted from their support of Proposition 8.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED        REDACTED
                              REDACTED

Decl. of REDACTED in Support of Plaintiffs' Motion for Summary Judgment

2

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #39 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs