**John Doe #41**

| | |
|---|---|
| 1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)*<br>Richard E. Coleson (Ind. State Bar No. 11527-70)* |
| 2 | Barry A. Bostrom (Ind. State Bar No.11912-84)*<br>Sarah E. Troupis (Wis. State Bar No. 1061515)* |
| 3 | Scott F. Bieniek (Ill. State Bar No. 6295901)*<br>BOPP, COLESON & BOSTROM |
| 4 | 1 South Sixth Street<br>Terre Haute, IN 47807-3510 |
| 5 | Telephone:   (812) 232-2434<br>Facsimile:    (812) 235-3685 |
| 6 | Counsel for All Plaintiffs |
| 7 | Benjamin W. Bull (Ariz. State Bar No. 009940)*<br>ALLIANCE DEFENSE FUND |
| 8 | 15100 North 90th Street<br>Scottsdale, Arizona  85260 |
| 9 | Telephone:   (480) 444-0020<br>Facsimile:    (480) 444-0028 |
| 10 | Counsel for All Plaintiffs |
| 11 | Timothy D. Chandler (Cal. State Bar No. 234325)**<br>ALLIANCE DEFENSE FUND |
| 12 | 101 Parkshore Drive, Suite 100<br>Folsom, CA 95630 |
| 13 | Telephone:   (916) 932-2850<br>Facsimile:    (916) 932-2851 |
| 14 | Counsel for All Plaintiffs |
| 15 | * *Admitted Pro Hac Vice*<br>** *Designated Counsel for Service* |

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br><br>                       *Plaintiffs*,<br>   *v.*<br><br>**Debra Bowen, et al.**,<br><br>                       *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: TBD<br>Time: TBD.<br>Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I made a donation to ProtectMarriage.com - Yes on 8, a Project of California Renewal.

4. In support of Proposition 8, I walked precincts/neighborhoods campaigning for Proposition 8, made several hundred phone calls weekly before the election, and placed a bumper sticker on my car, among other things.

5. In support of Proposition 8, I also placed two yard signs in my front yard. I live on a street that is not too busy, and I placed the one sign on each side of my driveway. The signs were clearly on my property, and were closer to my home than they were to the street.

6. During the month of October, I had a total of six "Yes on 8" signs stolen from my front lawn during the night. Because of the location of the signs, anyone who stole the signs would have had to trespass on my property.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED       REDACTED
                            REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #41 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political*
*Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs