**John Doe #42**

| | |
|---|---|
| 1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)* |
|   | Richard E. Coleson (Ind. State Bar No. 11527-70)* |
| 2 | Barry A. Bostrom (Ind. State Bar No.11912-84)* |
|   | Sarah E. Troupis (Wis. State Bar No. 1061515)* |
| 3 | Scott F. Bieniek (Ill. State Bar No. 6295901)* |
|   | BOPP, COLESON & BOSTROM |
| 4 | 1 South Sixth Street |
|   | Terre Haute, IN 47807-3510 |
| 5 | Telephone:    (812) 232-2434 |
|   | Facsimile:    (812) 235-3685 |
| 6 | Counsel for All Plaintiffs |
| 7 | Benjamin W. Bull (Ariz. State Bar No. 009940)* |
|   | ALLIANCE DEFENSE FUND |
| 8 | 15100 North 90th Street |
|   | Scottsdale, Arizona  85260 |
| 9 | Telephone:    (480) 444-0020 |
|   | Facsimile:    (480) 444-0028 |
| 10 | Counsel for All Plaintiffs |
| 11 | Timothy D. Chandler (Cal. State Bar No. 234325)** |
|    | ALLIANCE DEFENSE FUND |
| 12 | 101 Parkshore Drive, Suite 100 |
|    | Folsom, CA 95630 |
| 13 | Telephone:    (916) 932-2850 |
|    | Facsimile:    (916) 932-2851 |
| 14 | Counsel for All Plaintiffs |
| 15 | * *Admitted Pro Hac Vice* |
|    | ** *Designated Counsel for Service* |

**United States District Court
Eastern District of California
Sacramento Division**

| | | |
|---|---|---|
| **ProtectMarriage.com**, *et al.*, | | **Case No. 2:09-CV-00058-MCE-DAD** |
| | *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| *v.* | | |
| **Debra Bowen, et al.**, | | Date:  TBD |
| | | Time: TBD. |
| | *Defendants*. | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I donated $XX through my church, REDACTED.

4. In support of Proposition 8, I participated in a Yes on 8 rally in Euclid, wrote several commentaries for both our local paper and online blogs, attended our church's Yes on 8 presentation, and visited numerous websites that supported Proposition 8.

5. In support of Proposition 8, I also placed yard signs in my hard. On three separate occasions, the signs were stolen or vandalized during the night. I reported these incidents to my local police department, but I received no response from them.

6. On one morning following the disappearance of my signs, I walked up and down my street and saw that all of the Proposition 8 were tagged with the words "hate speech" or "hater." I walked over to my neighbor's house to talk about what had happened, and I noticed that my sign was in his yard, along with several other signs. I knew that this was my sign, because I purchased it from my church and the graphics were different than most of the "Yes on 8" signs.

7. That day, I took photographs of the vandalized signs, sent the photos to the police, and reported the vandalism as hate speech. True and correct copies of the pictures I took are attached as Exhibit A. As set forth above, I never received a response from the police department about this vandalism.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED          REDACTED
                               REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #42 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs