1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)*
    Richard E. Coleson (Ind. State Bar No. 11527-70)*
2 | Barry A. Bostrom (Ind. State Bar No.11912-84)*
    Sarah E. Troupis (Wis. State Bar No. 1061515)*
3 | Scott F. Bieniek (Ill. State Bar No. 6295901)*
    BOPP, COLESON & BOSTROM
4 | 1 South Sixth Street
    Terre Haute, IN 47807-3510
5 | Telephone:    (812) 232-2434
    Facsimile:    (812) 235-3685
6 | Counsel for All Plaintiffs

7 | Benjamin W. Bull (Ariz. State Bar No. 009940)*
    ALLIANCE DEFENSE FUND
8 | 15100 North 90th Street
    Scottsdale, Arizona 85260
9 | Telephone:    (480) 444-0020
    Facsimile:    (480) 444-0028
10 | Counsel for All Plaintiffs

11 | Timothy D. Chandler (Cal. State Bar No. 234325)**
     ALLIANCE DEFENSE FUND
12 | 101 Parkshore Drive, Suite 100
     Folsom, CA 95630
13 | Telephone:    (916) 932-2850
     Facsimile:    (916) 932-2851
14 | Counsel for All Plaintiffs

15 | * *Admitted Pro Hac Vice*
     ** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs,* | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Debra Bowen, et al.,** | Date: TBD |
| *Defendants.* | Time: TBD. |
| | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

John Doe #45

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I gave approximately $ XXX to National Organization for Marriage California - Yes on 8, sponsored by National Organization for Marriage.

4. In support of Proposition 8, I also put out "Yes on 8" yard signs. Approximately two weeks before the November 2008 election, someone ripped down the "Yes on 8" sign in our front yard on a quiet street. I work the 3:00 p.m. to 11:30 p.m. shift, and I usually get home between midnight and 12:30 a.m. On the evening that this first sign was destroyed, I went into the garage to put my recyclables in the recycle can and heard male voices in my front yard. By the time I went back inside and out my front door, they had already pulled up the sign, and ripped it apart into several pieces. When I stepped outside, I saw two teenaged boys running away, and believe that a third ran the other way.

5. About a week later, the signs I had replaced the original in my yard with were also stolen. Other signs I had placed around the neighborhood were also stolen repeatedly, particularly in the two weeks leading up to the November 2008 election.

6. I was nervous to put out these signs in the first place, because the last thing that I want to do is offend anyone. However, because I want to support what I believe is right, I put out the signs. I thought it was very disrespectful for people to steal and vandalize my property. Although I would hope that I would support a good cause whatever the persecution that might happen to me, I will have to seriously consider my livelihood and the safety of my family in the future when deciding to support a cause similar to Proposition 8.

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED

REDACTED
REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #45 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs

1

**Declaration of John Doe #45 in Support of
Plaintiffs' Motion for Summary Judgment**