**John Doe #46**

James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:    (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (Ariz. State Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:   (480) 444-0020
Facsimile:    (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:    (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Debra Bowen, et al.**, <br><br> *Defendants*. | **Case No. 2:09-CV-00058-MCE-DAD** <br><br> **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: TBD <br> Time: TBD. <br> Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED , make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I made various donations to groups who supported the passage of Proposition 8, including a donation of $XXX to ProtectMarriage.com - Yes on 8 , a Project of California Renewal, and a donation of $XX to National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage. I also donated to other groups who supported Proposition 8, and I spent at least $XXX purchasing "Yes on 8" signs, as well as approximately $XX copying handouts and a personal letter supporting Proposition 8.

4. In support of Proposition 8, I wrote a personal letter supporting Proposition 8 that I copied and handed out to at least 300 of my neighbors.

5. In support of Proposition 8, I also had five "Yes on 8" signs destroyed or stolen from my yard. I live on a corner in a residential area, but the street beside my house is somewhat busy.

6. One sign that was stolen was a large handmade sign I had placed in the yard after the previous signs I had placed in the yard had been stolen. This sign was stolen even though I had it wired to two trees on my property and had placed a light on it.

7. I live a few blocks from a Catholic church that displayed "Yes on 8" signs on its property. I saw that every sign the church placed along or anywhere near the street during the campaign was stolen or destroyed. Despite the constant theft and destruction, the church would replace the signs. At the end of the campaign, the only signs that remained were a few that had been torn up by vandals, and later repaired.

8. At my own expense, I made a banner supporting Proposition 8, and a friend and I hung this banner on two trees on church property in such a way so that it could not be torn down or destroyed. I also had a large "Yes on 8" sign that I would place on church property during the day, but take down at night so that it would not be stolen or destroyed.

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

John Doe #46

9. I spoke to a police dispatcher about the sign theft.  Although she was sympathetic, she could only give me another number to report the sign theft when it happened.  I never reported any sign theft, because the theft of signs at this point was constant, and I do not believe reporting sign theft would have prevented any such theft.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED          REDACTED
                                REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #46 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs