James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:   (480) 444-0020
Facsimile:   (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court
Eastern District of California
Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**Debra Bowen, et al.**,<br><br>*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: TBD<br>Time: TBD.<br>Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I donated $XXX to the ProtectMarriage.com - Yes on 8, a project of California Renewal.

4. In support of Proposition 8, I also placed a yard sign in my yard on a very busy main street, put a bumper sticker on my car, and attended meetings about the ballot measure.

5. On October 14 or 15, 2008, someone stole the yard sign supporting Proposition 8 that I had placed in my yard. To replace the stolen sign, I made my own substitute sign. A photograph that I took of this substitute sign is attached as Exhibit A.

6. I obtained two more "Yes on 8" signs on October 19, 2008 - one for myself, and one that I intended to give to someone else. I displayed one of the signs in front of my house that afternoon.

7. Sometime late on October 21, 2008, or early on October 22, 2008, this second sign was stolen. I replaced the stolen sign with the one I had intended to give to someone else. I also made a second, handmade sign protesting the thefts. I displayed this handmade sign together with the replacement sign for several days. A photograph that I took of the signs displayed together is attached as Exhibit B.

8. After the second sign supporting Proposition 8 was stolen, I began bringing in the signs at night, so as to prevent any further theft.

9. Even though after October 22, 2008, I only had the sign supporting Proposition 8 out during the day, on approximately October 25, 2008, a man in his car pulled up near the sign in the early evening, before I had brought the sign in. It is easy to notice when a car stops in front of our house, because we live on a busy street without a parking lane, and people never stop in front of our house unless they have a reason to do so.

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

10. After pulling up in front of our house, the man started to get out of his car. As he did so, my wife looked at him from inside our front window, and he got back in his car and sped away.

11. I noticed that several people on our street who had Yes on 8 signs in front of their homes had taped strongly worded warnings against stealing to their Yes on 8 signs. If you look at the picture in Exhibit A, you can see a yard sign supporting Proposition 8 in the yard of one of my neighbors. By the time I took the second set of photos, this sign had disappeared, as you can see in one of the pictures in Exhibit B.

12. The stealing of my yard signs made me very upset. While I do not agree with the other side, I would never try to stop them from presenting their views on this issue.

13. I am self-employed, so I am not too worried that my support of Proposition 8 will hurt me financially, although I do have some worries that if my clients hear of my support for Proposition 8 that they will stop sending me work. However, if I was employed by someone else or in a more public position, I would be worried that my support of Proposition 8 or a similar cause could financially harm me.

14. If the reprisals against people who support Proposition 8 rise to the level where people are physically harmed or have their property destroyed, I would be very worried about supporting a cause similar to Proposition 8 in the future.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED    REDACTED
REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

3

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #47 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs