1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:   (812) 232-2434
   Facsimile:   (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (AZ Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona  85260
9  Telephone:   (480) 444-0020
   Facsimile:   (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:   (916) 932-2850
   Facsimile:   (916) 932-2851
14 Counsel for All Plaintiffs

15 * *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*

**United States District Court
Eastern District of California
Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, | **Case No. 2:09-CV-00058-MCE-DAD** |
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| *v.* | |
| **Debra Bowen, et al.,** | Date: TBD |
| *Defendants*. | Time: TBD. |
| | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I handed out approximately 200 Yes on 8 yard signs. I passed out some of these yard signs at my church.

4. At my church, I urged my pastor to make an announcement regarding Proposition 8, because both the Los Angeles Diocese and the Roman Catholic Church were supporting the ballot measure. Despite the strong statements of many Bishops in support of Proposition 8, my pastor told me privately, and parishioners at Mass, that he was not going to tell them how to vote.

5. Because of my involvement in supporting Proposition 8 and my attempts to promote it at church, my pastor told me that he thought I should find another church.

6. I was shocked that he would say this. I didn't think that he had any right to say this to me.

7. Because of the threats and harassment associated with Proposition 8, I would not place a bumper sticker supporting Proposition 8 on my car.

8. In support of Proposition 8, I placed a Yes on 8 sign in my front yard. The sign was not disturbed for approximately a month and a half. Approximately a week to ten days before the election, someone removed the sign itself. The metal support for the sign was bent out of shape and thrown on the ground.

9. On the day that my Yes on 8 sign was taken, the No on 8 signs at the homes on either side of my home remained intact.

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

10. I believe my friendship with a long-time friend was risked when she saw my "Yes on 8" sign and said she was hurt by my support of the initiative. She was visibly upset and angry with me, though she has always known that I am on the other side of most of the social issues that she espouses. At the time, I believed that our friendship might have been compromised by my public support for Proposition 8. However, it appears that we have now both moved beyond our differences.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED          REDACTED

REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #49 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs