**John Doe #50**

1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
4  1 South Sixth Street
Terre Haute, IN 47807-3510
5  Telephone:     (812) 232-2434
Facsimile:     (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (Ariz. State Bar No. 009940)*
ALLIANCE DEFENSE FUND
8  15100 North 90th Street
Scottsdale, Arizona  85260
9  Telephone:     (480) 444-0020
Facsimile:     (480) 444-0028
10  Counsel for All Plaintiffs

11  Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
12  101 Parkshore Drive, Suite 100
Folsom, CA 95630
13  Telephone:     (916) 932-2850
Facsimile:     (916) 932-2851
14  Counsel for All Plaintiffs

15  * *Admitted Pro Hac Vice*
** *Designated Counsel for Service*
16
                    **United States District Court**
17                  **Eastern District of California**
                    **Sacramento Division**
18

19

20  **ProtectMarriage.com**, *et al.*,          **Case No. 2:09-CV-00058-MCE-DAD**

21                              *Plaintiffs,*    **DECLARATION OF** REDACTED
                                                 **IN SUPPORT OF PLAINTIFFS'**
       *v.*                                      **MOTION FOR SUMMARY JUDGMENT**
22
23  **Debra Bowen, et al.,**                     Date:  TBD
                                                 Time: TBD.
                                *Defendants.*    Judge England
24

25

26

27

28  **Declaration of**  REDACTED  **in**
    **Support of Plaintiffs' Motion for**
    **Summary Judgment**

                              1

Dockets.Justia.com

1  I, █REDACTED█ , make the following declaration pursuant to 28 U.S.C. § 1746:

2      1. I am a resident of the state of California over 18 years of age, and my statements herein

3  are based on personal knowledge.

4      2. I supported the passage of Proposition 8.

5      3. In support of Proposition 8, I attended a rally in Fresno, passed out literature and lawn

6  signs, and made presentations at both the English and Spanish language Masses at █REDACTED█

7  █████████. I also attended some of the meetings with the local committee formed to

8  support Proposition 8.

9      4. In support of Proposition 8, I also placed a "Yes on 8" sign outside at my business

10 address, on a very busy street. Within 48 hours after I posted the "Yes on 8" sign, someone

11 removed it and threw it somewhere down the street during the night.

12     I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

13 AND CORRECT.

14

15 Executed on: █REDACTED█       █ REDACTED █

16                               █REDACTED█

17

18

19

20

21

22

23

24

25

26

27

28 **Declaration of** █REDACTED█ **in**
   **Support of Plaintiffs' Motion for**
   **Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #50 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political*
*Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs

**Declaration of John Doe #50 in Support of**
**Plaintiffs' Motion for Summary Judgment**