| | |
|---|---|
| 1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)*<br>Richard E. Coleson (Ind. State Bar No. 11527-70)* |
| 2 | Barry A. Bostrom (Ind. State Bar No.11912-84)*<br>Sarah E. Troupis (Wis. State Bar No. 1061515)* |
| 3 | Scott F. Bieniek (Ill. State Bar No. 6295901)*<br>BOPP, COLESON & BOSTROM |
| 4 | 1 South Sixth Street<br>Terre Haute, IN 47807-3510 |
| 5 | Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685 |
| 6 | Counsel for All Plaintiffs |
| 7 | Benjamin W. Bull (Ariz. State Bar No. 009940)*<br>ALLIANCE DEFENSE FUND |
| 8 | 15100 North 90th Street<br>Scottsdale, Arizona 85260 |
| 9 | Telephone: (480) 444-0020<br>Facsimile: (480) 444-0028 |
| 10 | Counsel for All Plaintiffs |
| 11 | Timothy D. Chandler (Cal. State Bar No. 234325)**<br>ALLIANCE DEFENSE FUND |
| 12 | 101 Parkshore Drive, Suite 100<br>Folsom, CA 95630 |
| 13 | Telephone: (916) 932-2850<br>Facsimile: (916) 932-2851 |
| 14 | Counsel for All Plaintiffs |
| 15 | * *Admitted Pro Hac Vice*<br>** *Designated Counsel for Service* |

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>**Debra Bowen, et al.**,<br><br>*Defendants*. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: TBD<br>Time: TBD.<br>Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I donated $X,XXX to the National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage.

4. Because of my support for Proposition 8, I received many emails from people who were angry about my support of Proposition 8. Mostly, the emails referred to me as a "bigot" or a "gay hater," and/or they mocked Christianity. I have since deleted these emails.

5. Because of my support for Proposition 8, many websites began slandering me as a "bigot," "gay hater," or "racist." At some point in December, there were over 30 websites slandering me in this way.

6. Because I do a large amount of public speaking, when people searching for me on the internet search for my name, these websites come up.

7. My son is an actor. Because of the harassment he received for his support of Proposition 8, he has had to change the name under which he acts.

8. If I was asked to support a cause similar to Proposition 8 in the future, these incidents would definitely affect my support. As a father who saw how support of Proposition 8 affected my son, I would hesitate to donate to a similar cause if there was not a way to keep our giving confidential.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED    REDACTED
REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

2

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #51 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs