1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:   (812) 232-2434
   Facsimile:   (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (Ariz. State Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona  85260
9  Telephone:   (480) 444-0020
   Facsimile:   (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:   (916) 932-2850
   Facsimile:   (916) 932-2851
14 Counsel for All Plaintiffs

15 * *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Debra Bowen, et al.**, | Date: TBD |
| *Defendants*. | Time: TBD. |
| | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. Our REDACTED was retained in mid-October 2008 by the REDACTED campaign. I handled the public relations, to assist REDACTED, the Deputy Communications Director for REDACTED, with the overwhelming international news interest in this case.

3. During the campaign leading up to the November 2008 election, my public relations firm received approximately one to three telephone calls per day from angry callers who swore or threatened us because of our representation of the REDACTED campaign.

4. The day after Proposition 8 passed, the amount of telephone calls and emails we received of this nature increased, and became significantly more threatening..

5. Early on November 5, 2008, we received a telephone call from a man who wanted the address of REDACTED, so that he could send her a "gift." I referred the caller to the REDACTED website, but he wanted her home or office address. I refused to give him her address, and he became very angry. He made numerous threats to me personally and my business.

6. He continued calling, and immediately re-calling, my REDACTED firm all day. Three of the many voice mail messages that he left are attached as Exhibits A, B, and C.

7. The man began calling my office so often that we could not use the telephone to conduct business. At this point, we called the sheriff's office to report his behavior. The Sheriff identified the man because he had caller i.d. The sheriff called this man, and said that if he continued this behavior, he would be arrested.

8. I also received a number of emails. True and correct copies of the text of some of these emails are attached as Exhibit D.

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

2

9. I regularly handle REDACTED for controversial issues. For example, several years ago, REDACTED County retained me to help handle media pertaining to the Catholic priest molestation issues. The harassment I personally endured as a result of my work on the REDACTED campaign was much worse than during the molestation issues or any other issue I have dealt with.

10. Because of these incidents, I was afraid for my own safety and the safety of my daughters. The internet has a large amount of information about people, and it would be easy for a person to find my business and home addresses.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED



REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #52 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs