1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:   (812) 232-2434
   Facsimile:   (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (Ariz. State Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona 85260
9  Telephone:   (480) 444-0020
   Facsimile:   (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:   (916) 932-2850
   Facsimile:   (916) 932-2851
14 Counsel for All Plaintiffs

15 * *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com,** *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **Debra Bowen, et al.,** <br><br> *Defendants.* | Case No. 2:09-CV-00058-MCE-DAD <br><br> **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: TBD <br> Time: TBD. <br> Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I am a professor at the law school of the University of REDACTED. I have been a member of the law school faculty since REDACTED, with tenure since REDACTED. Prior to becoming an academic I served as a staff attorney at REDACTED; REDACTED under then REDACTED; and the REDACTED of the Fair Political Practices Commission REDACTED. As an academic I have specialized in Election Law. I have also taught courses in Constitutional Law, Legislation, American Political Thought, and Law and Literature. I have been an active participant in various organizations, including service on the governing boards of Common Cause, Americans for Nonsmokers Rights, and the Interact Theatre Company of North Hollywood.

3. I am not a member of any church, synagogue, or other organized religion. Throughout my adult lifetime I have been opposed to laws criminalizing sodomy between consenting adults. Since first thinking about the subject I have supported the legal recognition of civil unions for gay couples. I have enjoyed warm relationships with colleagues and other friends and relations who are gay. I believe that marriage, by human nature, is a union between one man and one woman. Marriage, in my belief, is grounded in the biology of human beings as it relates to the creation and nurturing of children.

4. For that reason I supported Proposition 8 in the 2008 General Election. I contributed money to the campaign in favor of Proposition 8, including $XXX in the period reportable in the post-election campaign statement.

5. On February 2, 2009, I received an e-mail entitled "To Prof. REDACTED" from the e-mail address "julia.wells2007@gmail.com". A true and correct copy of the text of that e-mail, together with the response that I sent the same day, is attached hereto as Exhibit A and

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

2

incorporated herein by reference. Later that day I sent a copy of this correspondence to Brian Brown of National Organization for Marriage. The following day he asked me if I would consent to the correspondence being introduced in the present litigation, with a declaration from me. I agreed.

6. On February 7, 2008, I received a handwritten letter at my home address. In its entirety, the letter reads: "STUPID MOTHER FUCKER. MAKE A DONATION Like that AND YOU ARE LISTED." My wife opened the letter, and was concerned; she asked me if we are likely to be the targets of violence.

7. At the age of 65 I am a veteran of many political and other controversies and have been subject to considerable personal criticism, some of it quite uncivil in nature. I regard myself as pretty thick-skinned against all forms of political attack. I have contributed money to many candidates' campaigns and to many campaigns supporting or opposing ballot propositions. Until this incident I had never been personally criticized simply because I voted in a particular way or contributed money to a particular candidate or for or against a particular proposition. The e-mail from Ms. Wells gave me a feeling of sadness and distress that lasted for a few hours, but that did not debilitate me from engaging in other activities.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED          REDACTED
                                REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

3

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #54 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs