James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:  (812) 232-2434
Facsimile:  (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (Ariz. State Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:  (916) 932-2850
Facsimile:  (916) 932-2851
Counsel for All Plaintiffs

* *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Debra Bowen, et al.**, <br><br> *Defendants*. | Case No. 2:09-CV-00058-MCE-DAD <br><br> **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: TBD <br> Time: TBD. <br> Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, ▌REDACTED▐, make the following declaration pursuant to 28 U.S.C. § 1746**:**

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I made a donation of $▌X,XXX▐ to ProtectMarriage.com - Yes on 8, a Project of California Renewal in the name of my business.

4. After this donation, a man called my office and left me a voice mail message in which he called me a "bigot" and told me I should be "ashamed." After listening to this message, I had the impression that the man who called me had a list of people he was calling and saying similar things to.

5. In support of Proposition 8, I also participated in "wave parties" where I stood on a sidewalk and waved to passing motorists. While waving, people would regularly make obscene gestures to and yell at those of us waving.

6. In support of Proposition 8, I also placed a sign supporting Proposition 8 in my yard. Someone took down this sign and ripped it down the middle during the day.

7. In support of Proposition 8, I also had a bumper sticker taped to the front window of my car, canvassed my neighborhood to find supporters of Proposition 8, worked the telephones on election day, worked with ProtectMarriage.com and spoke at churches to encourage the support of Proposition 8, and produced a video to support Proposition 8.

8. After these incidents, I took the address of my business - which is also my home address - off of my business's website, leaving only my name and telephone number on the website as my contact information.

1  9. Although these incidents would not prevent me from supporting a cause similar to
2  Proposition 8 in the future, I find these incidents very upsetting.
3  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
4  AND CORRECT.

6  Executed on  REDACTED      REDACTED
                              REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

3

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #56 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political*
*Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.


  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs