**John Doe #57**

1　James Bopp, Jr. (Ind. State Bar No. 2838-84)*
　　Richard E. Coleson (Ind. State Bar No. 11527-70)*
2　Barry A. Bostrom (Ind. State Bar No.11912-84)*
　　Sarah E. Troupis (Wis. State Bar No. 1061515)*
3　Scott F. Bieniek (Ill. State Bar No. 6295901)*
　　BOPP, COLESON & BOSTROM
4　1 South Sixth Street
　　Terre Haute, IN 47807-3510
5　Telephone:　(812) 232-2434
　　Facsimile:　(812) 235-3685
6　Counsel for All Plaintiffs

7　Benjamin W. Bull (Ariz. State Bar No. 009940)*
　　ALLIANCE DEFENSE FUND
8　15100 North 90th Street
　　Scottsdale, Arizona 85260
9　Telephone:　(480) 444-0020
　　Facsimile:　(480) 444-0028
10　Counsel for All Plaintiffs

11　Timothy D. Chandler (Cal. State Bar No. 234325)**
　　ALLIANCE DEFENSE FUND
12　101 Parkshore Drive, Suite 100
　　Folsom, CA 95630
13　Telephone:　(916) 932-2850
　　Facsimile:　(916) 932-2851
14　Counsel for All Plaintiffs

15　* *Admitted Pro Hac Vice*
　　** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **ProtectMarriage.com**, *et al.*, | Case No. 2:09-CV-00058-MCE-DAD |
| *Plaintiffs*, | **DECLARATION OF** REDACTED **IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| *v.* | |
| **Debra Bowen, et al.**, | Date: TBD |
| *Defendants*. | Time: TBD. |
| | Judge England |

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

1

I, REDACTED, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a resident of the state of California over 18 years of age, and my statements herein are based on personal knowledge.

2. I supported the passage of Proposition 8.

3. In support of Proposition 8, I donated several hundred dollars to several groups who supported Proposition 8, including National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, Focus on the Family, Alliance Defense Fund, and several other less familiar organizations.

4. In support of Proposition 8, I placed bumper stickers on my cars and sent emails supporting Proposition 8.

5. In support of Proposition 8, I also placed yard signs in my front yard, which is on a residential street. I usually had two or three signs in the yard at a time.

6. In the days leading up to the election, these signs were removed or destroyed three or four times. Sometimes, the signs were taken or destroyed during the day; other times, the signs were taken or destroyed at night.

7. On one occasion when my signs were taken, my neighbor (an off-duty police officer) got in his car and began to follow the car that had taken the signs. While following the car, he called 911 and alerted the local police department about the situation. When he caught up with them, the mother and teenagers who were in the car had dozens of "Yes on 8" signs in the car.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED       REDACTED
                            REDACTED

**Declaration of REDACTED in Support of Plaintiffs' Motion for Summary Judgment**

2

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 3, 2009, I electronically filed the foregoing document described as Declaration of John Doe #57 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 3rd day of June, 2009.

  /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs