**John Doe #43**

1   James Bopp, Jr. (Ind. State Bar No. 2838-84)*
    Richard E. Coleson (Ind. State Bar No. 11527-70)*
2   Barry A. Bostrom (Ind. State Bar No.11912-84)*
    Sarah E. Troupis (Wis. State Bar No. 1061515)*
3   Scott F. Bieniek (Ill. State Bar No. 6295901)*
    BOPP, COLESON & BOSTROM
4   1 South Sixth Street
    Terre Haute, IN 47807-3510
5   Telephone:     (812) 232-2434
    Facsimile:      (812) 235-3685
6   Counsel for All Plaintiffs

7   Benjamin W. Bull (Ariz. State Bar No. 009940)*
    ALLIANCE DEFENSE FUND
8   15100 North 90th Street
    Scottsdale, Arizona  85260
9   Telephone:     (480) 444-0020
    Facsimile:      (480) 444-0028
10  Counsel for All Plaintiffs

11  Timothy D. Chandler (Cal. State Bar No. 234325)**
    ALLIANCE DEFENSE FUND
12  101 Parkshore Drive, Suite 100
    Folsom, CA 95630
13  Telephone:     (916) 932-2850
    Facsimile:      (916) 932-2851
14  Counsel for All Plaintiffs

15  * Admitted Pro Hac Vice
    ** Designated Counsel for Service
16

17                    **United States District Court**
                      **Eastern District of California**
18                         **Sacramento Division**

19

| | |
|---|---|
| 20  **ProtectMarriage.com**, *et al.*, | **Case No. 2:09-CV-00058-MCE-DAD** |
| 21                        *Plaintiffs*, | **DECLARATION OF** REDACTED |
|      *v.* | **IN SUPPORT OF PLAINTIFFS' MOTION** |
| 22  **Debra Bowen, et al.**, | **FOR SUMMARY JUDGMENT** |
| 23                       *Defendants*. | Date:  TBD |
| 24  | Time: TBD. |
|  | Judge England |
| 25 | |

26

27

28  **Declaration of** REDACTED **in**
    **Support of Plaintiffs' Motion for**
    **Summary Judgment**

                                    1

1    I, ▓REDACTED▓ , make the following declaration pursuant to 28 U.S.C. § 1746**:**

2        1. I am a resident of the state of California over 18 years of age, and my statements herein

3    are based on personal knowledge.

4        2. I supported the passage of Proposition 8.

5        3. In support of Proposition 8, my family donated a total of approximately $▓X,XXX▓ to

6    groups supporting Proposition 8.

7        4. My wife and I were very involved in supporting Proposition 8.  We called people on

8    the phone to discuss the vote for Proposition 8, we passed out voting reminders shortly before the

9    election, we went door-to-door talking to people about the vote and passing out literature, we

10    joined online groups, discussed Proposition 8 with people on Facebook, blogs, and chat rooms,

11    my wife started a blog (which she still maintains), we called people on the day of the election to

12    remind them to vote, and I went to a local precinct to see which people who had earlier indicated

13    that they were going to vote had already voted.

14        5. In support of Proposition 8, we also placed a large, 4 x 8 hand-painted sign on our

15    fence.  On Halloween night, someone vandalized the sign.  A true and correct copy of a picture I

16    took of the vandalized sign is attached as Exhibit A.  I filed a police report with the local police

17    after this incident.

18        6. Prior to the vandalism of the large sign, we had smaller "Yes on 8" signs stolen and

19    defaced.  One of these yard signs was stolen from our front yard, and another was ripped in half

20    with some anti-Proposition 8 literature placed beside it.  I also filed police reports after these

21    incidents.

22

23

24

25

26

27

28    **Declaration of** ▓REDACTED▓ **in**
     **Support of Plaintiffs' Motion for**
     **Summary Judgment**

7. In the future, if I was asked to support a cause similar to Proposition 8, I would be more careful about any donation made by my family, so that we would not be identified.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: REDACTED    REDACTED

REDACTED

**Declaration of** REDACTED **in Support of Plaintiffs' Motion for Summary Judgment**

3

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 4, 2009, I electronically filed the foregoing document described as Declaration of John Doe #43 in Support of Plaintiffs' Motion for Summary Judgment, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 4th day of June, 2009.


  /s/ Scott F. Bieniek
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs