James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:  (812) 232-2434
Facsimile:  (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:  (916) 932-2850
Facsimile:  (916) 932-2851
Counsel for All Plaintiffs

*  *Admitted Pro Hac Vice*
** *Designated Counsel for Service*

**United States District Court
Eastern District of California
Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**DEBRA BOWEN, et al.,**<br><br>Defendants. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**NOTICE OF FILING OF REFERENCE LIST PURSUANT TO FRCP 5.2(g) AND COURT ORDER**<br><br>Judge Morrison C. England, Jr. |

1 | TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2 |     YOU ARE HEREBY GIVEN NOTICE THAT Plaintiffs ProtectMarriage.com—Yes on 8, a Project of California Renewal, National Organization for Marriage California—Yes on 8, Sponsored by National Organization for Marriage, John Doe #1, an individual, and as a representative of the Class of Major Donors, will and hereby do file a reference list under seal pursuant to Fed. R. Civ. P. 5.2(g) and the Court's Orders of January 14, 2009 & January 30, 2009.

    Dated this 4th day of June, 2009.

                                  Respectfully submitted,

                                  /s/ Scott F. Bieniek

| | |
|---|---|
| Benjamin W. Bull (Ariz. State Bar No. 009940)<br>ALLIANCE DEFENSE FUND<br>15100 North 90th Street<br>Scottsdale, Arizona 85260<br>Counsel for All Plaintiffs<br><br>Timothy D. Chandler (Cal. Bar No. 234325)<br>ALLIANCE DEFENSE FUND<br>101 Parkshore Drive, Suite 100<br>Folsom, CA 95630<br>Counsel for All Plaintiffs<br>Designated Counsel for Service | James Bopp, Jr. (Ind. Bar No. 2838-84)<br>Barry A. Bostrom (Ind. Bar No.11912-84)<br>Sarah E. Troupis (Wis. Bar No. 1061515)<br>Scott F. Bieniek (Ill. Bar No. 6295901)<br>BOPP, COLESON & BOSTROM<br>1 South Sixth Street<br>Terre Haute, IN 47807-3510<br>Counsel for All Plaintiffs |

**PROOF OF SERVICE**

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 4, 2009, I electronically filed the foregoing document described as Notice of Filing of Reference List Pursuant to FRCP 5.2(g) and Court Order, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 4th day of June, 2009.

 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs