1  James Bopp, Jr. (Ind. State Bar No. 2838-84)*
   Richard E. Coleson (Ind. State Bar No. 11527-70)*
2  Barry A. Bostrom (Ind. State Bar No.11912-84)*
   Sarah E. Troupis (Wis. State Bar No. 1061515)*
3  Scott F. Bieniek (Ill. State Bar No. 6295901)*
   BOPP, COLESON & BOSTROM
4  1 South Sixth Street
   Terre Haute, IN 47807-3510
5  Telephone:   (812) 232-2434
   Facsimile:   (812) 235-3685
6  Counsel for All Plaintiffs

7  Benjamin W. Bull (AZ Bar No. 009940)*
   ALLIANCE DEFENSE FUND
8  15100 North 90th Street
   Scottsdale, Arizona 85260
9  Telephone:   (480) 444-0020
   Facsimile:   (480) 444-0028
10 Counsel for All Plaintiffs

11 Timothy D. Chandler (Cal. State Bar No. 234325)**
   ALLIANCE DEFENSE FUND
12 101 Parkshore Drive, Suite 100
   Folsom, CA 95630
13 Telephone:   (916) 932-2850
   Facsimile:   (916) 932-2851
14 Counsel for All Plaintiffs

15 *  *Admitted Pro Hac Vice*
   ** *Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF CONVENTIONAL FILING** |
| vs. | Judge Morrison C. England, Jr. |
| **DEBRA BOWEN, et al.,** | |
| Defendants. | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY GIVEN NOTICE THAT Plaintiffs ProtectMarriage.com—Yes on 8, a Project of California Renewal, National Organization for Marriage California—Yes on 8, Sponsored by National Organization for Marriage, John Doe #1, an individual, and as a representative of the Class of Major Donors, and National Organization for Marriage California PAC will and hereby do file:

(1) Exhibit A with respect to the Declaration of John Doe #28 in Support of Plaintiffs' Motion for Summary Judgment; and

(2) Exhibit A, Exhibit B, and Exhibit C with respect to the Declaration of John Doe #52 in Support of Plaintiffs Motion for Summary Judgment.

These exhibits are in WAV and/or MP3 format and have not been filed electronically because they cannot be converted to PDF format and will be maintained in the case file in the Clerk's office.

The exhibits are being delivered to the Court via FedEx, and they will be manually served this day on opposing counsel via U.S. Mail.

Dated this 4th day of June, 2009.

Respectfully submitted,

 /s/ Scott F. Bieniek

| | |
|---|---|
| Benjamin W. Bull (Ariz. State Bar No. 009940)<br>ALLIANCE DEFENSE FUND<br>15100 North 90th Street<br>Scottsdale, Arizona 85260<br>Counsel for All Plaintiffs<br><br>Timothy D. Chandler (Cal. Bar No. 234325)<br>ALLIANCE DEFENSE FUND<br>101 Parkshore Drive, Suite 100<br>Folsom, CA 95630<br>Counsel for All Plaintiffs<br>Designated Counsel for Service | James Bopp, Jr. (Ind. Bar No. 2838-84)<br>Barry A. Bostrom (Ind. Bar No.11912-84)<br>Sarah E. Troupis (Wis. Bar No. 1061515)<br>Scott F. Bieniek (Ill. Bar No. 6295901)<br>BOPP, COLESON & BOSTROM<br>1 South Sixth Street<br>Terre Haute, IN 47807-3510<br>Counsel for All Plaintiffs |

**PROOF OF SERVICE**

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 4, 2009, I electronically filed the foregoing document described as Plaintiffs' Notice of Conventional Filing, with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 4th day of June, 2009.

 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs