EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DOUGLAS J. WOODS, State Bar No. 161531
Supervising Deputy Attorney General
ZACKERY P. MORAZZINI, State Bar No. 204237
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8226
 Fax: (916) 324-5567
 E-mail: Zackery.Morazzini@doj.ca.gov
*Attorneys for Defendants Debra Bowen, California Secretary of State; Edmund G. Brown Jr., California Attorney General*

SCOTT HALLABRIN, General Counsel, SBN: 076662
LAWRENCE T. WOODLOCK, SBN: 137676
Fair Political Practices Commission
 428 J Street, Suite 800
 Sacramento, CA 95814
 Telephone: (916) 322-5660
 Fax: (916) 327-2026
 E-mail: lwoodlock@fppc.ca.gov
*Attorneys for Defendants Members of the Fair Political Practices Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTMARRIAGE.COM, et al.,<br><br>Plaintiff,<br><br>v.<br><br>**DEBRA BOWEN, SECRETARY OF STATE FOR THE STATE OF CALIFORNIA, et al.,**<br><br>Defendants. | 2:09-cv-00058-MCE-DAD<br><br>**EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON STATE DEFENDANTS' RULE 56(f) MOTION**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 7, 14th Floor<br>The Honorable Morrison C. England, Jr.<br>Trial Date: March 14, 2011<br>Action Filed: January 7, 2009 |

Defendants Debra Bowen, in her official capacity as the Secretary of State for the State of California, Edmund G. Brown Jr., in his official capacity as Attorney General of the State of California, and the individual members of the California Fair Political Practices Commission in

1

1 | their official capacities ("State Defendants") will and hereby do apply *ex parte* to shorten the time to be heard on their Motion to Deny Plaintiffs' Motion for Summary Judgment or, in the Alternative, Continue the Hearing Date of Plaintiffs' Motion, pursuant to rule 56(f) of the Federal Rules of Civil Procedure. This *ex parte* application is brought pursuant to Local Rule 6-144(e), and is supported by the declaration of Zackery P. Morazzini, counsel of record in this matter.

This *ex parte* application is made on the grounds, as set forth in detail in the Morazzini Declaration, that given the hearing date of August 13, 2009, as noticed by Plaintiffs for their Motion for Summary Judgment, the State Defendants do not have sufficient time under existing rules of court to be heard on their rule 56(f) motion prior to the hearing on Plaintiffs' Summary Judgment motion without being prejudiced with regard to opposing Plaintiffs' Motion.

Therefore, the State Defendants respectfully request that a hearing on their rule 56(f) motion, if deemed necessary by the Court, be set for no later than June 19, 2009, with a briefing schedule adjusted accordingly as deemed appropriate by the Court. Such a hearing date would provide sufficient time for Plaintiffs to oppose, should they so desire, the State Defendants' rule 56(f) motion.

Dated: June 5, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DOUGLAS J. WOODS
Supervising Deputy Attorney General

/s/ Zackery P. Morazzini
ZACKERY P. MORAZZINI
Deputy Attorney General
*Attorneys for Defendants Debra Bowen, California Secretary of State; Edmund G. Brown Jr., California Attorney General*

Fair Political Practices Commission
SCOTT HALLABRIN, General Counsel
LAWRENCE T. WOODLOCK

/s/ Lawrence T. Woodlock
LAWRENCE T. WOODLOCK *Attorneys for Defendants Members of the Fair Political Practices Commission*

2

Ex Parte Application to Shorten Time (2:09-cv-00058-MCE-DAD)