IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | 2:09-cv-00058-MCE-DAD |
| Plaintiff, | **[PROPOSED] ORDER ON STATE DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME** |
| v. | |
| **DEBRA BOWEN, SECRETARY OF STATE FOR THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

Good cause appearing, the State Defendants' *ex parte* application to shorten time to be heard on their Rule 56(f) Motion is hereby GRANTED.

The State Defendants' rule 56(f) motion is to be filed no later than June 10, 2009, by 4:00 p.m. PST.

Any opposition thereto must be filed by no later than June ___, by 4:00 p.m. PST.

Any reply must be filed by no later than June ___, by 4:00 p.m. PST.

Hearing on the motion is set for June ___, at _____ a.m. /p.m. PST, in Courtroom 7.

SO ORDERED

Dated:_____

                                                                     _____
Morrison C. England, Jr.
United States District Judge