DENNIS J. HERRERA, SB# 139669
City Attorney
WAYNE SNODGRASS, SB# 148137
MOLLIE LEE, SB# 251404
Deputy City Attorneys
One Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone: (415) 554-4705
Facsimile: (415) 554-4745
E-Mail: mollie.lee@sfgov.org

Attorneys for Defendants
Department of Elections - City and County of San Francisco and
Dennis J. Herrera, City Attorney for the City and County of San Francisco

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ProtectMarriage.com - Yes on 8, a Project of California Renewal; National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, John Doe #1**, an individual, and as a representative of the **Class of Major Donors**, <br><br> Plaintiffs, <br><br> vs. <br><br> **Debra Bowen,** Secretary of State for the State of California, in her official capacity; **Edmund G. Brown, Jr.,** Attorney General for the State of California, in his official capacity; **Dean C. Logan,** Registrar-Recorder of Los Angeles County, California, in his official capacity; **Department of Elections - City and County of San Francisco**; **Jan Scully,** District Attorney for Sacramento County, California, in her official capacity and as a representative of the Class of District Attorneys in the State of California; **Dennis J. Herrera**, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross** | Case No. 2:09-CV-00058-MCEDAD <br><br> **SAN FRANCISCO DEFENDANTS' NOTICE OF JOINDER IN STATE DEFENDANTS' RULE 56(F) MOTION** <br><br> Date: July 16, 2009 <br> Time: 2:00 p.m. <br> Courtroom: 7, 14th Floor <br> Judge: Morrison C. England, Jr. <br> Trial Date: March 14, 2011 <br> Action Filed: January 7, 2009 |

SAN FRANCISCO DEFENDANTS' NOTICE OF JOINDER IN SUPPORT OF STATE DEFENDANTS' RULE 56(F) MOTION
CASE NO. 2:09-CV-00058-MCEDAD

1

n:\govlit\li2009\090774\00561876.doc

**Johnson, Timothy Hodson, Eugene Huguenin, Jr., Robert Leidigh,** and **Ray Remy**, members of the California Fair Political Practices Commission, in their official capacities,

    Defendants.

Defendants Department of Elections - City and County of San Francisco and Dennis J. Herrera, City Attorney for the City and County of San Francisco ("San Francisco Defendants") hereby join in the Rule 56(f) Motion filed by State Defendants Debra Bowen, Edmund G. Brown, Jr., and members of the Fair Political Practices Commission. San Francisco Defendants join in and adopt State Defendants' Motion in its entirety, including all arguments and statements of issue or fact contained therein, and all exhibits incorporated therein.

Plaintiffs seek summary judgment on all four counts in their Third Amended Complaint: (1) that the Political Reform Act (the "PRA") is unconstitutional as applied to Plaintiffs because there is a reasonable probability that compliance with the PRA will subject Plaintiffs' supporters to threats, harassment and reprisals; (2) that the PRA's $100 threshold for disclosure is unconstitutionally overbroad; (3) that post-election reporting requirements are unconstitutional facially and as applied; (4) and that post-election disclosure of reported information is unconstitutional facially and as applied.

As State Defendants explain in their Rule 56(f) motion, further factual development is necessary to respond to Plaintiffs' arguments that disclosure requirements have a chilling effect on Plaintiffs and their contributors, that the State lacks a sufficiently compelling interest in disclosure, and that the disclosure requirements of the PRA are not narrowly tailored to the State's interests in disclosure. San Francisco Defendants agree that the factual record the State Defendants seek to develop is essential to oppose these arguments in Plaintiffs' Motion for Summary Judgment.

San Francisco Defendants also may seek to discover additional facts regarding Plaintiffs' argument that Plaintiffs are entitled to an exemption from disclosure requirements because there is a reasonable probability that disclosure will result in threats, harassment or reprisals toward their

supporters. As described in the declaration of Mollie M. Lee, filed concurrently herewith, Plaintiffs have filed 58 redacted declarations in support of their motion for summary judgment. In each such declaration served on Defendants, Plaintiffs have redacted the name of the declarant. Plaintiffs have provided the declarants' identities to the Court, but thus far have failed to provide the same basic information to Defendants. In many of the declarations, Plaintiffs have also redacted other details, such as the amount of a contribution, the name of a group or institution with which the declarant is affiliated, or the date or location of a relevant event. Because of the redactions, Defendants do not know the identities of the declarants and, in some instances, details of the facts alleged in the declarations. Without this information, Defendants cannot assess whether Plaintiffs' assertions have evidentiary support and cannot adequately plan discovery.

San Francisco Defendants have requested that Plaintiffs' counsel provide unredacted versions of the declarations for review by Defendants' counsel. If Plaintiffs' counsel rejects this request, Defendants will seek a modified protective order from the Court that would permit counsel to review unredacted declarations, subject to an appropriate protective order. San Francisco Defendants believe that a continuance to December 18, 2009, as proposed by State Defendants, would allow sufficient time for resolution of this issue, review of any unredacted declarations that are disclosed, and additional discovery after review of the unredacted declarations.

Therefore, San Francisco Defendants respectfully request that the Court grant State Defendants' request to deny Plaintiffs' Motion for Summary Judgment or, in the alternative, to continue the hearing date on Plaintiffs' motion to December 18, 2009.

Dated: June 11, 2009

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
MOLLIE LEE
Deputy City Attorneys

By: _____/s/_____
MOLLIE LEE

Attorneys for Defendants
DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND DENNIS HERRERA

SAN FRANCISCO DEFENDANTS' NOTICE OF JOINDER IN SUPPORT OF STATE DEFENDANTS' RULE 56(F) MOTION
CASE NO. 2:09-CV-00058-MCEDAD

4

n:\govlit\li2009\090774\00561876.doc