James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:    (812) 232-2434
Facsimile:     (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:    (480) 444-0020
Facsimile:     (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:     (916) 932-2851
Counsel for All Plaintiffs

* Admitted Pro Hac Vice
** Designated Counsel for Service

## United States District Court
## Eastern District of California
## Sacramento Division

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,**<br><br>       **Plaintiffs,**<br><br>  vs.<br><br>**DEBRA BOWEN, et al.,**<br><br>      **Defendants.** | Case No. 2:09-CV-00058-MCE-DAD<br><br>**STIPULATION TO AND REQUEST FOR CONTINUANCE WITH RESPECT TO THE HEARING ON STATE DEFENDANTS' MOTION UNDER RULE 56(f)**<br><br>Judge Morrison C. England, Jr.<br><br>Date:      June 18, 2009<br>Time:      10:00 a.m.<br>Courtroom:  7, 14th Floor |

Stipulation to and Request for Continuance

Plaintiffs ProtectMarriage.com—Yes on 8, a Project of California Renewal ("**ProtectMarriage.com**"), National Organization for Marriage—Yes on 8, Sponsored by National Organization for Marriage ("**NOM-California**"), John Doe #1, an individual, and as a representative of the proposed Class of Major Donors ("**Major Donors**"), and National Organization for Marriage California PAC ("**NOM-California PAC**") respectfully request that the Court delay the start of the hearing on State Defendants' Motion Under Rule 56(f) until 11:00 a.m. P.S.T. on June 18, 2009, so that Plaintiffs' counsel may participate telephonically, and in support thereof state:

(1) On Friday, June 5, 2009, Zackery Morazzini, counsel for Defendants Debra Bowen and Edmund G. Brown, Jr., requested, and Plaintiffs consented to, an expedited hearing date on State Defendants' Rule 56(f) motion. The parties agreed to a hearing date no later than Friday, June 19, 2009, and agreed to refrain from setting a proposed date/time to allow the Court the maximum flexibility in setting a hearing date.

(2) On Friday, June 12, 2009, the Court set the hearing for Thursday, June 18, 2009, at 10:00 a.m. P.S.T.

(3) Counsel for Plaintiffs have a prior commitment on June 18 that requires them to be in North Carolina.

(4) Counsel for Plaintiffs' commitment precludes them from participating in a hearing at 10:00 a.m. P.S.T. However, Plaintiffs' counsel will be available at 11:00 a.m. P.S.T.[1]

Wherefore, Plaintiffs respectfully request that the Court delay the hearing one (1) hour, so that Plaintiffs' counsel may participate.

Dated this 15th day of June, 2009.

---

[1] Plaintiffs are aware of L.R. 78-230, which states that all requests for continuances shall be made at least five court days prior to the scheduled hearing date. In light of the accelerated hearing schedule set by the Court on Friday, June 12, 2009, Plaintiffs respectfully request that the Court consider this request as timely.

**Stipulation to and Request for Continuance**

Respectfully submitted,

/s/ Scott F. Bieniek

Benjamin W. Bull (Ariz. State Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. Bar No. 234325)
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Counsel for All Plaintiffs
Designated Counsel for Service

James Bopp, Jr. (Ind. Bar No. 2838-84)
Barry A. Bostrom (Ind. Bar No.11912-84)
Sarah E. Troupis (Wis. Bar No. 1061515)
Scott F. Bieniek (Ill. Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Counsel for All Plaintiffs

**So Stipulated:**

Date: June 12, 2009          ___/s/ Douglas J. Woods (as authorized on 6/12/09)___
                             Douglas J. Woods
                             *Attorney for Defendants Debra Bowen and Edmund G.*
                             *Brown, Jr.*

Date: June ___, 2009         _____
                             Judy W. Whitehurst
                             *Attorney for Defendant Dean C. Logan*

Date: June ___, 2009         _____
                             Terence J. Cassidy
                             *Attorney for Defendant Jan Scully*

Date: June ___, 2009         _____
                             Mollie M. Lee

                             *Attorney for Defendants Dennis J. Herrera and*

                             *Department of Elections - City and County of San*
                             *Francisco*

1

2

3
Date: June ___, 2009

_____

Lawrence T. Woodlock

4
*Attorney for Defendant Members of the Fair Political Practices Commission*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation to and Request for Continuance**

