OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • *jwhitehurst@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN,
LOS ANGELES COUNTY
REGISTRAR-RECORDER/COUNTY
CLERK

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ProtectMarriage.com - Yes on 8, a Project of California Renewal; National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, John Doe #1, an individual, and as a representative of the Class of Major Donors; and National Organization for Marriage California PAC<br>　　　　　　　　Plaintiffs,<br>　v.<br>**Debra Bowen**, Secretary of State for the State of California, her official capacity; **Edmund G. Brown, Jr.**, Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California in his official capacity; **Department of Elections - City and County of San Francisco, Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the class of District Attorneys in the State of California; **Dennis J. Herrera,** City Attorney for the city and county of San Francisco, California in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross Johnson, Timothy Hodson, Eugene Huguenin, Jr., Robert Leidigh, and Ray Remy**, members of the California Fair Political Practices Commission, in their official capacities,<br>　　　　　　　Defendants. | CASE NO. 2:09-CV-0058-MCE-DAD<br><br>**DEAN C. LOGAN'S STATEMENT OF NO POSITION TO STATE DEFENDANTS' NOTICE OF MOTION AND MOTION UNDER RULE 56(F)**<br><br>Judge Morrison C. England, Jr.<br><br>Date:　June 18, 2009<br>Time:　10:00 a.m.<br>Courtroom:　7, 14th Floor |

HOA.620395.1

2:09-CV-0058-MCE-DAD
LOGAN'S STATEMENT OF NO POSITION RE DEFTS'
MOTION UNDER RULE 56(F)

1     This Statement of No Position is filed by Defendant Dean C. Logan, the Los Angeles County Registrar-Recorder/County Clerk (hereinafter "LA County Registrar"). The LA County Registrar takes no position on the State Defendants' Motion under Rule 56(f) and will abide by the decision of this Court on the motion.

DATED: June 15, 2009

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

By   /s/ Judy W. Whitehurst
JUDY W. WHITEHURST
Principal Deputy County Counsel

Attorneys for Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk