| | |
|---|---|
| 1 | OFFICE OF THE COUNTY COUNSEL |
| | ELIZABETH M. CORTEZ, Assistant County Counsel |
| 2 | JUDY W. WHITEHURST, Principal Deputy County Counsel |
| | (SBN 182855) • jwhitehurst@counsel.lacounty.gov |
| 3 | 648 Kenneth Hahn Hall of Administration |
| | 500 West Temple Street |
| 4 | Los Angeles, California 90012-2713 |
| | Telephone: (213) 974-1845 · Fax: (213) 617-7182 |
| 5 | |
| | Attorneys for DEAN C. LOGAN, |
| 6 | LOS ANGELES COUNTY |
| | REGISTRAR-RECORDER/COUNTY |
| 7 | CLERK |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | | |
|---|---|---|
| | ProtectMarriage.com - Yes on 8, a Project of California Renewal; National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, John Doe #1, an individual, and as a representative of the Class of Major Donors; and National Organization for Marriage California PAC | CASE NO. 2:09-CV-0058-MCE-DAD |
| | | **DEAN C. LOGAN'S REQUEST FOR TELEPHONIC APPEARANCE ON STATE DEFENDANTS' NOTICE OF MOTION AND MOTION UNDER RULE 56(F)** |
| | Plaintiffs, | |
| | v. | |
| | **Debra Bowen**, Secretary of State for the State of California, her official capacity; **Edmund G. Brown, Jr.**, Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California in his official capacity; **Department of Elections - City and County of San Francisco, Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the class of District Attorneys in the State of California; **Dennis J. Herrera,** City Attorney for the city and county of San Francisco, California in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross Johnson, Timothy Hodson, Eugene Huguenin, Jr., Robert Leidigh, and Ray Remy**, members of the California Fair Political Practices Commission, in their official capacities, | Judge Morrison C. England, Jr.<br><br>Date: June 18, 2009<br>Time: 10:00 a.m.<br>Courtroom: 7, 14th Floor |
| | Defendants. | |

HOA.620444.1                                    2:09-CV-0058-MCE-DAD
                          LOGAN'S REQUEST FOR TELEPHONIC APPEARANCE RE
                                  DEFTS' MOTION UNDER RULE 56(F)

Defendant Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk, respectfully requests to appear at the June 18, 2009 hearing on State Defendants' Motion Under Rule 56(f) telephonically, and in support thereof state:

1. On Friday June 5, 2009, Zackery Morazzini, counsel for Defendants Debra Bowen and Edmond G. Brown, Jr., requested, and Plaintiffs and Defendants consented to, an expedited hearing on State Defendants' Rule 56(f) motion. The parties agreed to a hearing date no later than Friday, June 19, 2009, and agreed to refrain from setting a proposed date/time to allow the Court the maximum flexibility in setting a hearing date.

2. On Friday, June 12, 2009, the Court set the hearing date for Thursday, June 18, 2009, at 11:00 a.m. P.S.T.

3. Defendant Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk filed a Statement of No Position with respect to the Defendants' Rule 56(f) motion, and as such will abide by the decision of this Court on the motion.

Therefore, Defendant Dean C. Logan respectfully requests to make a telephonic appearance at the June 18, 2009 hearing. Counsel's direct telephone number for the morning of the hearing is: 213-974-1845.

DATED: June 15, 2009

Respectfully submitted,

OFFICE OF THE COUNTY COUNSEL

By /s/ Judy W. Whitehurst
JUDY W. WHITEHURST
Principal Deputy County Counsel

Attorneys for Dean C. Logan, Los Angeles County Registrar-Recorder/County Clerk

HOA.620444.1

2:09-CV-0058-MCE-DAD
LOGAN'S REQUEST FOR TELEPHONIC APPEARANCE RE DEFTS' MOTION UNDER RULE 56(F))

-2-