**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants JAN SCULLY, in her official capacity

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTMARRIAGE.COM - YES ON 8, A PROJECT OF CALIFORNIA RENEWAL; NATIONAL ORGANIZATION FOR MARRIAGE CALIFORNIA - YES ON 8, SPONSORED BY NATIONAL ORGANIZATION FOR MARRIAGE, JOHN DOE #1, an individual and as representative of the CLASS OF MAJOR DONORS,<br>　　　Plaintiffs,<br>vs.<br>DEBRA BOWEN, Secretary of State for the State of California, in her official capacity; EDMUND G. BROWN, JR., Attorney General for the State of California, in his official capacity; DEAN C. LOGAN, Registrar-Recorder of Los Angeles County, California, in his official capacity; DEPARTMENT OF ELECTIONS - CITY AND COUNTY OF SAN FRANCISCO; JAN SCULLY, District Attorney for Sacramento County, California in her official capacity and as a representative of the Class of District Attorneys in the State of California; DENNIS J. HERRERA, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; ROSS JOHNSON, TIMOTHY HODSON, EUGENE HUGUENIN, JR., ROBERT LEIDIGH and RAY REMY, members of the California Fair Political Practices Commision, in their official capacities,<br>　　　Defendants. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DEFENDANT'S STATEMENT OF NO OPPOSITION TO RULE 56(f) MOTION FILED BY CALIFORNIA ATTORNEY GENERAL** |

---

1

**DEFENDANT JAN SCULLY'S STATEMENT OF NO OPPOSITION**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00692769.WPD

Defendant JAN SCULLY hereby states that she has no opposition to the Motion of the California Attorney General and the State Defendants herein pursuant to Federal Rule of Civil Procedure 56(f).

Respectfully submitted,

Dated: June 16, 2009

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Terence J. Cassidy
Terence J. Cassidy
Attorney for Defendant
JAN SCULLY, District Attorney for Sacramento County, California in her official capacity

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com