1  SCOTT HALLABRIN, General Counsel, SBN: 076662
   LAWRENCE T. WOODLOCK, SBN: 137676
2  Fair Political Practices Commission
   428 J Street, Suite 620
3  Sacramento, CA 95814
   Telephone: (916) 322-5660
4  Fax: (916) 327-2026
   E-mail: lwoodlock@fppc.ca.gov
5  *Attorneys for Defendants Members of the Fair
   Political Practices Commission*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | 2:09-cv-00058-MCE-DAD |
| *Plaintiffs*, | **NOTICE OF SUBSTITUTION OF PARTIES AND AMENDMENT OF CAPTION** |
| v. | |
| **Debra Bowen,** Secretary of State for the State of California, in her official capacity; **Edmund G. Brown, Jr.**, Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California, in his official capacity; **Department of Elections – City and County of San Francisco**; **Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the Class of District Attorneys in the State of California: **Dennis J. Herrera**, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross Johnson**, **Timothy Hodson**, **Eugene Huguenin, Jr.**, **Lynn Montgomery** and **Ronald Rotunda**, members of the California Fair Political Practices Commission, in their official capacities, | The Honorable Morrison C. England, Jr. Trial Date: March 14, 2011 Action Filed: January 7, 2009 |
| *Defendants* | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned defendants hereby notify the Court, pursuant to Fed. R. Civ. P. 25(d)(1) of the following changes in the membership of the Fair Political Practices Commission, asking that the Court amend the caption of this case to reflect these changes, as follows:

1. Substitute Commissioner Lynn Montgomery, in her official capacity as a Commissioner of the Fair Political Practices Commission in place of former Commissioner Robert Leidigh, who was sued in his official capacity as a member of the Fair Political Practices Commission, on the ground that Mr. Leidigh's term in that office has expired, and his position has been filled by the current Commissioner Lynn Montgomery.

2. Substitute Commissioner Ronald Rotunda in his official capacity as a Commissioner of the Fair Political Practices Commission in place of former Commissioner Ray Remy, who was sued in his official capacity as a member of the Fair Political Practices Commission, on the ground that Mr. Remy's term in that office has expired, and that his position has been filled by the current Commissioner Ronald Rotunda.

Included with this Notice is a proposed Order, whose Caption accurately reflects the current membership of the Fair Political Practices Commission.

Date: June 23, 2009         Respectfully submitted:

                            Fair Political Practices Commission
                            SCOTT HALLABRIN, General Counsel
                            LAWRENCE T. WOODLOCK, Senior Commission Counsel

                            By:  /s/ Lawrence T. Woodlock
                            Lawrence T. Woodlock
                            *Attorneys for Fair Political Practices Commission Defendants Johnson, Hodson, Huguenin, Montgomery, and Rotunda*