James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone:   (480) 444-0020
Facsimile:   (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

*Admitted Pro Hac Vice*
**Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**DEBRA BOWEN, et al.,**<br><br>Defendants. | Case No. 2:09-CV-00058-MCE-DAD<br><br>**PROOF OF SERVICE OF REFERENCE LISTS FILED UNDER SEAL ON JANUARY 15, 2009 AND JUNE 4, 2009**<br><br>Judge Morrison C. England, Jr. |

1  I, Scott F. Bieniek, am over the age of 18 years and not a party to the above-captioned

2  action. My business address is 1 South Sixth Street; Terre Haute, Indiana 47807.

3  On January 15, 2009, pursuant to court order, Plaintiffs filed, under seal, **Reference List for**

4  **Items Redacted in John Doe Declarations #1 - #9**.

5  On June 4, 2009, pursuant to court order, Plaintiffs filed, under seal, **Reference List for**

6  **Items Redacted in John Doe Declarations #10 - #58**.

7  On July 15, 2009, the Court issued Stipulation and Protective Order (Doc. 192). The

8  Protective Order requires any party that previously filed documents under seal to serve copies of

9  the same on all parties that have stipulated to the Protective Order within three (3) days.

10  Pursuant to the Protective Order, I served the documents listed above by placing true and

11  correct copies of the documents, in sealed envelopes, with postage thereon fully prepaid, in the

12  United State mail at Terre Haute, Indiana, addressed to the following signatories to the

13  Protective Order:

Zackery Morazzini
Deputy Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550
*Counsel for Defendants Debra Bowen, California Secretary of State and*
*Edmund G. Brown, Jr., California Attorney General*

Lawrence Woodlock
Fair Practices Political Commission
428 J Street, Suite 620
Sacramento, CA 95814
*Counsel for Defendant Members of the California Fair*
*Political Practices Commission*

Terence Cassidy
Porter Scott
350 University Ave., Suite 200
Sacramento, CA 95825
*Counsel for Defendant Jan Scully, District Attorney*
*for Sacramento County, California*

Mollie Lee
Deputy City Attorney
One Dr. Carlton B. Goodlett Place
City Hall, Room 324
San Francisco, CA 94102-4682
*Counsel for Defendants Department of Elections - City and County of San Francisco and Dennis J. Herrera, City Attorney for the City and County of San Francisco*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed on July 15, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. Bar No. 6295901)
Counsel for All Plaintiffs