1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DOUGLAS J. WOODS, State Bar No. 161531
   Supervising Deputy Attorney General
3  ZACKERY P. MORAZZINI, State Bar No. 204237
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-8226
6   Fax: (916) 324-5567
    E-mail: Zackery.Morazzini@doj.ca.gov
7  *Attorneys for Defendants Debra Bowen, California
   Secretary of State; Edmund G. Brown Jr., California
8  Attorney General*

9  SCOTT HALLABRIN, General Counsel, SBN: 076662
   LAWRENCE T. WOODLOCK, SBN: 137676
10 Fair Political Practices Commission
    428 J Street, Suite 800
11  Sacramento, CA 95814
    Telephone: (916) 322-5660
12  Fax: (916) 327-2026
    E-mail: lwoodlock@fppc.ca.gov
13 *Attorneys for Defendants Members of the Fair
   Political Practices Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | 2:09-cv-00058-MCE-DAD |
| Plaintiffs, | **STATE DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF CLASS ACTION** |
| v. | |
| **DEBRA BOWEN, SECRETARY OF STATE FOR THE STATE OF CALIFORNIA, et al.,** | Date: August 13, 2009<br>Time: 2:00 p.m.<br>Courtroom: 14<br>The Honorable Morrison C. England, Jr. |
| Defendants. | Trial Date March 14, 2011<br>Action Filed: January 7, 2009 |

Defendants Debra Bowen, in her official capacity as the Secretary of State for the State of California, Edmund G. Brown Jr., in his official capacity as Attorney General of the State of California, and the individual members of the California Fair Political Practices Commission in

1

their official capacities ("State Defendants"), take no position with regard to Plaintiffs' pending Motion for Certification of Class Action. As such, the State Defendants file this Statement of Non-Opposition.

Dated: July 27, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DOUGLAS J. WOODS
Supervising Deputy Attorney General

/s/ Zackery P. Morazzini
ZACKERY P. MORAZZINI
Deputy Attorney General
*Attorneys for Defendants Debra Bowen, California Secretary of State; Edmund G. Brown Jr., California Attorney General*

Fair Political Practices Commission
SCOTT HALLABRIN, General Counsel
LAWRENCE T. WOODLOCK

/s/ Lawrence T. Woodlock
LAWRENCE T. WOODLOCK
*Attorneys for Defendants Members of the Fair Political Practices Commission*