OFFICE OF THE COUNTY COUNSEL
ELIZABETH M. CORTEZ, Assistant County Counsel
JUDY W. WHITEHURST, Principal Deputy County Counsel
(SBN 182855) • *jwhitehurst@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1845 · Fax: (213) 617-7182

Attorneys for DEAN C. LOGAN,
LOS ANGELES COUNTY
REGISTRAR-RECORDER/COUNTY
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ProtectMarriage.com - Yes on 8, a Project of California Renewal; National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, John Doe #1, an individual, and as a representative of the Class of Major Donors; and National Organization for Marriage California PAC<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>**Debra Bowen**, Secretary of State for the State of California, her official capacity; **Edmund G. Brown, Jr.**, Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California in his official capacity; **Department of Elections - City and County of San Francisco, Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the class of District Attorneys in the State of California; **Dennis J. Herrera,** City Attorney for the city and county of San Francisco, California in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross Johnson, Timothy Hodson, Eugene Huguenin, Jr., Robert Leidigh, and Ray Remy**, members of the California Fair Political Practices Commission, in their official capacities,<br>　　　　　　　　　　Defendants. | CASE NO. 2:09-CV-0058-MCE-DAD<br><br>**DEAN C. LOGAN'S STATEMENT OF NO POSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF CLASS ACTION**<br><br>Judge Morrison C. England, Jr.<br><br>Date:  August 13, 2009<br>Time:  2:00 p.m.<br>Courtroom:  14<br><br>Trial Date:  March 14, 2011<br>Action Filed:  January 7, 2009 |

1       This Statement of No Position is filed by Defendant Dean C. Logan, the Los
2 Angeles County Registrar-Recorder/County Clerk (hereinafter "LA County Registrar").
3 The LA County Registrar takes no position regarding Plaintiffs' pending Motion for
4 Certification of Class Action and will abide by the decision of this Court on the motion.

5

6 DATED: July 27, 2009                         Respectfully submitted,

7                                                 OFFICE OF THE COUNTY COUNSEL

8

9

10                                             By     /s/ Judy W. Whitehurst
                                                     JUDY W. WHITEHURST
11                                            Principal Deputy County Counsel

12                                   Attorneys for Dean C. Logan, Los Angeles
13                                   County Registrar-Recorder/County Clerk

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOA.630961.1

2:09-CV-0058-MCE-DAD
LOGAN'S STATEMENT OF NO POSITION RE PLTFS'
MOTION FOR CERTIFICATION OF CLASS

-2-