| | |
|---|---|
| 1 | DENNIS J. HERRERA, SB# 139669<br>City Attorney |
| 2 | WAYNE SNODGRASS, SB# 148137<br>ANDREW SHEN, SB# 232499 |
| 3 | MOLLIE LEE, SB# 251404<br>Deputy City Attorneys |
| 4 | One Dr. Carlton B. Goodlett Place<br>City Hall, Room 234 |
| 5 | San Francisco, California 94102-4682<br>Telephone: (415) 554-4705 |
| 6 | Facsimile: (415) 554-4745<br>E-Mail: mollie.lee@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendants<br>Department of Elections - City and County of San Francisco and |
| 9 | Dennis J. Herrera, City Attorney for the City and County of San Francisco |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ProtectMarriage.com - Yes on 8, a Project of California Renewal; National Organization for Marriage California - Yes on 8, Sponsored by National Organization for Marriage, John Doe #1**, an individual, and as a representative of the **Class of Major Donors**,<br><br>Plaintiffs,<br><br>vs.<br><br>**Debra Bowen,** Secretary of State for the State of California, in her official capacity; **Edmund G. Brown, Jr.,** Attorney General for the State of California, in his official capacity; **Dean C. Logan,** Registrar-Recorder of Los Angeles County, California, in his official capacity; **Department of Elections - City and County of San Francisco**; **Jan Scully,** District Attorney for Sacramento County, California, in her official capacity and as a representative of the Class of District Attorneys in the State of California; **Dennis J. Herrera**, City Attorney for the City and County of San Francisco, California, in his official capacity and as a | Case No. 2:09-CV-00058-MCE-DAD<br><br>**DEFENDANTS DEPARTMENT OF ELECTIONS – CITY AND COUNTY OF SAN FRANCISCO AND DENNIS J. HERRERA'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION OF CLASS ACTION** |

Dockets.Justia.com

representative of the Class of Elected City Attorneys in the State of California; **Ross Johnson, Timothy Hodson, Eugene Huguenin, Jr., Robert Leidigh,** and **Ray Remy**, members of the California Fair Political Practices Commission, in their official capacities,

    Defendants.

Defendants Department of Elections – City and County of San Francisco and Dennis J. Herrera, City Attorney for the City and County of San Francisco, in his official capacity (collectively "San Francisco Defendants") take no position on Plaintiffs' Motion for Certification of Class Action. The San Francisco Defendants therefore file this Statement of Non-Opposition to Plaintiffs' Motion for Certification of Class Action.

Dated: July 27, 2009

                                  DENNIS J. HERRERA
                                  City Attorney
                                  WAYNE SNODGRASS
                                  ANDREW SHEN
                                  MOLLIE LEE
                                  Deputy City Attorneys

                            By:       /s/ Andrew Shen
                                  ANDREW SHEN

                                  Attorneys for Defendants
                                  DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO AND DENNIS HERRERA