1  **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
3  350 University Ave., Suite 200
Sacramento, California 95825
4  TEL: 916.929.1481
FAX: 916.927.3706
5

6  Attorneys for Defendants JAN SCULLY, in her official capacity

7

8                    **UNITED STATES DISTRICT COURT**

                     **EASTERN DISTRICT OF CALIFORNIA**
9

10  PROTECTMARRIAGE.COM - YES ON 8, A          Case No. 2:09-CV-00058-MCE-DAD
    PROJECT OF CALIFORNIA RENEWAL;
11  NATIONAL   ORGANIZATION   FOR             **DEFENDANT   JAN   SCULLY'S**
    MARRIAGE CALIFORNIA - YES ON 8,           **CONDITIONAL STATEMENT OF NO**
12  S P O N S O R E D   B Y   N A T I O N A L **POSITION REGARDING PLAINTIFFS'**
    ORGANIZATION FOR MARRIAGE, JOHN           **MOTION  FOR  CERTIFICATION  OF**
13  DOE #1, an individual and as representative **CLASS ACTION**
    of the CLASS OF MAJOR DONORS,
14         Plaintiffs,

15  vs.

16  DEBRA BOWEN, Secretary of State for the
    State of California, in her official capacity;
17  EDMUND G. BROWN, JR., Attorney
    General for the State of California, in his
18  official   capacity;   DEAN   C.   LOGAN,
    Registrar-Recorder of Los Angeles County,
19  California,   in   his   official   capacity;
    DEPARTMENT OF ELECTIONS - CITY
20  AND COUNTY OF SAN FRANCISCO; JAN
    SCULLY, District Attorney for Sacramento
21  County, California in her official capacity and
    as a representative of the Class of District
22  Attorneys in the State of California; DENNIS
    J. HERRERA, City Attorney for the City and
23  County of San Francisco, California, in his
    official capacity and as a representative of the
24  Class of Elected City Attorneys in the State of
    California; ROSS JOHNSON, TIMOTHY
25  HODSON,  EUGENE  HUGUENIN,  JR.,
    ROBERT  LEIDIGH  and  RAY  REMY,
26  members  of  the  California  Fair  Political
    Practices   Commision,   in   their   official
27  capacities,
           Defendants.
28  _____/

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
*www.porterscott.com*

                                    1
**DEFENDANT JAN SCULLY'S CONDITIONAL STATEMENT OF NO POSITION REGARDING**
**PLAINTIFFS' MOTION FOR CERTIFICATION OF CLASS ACTION**

00705690.WPD

Dockets.Justia.com

1    Defendant JAN SCULLY, hereby provides the following response to Plaintiffs'

2 Motion for Certification of Class Action.

3    Plaintiffs have moved for class certification of both Plaintiffs and Defendants

4 pursuant to Federal Rule of Civil Procedure 23, subparagraphs (b)(1), (b)(2) and (b)(3). In

5 their Third Amended Complaint, Plaintiffs move only for declaratory and injunctive relief.

6 See TAC at p. 25, Prayer for Relief. Thus, Defendant Scully opposes Plaintiffs' motion to

7 the extent that Plaintiffs in any way seek damages, as this is not part of their Complaint and

8 they should be estopped from asserting any position to the contrary. Further, to the extent

9 that Plaintiffs seek any type of monetary damages, certification is inappropriate under Rule

10 23(b)(1) and (b)(2) and therefore Plaintiffs' motion for certification also should be denied

11 in this regard. See In re Greenman, 829 F.2d 1539 (11th Cir. 1988); McDonnell Douglas

12 Corp. v. United States Dist. Court, 523 F.2d 1083, 1085-1087 (9th Cir. 1975). Each of the

13 foregoing arguments, applicable to the proposed Plaintiff Class, is also applicable to the

14 proposed class of California District Attorneys that Plaintiffs seek to create. Therefore, out

15 of an abundance of precaution, Defendant Scully respectfully requests that Plaintiff's Motion

16 with respect to any Plaintiffs or any Defendants be denied as to any express or implied

17 potential claim for damages that Plaintiffs may assert.

18    Assuming *arguendo* Plaintiffs seek only injunctive relief, Defendant Scully, in her

19 official capacity, takes no position regarding the merits of Plaintiffs' Motion, subject to the

20 Court requiring Plaintiffs to provide at their expense notice to each member of the Defendant

21 District Attorney class should Plaintiffs' Motion be granted.

22                                    Respectfully submitted,

23 Dated: January 30, 2009            PORTER SCOTT
                                      A PROFESSIONAL CORPORATION
24
                                      By      /s/Terence J. Cassidy
25                                         Terence J. Cassidy
                                           Attorney for Defendant
26                                         JAN SCULLY, District Attorney for
                                           Sacramento County, California in her
27                                         official capacity

28

**DEFENDANT JAN SCULLY'S CONDITIONAL STATEMENT OF NO POSITION REGARDING**
**PLAINTIFFS' MOTION FOR CERTIFICATION OF CLASS ACTION**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00705690.WPD