| | |
|---|---|
| 1 | SCOTT HALLABRIN, General Counsel, SBN: 076662 |
| | LAWRENCE T. WOODLOCK, SBN: 137676 |
| 2 | Fair Political Practices Commission |
| | 428 J Street, Suite 800 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 322-5660 |
| 4 | Fax: (916) 327-2026 |
| | E-mail: lwoodlock@fppc.ca.gov |
| 5 | *Attorneys for Defendants Members of the Fair* |
| | *Political Practices Commission* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | 2:09-cv-00058-MCE-DAD |
| *Plaintiffs*, | **NOTICE OF SUBSTITUTION OF PARTIES AND AMENDMENT OF CAPTION** |
| v. | |
| **Debra Bowen,** Secretary of State for the State of California, in her official capacity; **Edmund G. Brown, Jr.**, Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California, in his official capacity; **Department of Elections – City and County of San Francisco**; **Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the Class of District Attorneys in the State of California: **Dennis J. Herrera**, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross Johnson**, **Elizabeth Garrett, Timothy Hodson**, **Lynn Montgomery** and **Ronald Rotunda**, members of the California Fair Political Practices Commission, in their official capacities, | The Honorable Morrison C. England, Jr. Trial Date: March 14, 2011 Action Filed: January 7, 2009 |
| *Defendants* | |

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned defendants hereby notify the Court, pursuant to Fed. R. Civ. P. 25(d)(1) of the following changes in the membership of the Fair Political Practices Commission, asking that the Court amend the caption of this case to reflect these changes, as follows:

> Substitute Commissioner Elizabeth Garrett in place of former Commissioner Eugene Huguenin, Jr., who was sued in his official capacity as a member of the Fair Political Practices Commission, on the ground that Mr. Huguenin's term in that office has expired, and his position has been filled by the current Commissioner Elizabeth Garrett.

Included with this Notice is a proposed Order, whose Caption accurately reflects the current membership of the Fair Political Practices Commission.

Date: September 22, 2009

Respectfully submitted:

Fair Political Practices Commission
SCOTT HALLABRIN, General Counsel
LAWRENCE T. WOODLOCK, Senior Commission Counsel

By: /s/ Lawrence T. Woodlock
Lawrence T. Woodlock
*Attorneys for Fair Political Practices Commission Defendants Johnson, Hodson, Garrett, Montgomery, and Rotunda*