SCOTT HALLABRIN, General Counsel, SBN: 076662
LAWRENCE T. WOODLOCK, SBN: 137676
Fair Political Practices Commission
428 J Street, Suite 620
Sacramento, CA 95814
Telephone: (916) 322-5660
Fax: (916) 327-2026
E-mail: lwoodlock@fppc.ca.gov
*Attorneys for Defendants Members of the Fair
Political Practices Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | 2:09-cv-00058-MCE-DAD |
| Plaintiff, | **[PROPOSED] ORDER ON NOTICE OF SUBSTITUTION OF PARTIES** |
| v. | |
| **Debra Bowen,** Secretary of State for the State of California, in her official capacity; **Edmund G. Brown, Jr**., Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California, in his official capacity; **Department of Elections – City and County of San Francisco**; **Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the Class of District Attorneys in the State of California: **Dennis J. Herrera**, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross Johnson**, **Timothy Hodson**, **Eugene Huguenin, Jr**., **Lynn Montgomery** and **Ronald Rotunda**, members of the California Fair Political Practices Commission, in their official capacities, | |
| Defendants. | |

1

Defendant members of the California Fair Political Practices Commission having filed their Notice of Substitution of Parties and Amendment of Caption, and the Court being duly advised pursuant to Fed. R. Civ. P. 25(d)(1), the Court hereby removes A. Eugene Huguenin, Jr. as a defendant in this action, and adds as a defendant Elizabeth Garrett, in her official capacity as a Commissioner of the Fair Political Practices Commission. The caption of this case shall be amended accordingly.

IT IS SO ORDERED

Dated _____, 2009

_____
Hon. Morrison C. England, Jr.
United States District Judge