1  SCOTT HALLABRIN, General Counsel, SBN: 076662
   LAWRENCE T. WOODLOCK, SBN: 137676
2  Fair Political Practices Commission
   428 J Street, Suite 620
3  Sacramento, CA 95814
   Telephone: (916) 322-5660
4  Fax: (916) 327-2026
   E-mail: lwoodlock@fppc.ca.gov
5  *Attorneys for Defendants Members of the Fair
   Political Practices Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**Debra Bowen,** Secretary of State for the State of California, in her official capacity; **Edmund G. Brown, Jr**., Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California, in his official capacity; **Department of Elections – City and County of San Francisco**; **Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the Class of District Attorneys in the State of California: **Dennis J. Herrera**, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ross Johnson**, **Timothy Hodson**, **Eugene Huguenin, Jr**., **Lynn Montgomery** and **Ronald Rotunda**, members of the California Fair Political Practices Commission, in their official capacities,<br><br>                                    Defendants. | 2:09-cv-00058-MCE-DAD<br><br>**ORDER ON NOTICE OF SUBSTITUTION OF PARTIES** |

PDF created with pdfFactory trial version www.pdffactory.com        Dockets.Justia.com

Defendant members of the California Fair Political Practices Commission having filed their Notice of Substitution of Parties and Amendment of Caption, and the Court being duly advised pursuant to Fed. R. Civ. P. 25(d)(1), the Court hereby removes Robert Leidigh and Ray Remy as defendants in this action, and adds as defendants Lynn Montgomery and Ronald Rotunda, in their official capacities as Commissioners of the Fair Political Practices Commission. The caption of this case shall be amended accordingly.

IT IS SO ORDERED.

DATED: September 22, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com