Respectfully submitted,

/s/ Scott F. Bieniek

Benjamin W. Bull (Ariz. State Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. Bar No. 234325)
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Counsel for All Plaintiffs
Designated Counsel for Service

James Bopp, Jr. (Ind. Bar No. 2838-84)
Barry A. Bostrom (Ind. Bar No.11912-84)
Sarah E. Troupis (Wis. Bar No. 1061515)
Scott F. Bieniek (Ill. Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Counsel for All Plaintiffs

**So Stipulated:**

Date: June ___, 2009

_____
Douglas J. Woods
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: June 12, 2009

_____
Judy W. Whitehurst
*Attorney for Defendant Dean C. Logan*

Date: June ___, 2009

_____
Terence J. Cassidy
*Attorney for Defendant Jan Scully*

Date: June ___, 2009

_____
Mollie M. Lee
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and County of San Francisco*

3                    **Stipulation to and Request for Continuance**

Respectfully submitted,

/s/ Scott F. Bieniek

| | |
|---|---|
| Benjamin W. Bull (Ariz. State Bar No. 009940) | James Bopp, Jr. (Ind. Bar No. 2838-84) |
| ALLIANCE DEFENSE FUND | Barry A. Bostrom (Ind. Bar No.11912-84) |
| 15100 North 90th Street | Sarah E. Troupis (Wis. Bar No. 1061515) |
| Scottsdale, Arizona 85260 | Scott F. Bieniek (Ill. Bar No. 6295901) |
| Counsel for All Plaintiffs | BOPP, COLESON & BOSTROM |
| | 1 South Sixth Street |
| Timothy D. Chandler (Cal. Bar No. 234325) | Terre Haute, IN 47807-3510 |
| ALLIANCE DEFENSE FUND | Counsel for All Plaintiffs |
| 101 Parkshore Drive, Suite 100 | |
| Folsom, CA 95630 | |
| Counsel for All Plaintiffs | |
| Designated Counsel for Service | |

**So Stipulated:**

Date: June ___, 2009

_____
Douglas J. Woods
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: June ___, 2009

_____
Judy W. Whitehurst
*Attorney for Defendant Dean C. Logan*

Date: June **15**, 2009

_____
Terence J. Cassidy
*Attorney for Defendant Jan Scully*

Date: June ___, 2009

_____
Mollie M. Lee

*Attorney for Defendants Dennis J. Herrera and*

*Department of Elections - City and County of San Francisco*

3          **Stipulation to and Request for Continuance**

Respectfully submitted,

/s/ Scott F. Bieniek

Benjamin W. Bull (Ariz. State Bar No. 009940)
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Counsel for All Plaintiffs

James Bopp, Jr. (Ind. Bar No. 2838-84)
Barry A. Bostrom (Ind. Bar No.11912-84)
Sarah E. Troupis (Wis. Bar No. 1061515)
Scott F. Bieniek (Ill. Bar No. 6295901)
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. Bar No. 234325)
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Counsel for All Plaintiffs
Designated Counsel for Service

**So Stipulated:**

Date: June ___, 2009

_____
Douglas J. Woods
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: June ___, 2009

_____
Judy W. Whitehurst
*Attorney for Defendant Dean C. Logan*

Date: June ___, 2009

_____
Terence J. Cassidy
*Attorney for Defendant Jan Scully*

Date: June 12, 2009

_____
Mollie M. Lee
*Attorney for Defendants Dennis J. Herrera and*
*Department of Elections - City and County of San Francisco*

**Stipulation to and Request for Continuance**

1

2

3 Date: June *15*, 2009

4

5           Lawrence T. Woodlock

6           *Attorney for Defendant Members of the Fair Political*
            *Practices Commission*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

       4    **Stipulation to and Request for Continuance**

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the within action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807.

On June 15, 2009, I electronically filed the foregoing document described as Stipulation and Request for Continuance with Respect to the Hearing on State Defendants' Motion Under Rule 56(f), with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Attorney for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Attorney for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
*Attorney for Defendant Jan Scully*

Mollie M. Lee
mollie.lee@sfgov.org
*Attorney for Defendants Dennis J. Herrera and
Department of Elections - City and Count of San Francisco*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Attorney for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 15th day of June, 2009.


   /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
Counsel for All Plaintiffs