| | |
|---|---|
| 1 | James Bopp, Jr. (Ind. State Bar No. 2838-84)* |
| | Richard E. Coleson (Ind. State Bar No. 11527-70)* |
| 2 | Barry A. Bostrom (Ind. State Bar No.11912-84)* |
| | Sarah E. Troupis (Wis. State Bar No. 1061515)* |
| 3 | Scott F. Bieniek (Ill. State Bar No. 6295901)* |
| | BOPP, COLESON & BOSTROM |
| 4 | 1 South Sixth Street |
| | Terre Haute, IN 47807-3510 |
| 5 | Telephone: (812) 232-2434 |
| | Facsimile: (812) 235-3685 |
| 6 | Counsel for All Plaintiffs |

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 932-2850
Facsimile: (916) 932-2851
Counsel for All Plaintiffs

*Admitted Pro Hac Vice*
**Designated Counsel for Service*

# United States District Court
## Eastern District of California
### Sacramento Division

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| Plaintiffs, | **Stipulation to Alter the Order Certifying the Plaintiff Class of Major Donors and Request to Approve Class Notice** |
| vs. | |
| **DEBRA BOWEN, et al.,** | Judge Morrison C. England, Jr. |
| Defendants. | |

# I. Stipulation to Alter the Order Certifying the Plaintiff Class of Major Donors

Plaintiffs ProtectMarriage.com—Yes on 8, a Project of California Renewal ("**ProtectMarriage.com**"), National Organization for Marriage ("**NOM-California**"), John Doe #1, as the representative of the **Class of Major Donors**, and National Organization for Marriage California PAC ("**NOM-California PAC**"), submit the following stipulation on behalf of the parties, whose consent is indicated below, to correct an oversight in the Court's order and memorandum granting Plaintiffs' Motion for Certification of Class Action. (Dkt. 199.)

This stipulation is made pursuant to Federal Rule of Civil Procedure 23(c)(1)(C)[1] and 60(a).[2] On August 28, 2009, the Court granted Plaintiffs' Motion for Certification of Class Action, certifying a Plaintiff Class of Major Donors, a Defendant Class of District Attorneys, and a Defendant Class of Elected Attorneys. (Dkt. 199). The Court's order defined the Plaintiff Class of Major Donors as:

> All individuals and organizations that contributed ten thousand dollars ($10,000) or more to Plaintiffs ProtectMarriage.com or NOM-California.

(Dkt. 199 at 2.)

The language was taken directly from Plaintiffs' Motion for Certification of Class Action. (Dkt. 108 at 2.) Plaintiffs now recognize the definition is less than artfully drawn, as it leaves some ambiguity as to who may be included within the Class of Major Donors. To clear up any confusion, the parties propose that the Definition of the Class of Major Donors be defined as follows:

> All individuals and organizations that contributed ten thousand dollars ($10,000) or more to ProtectMarriage.com or NOM-California on or before December 31, 2008.

The proposed change ensures that the Class of Major Donors is clearly defined and comports with the requirements of Federal Rule of Civil Procedure 23(c)(1)(B).

---

[1] "An order that grants or denies class certification may be altered or amended before final judgment." Fed. R. Civ. P. 23(c)(1)(C).

[2] "The court may correct a clerical mistake or a mistake arising from oversight or ommission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. . . ." Fed. R. Civ. P. 60(a).

## II. Request to Approve Class Notice

Attached hereto as Exhibit A, is Plaintiffs' proposed notice to members of the Plaintiff Class of Major Donors. Attached hereto as Exhibit B, is Plaintiffs' proposed notice to the Defendant Class of District Attorneys. Attached hereto as Exhibit C, is Plaintiffs' proposed notice to the Defendant Class of Elected Attorneys. Attached hereto as Exhibit D, is the Request for Exclusion ("Opt-Out") Form.

Pursuant to Federal Rule of Civil 23(c)(2), "the court must direct notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort."

Plaintiffs have proposed an opt-out date of December 31, 2009.

As indicated by their signatures below, the Defendants have consented to the form and content of each of the notices. Plaintiffs now respectfully request the Court's approval of the notices.

If the Court approves the form and content of the notices, Plaintiffs shall send a copy of the relevant notice to each of the class members along with a copy of the request for exclusion form in sealed envelopes with postage thereon fully prepaid via United States mail.

Dated this 9th day of November, 2009.

                                                    Respectfully submitted,

                                                   /s/ Scott F. Bieniek

| | |
|---|---|
| Benjamin W. Bull (Ariz. State Bar No. 009940) | James Bopp, Jr. (Ind. Bar No. 2838-84) |
| ALLIANCE DEFENSE FUND | Barry A. Bostrom (Ind. Bar No.11912-84) |
| 15100 North 90th Street | Sarah E. Troupis (Wis. Bar No. 1061515) |
| Scottsdale, Arizona 85260 | Scott F. Bieniek (Ill. Bar No. 6295901) |
| *Counsel for All Plaintiffs* | BOPP, COLESON & BOSTROM |
| | 1 South Sixth Street |
| Timothy D. Chandler (Cal. Bar No. 234325) | Terre Haute, IN 47807-3510 |
| ALLIANCE DEFENSE FUND | *Counsel for All Plaintiffs* |
| 101 Parkshore Drive, Suite 100 | |
| Folsom, CA 95630 | |
| *Counsel for All Plaintiffs* | |
| *Designated Counsel for Service* | |

**So Stipulated:**

Date: October _____, 2009

_____
Zackery P. Morazzini
*Counsel for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: October _____, 2009

_____
Judy W. Whitehurst
*Counsel for Defendant Dean C. Logan*

Date: October _____, 2009

_____
Terence J. Cassidy
*Counsel for the Defendant Class of District Attorneys*

Date: October _____, 2009

_____
Mollie M. Lee
*Counsel for the Defendant Class of Elected Attorneys and Department of Elections — City and County of San Francisco*

Date: October _____, 2009

_____
Lawrence T. Woodlock
*Counsel for Defendant Members of the Fair Political Practices Commission*

**IT IS SO ORDERED.**

Date: November _____, 2009.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **So Stipulated:**<br>Date: ~~October~~ November 6, 2009 | *[signature]*<br>Zackery P. Morazzini<br>*Counsel for Defendants Debra Bowen and Edmund G. Brown, Jr.* |
| Date: October ____, 2009 | _____<br>Judy W. Whitehurst<br>*Counsel for Defendant Dean C. Logan* |
| Date: October ____, 2009 | _____<br>Terrence J. Cassidy<br>*Counsel for the Defendant Class of District Attorneys* |
| Date: October ____, 2009 | _____<br>Mollie M. Lee<br>*Counsel for the Defendant Class of Elected Attorneys and Department of Elections — City and County of San Francisco* |
| Date: October ____, 2009 | _____<br>Lawrence T. Woodlock<br>*Counsel for Defendant Members of the Fair Political Practices Commission* |

**IT IS SO ORDERED.**

Date: October ____, 2009.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4

Stipulation to Alter the Order Certifying the Pl.
Class of Major Donors and Request to Approve
Class Notice

**So Stipulated:**

Date: October _____, 2009

_____
Zackery P. Morazzini
*Counsel for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: ~~October~~ November 3, 2009 _____, 2009

[signature]
_____
Judy W. Whitehurst
*Counsel for Defendant Dean C. Logan*

Date: October _____, 2009

_____
Terrence J. Cassidy
*Counsel for the Defendant Class of District Attorneys*

Date: October _____, 2009

_____
Mollie M. Lee
*Counsel for the Defendant Class of Elected Attorneys and Department of Elections — City and County of San Francisco*

Date: October _____, 2009

_____
Lawrence T. Woodlock
*Counsel for Defendant Members of the Fair Political Practices Commission*

**IT IS SO ORDERED.**

Date: October _____, 2009.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4

Stipulation to Alter the Order Certifying the Pl.
Class of Major Donors and Request to Approve
Class Notice

**So Stipulated:**

Date: October _____, 2009

_____
Zackery P. Morazzini
*Counsel for Defendants Debra Bowen and Edmund G. Brown, Jr.*

Date: October _____, 2009

_____
Judy W. Whitehurst
*Counsel for Defendant Dean C. Logan*

Date: November 9, 2009

___/s/ Terence J. Cassidy_____
Terence J. Cassidy
*Counsel for the Defendant Class of District Attorneys*
**As Authorized November 9, 2009**

Date: October _____, 2009

_____
Mollie M. Lee
*Counsel for the Defendant Class of Elected Attorneys and Department of Elections — City and County of San Francisco*

Date: October _____, 2009

_____
Lawrence T. Woodlock
*Counsel for Defendant Members of the Fair Political Practices Commission*

**IT IS SO ORDERED.**

Date: November _____, 2009.

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**So Stipulated:**

1

2　Date: October _____, 2009

3　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Zackery P. Morazzini
4　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Debra Bowen and*
　　　　　　　　　　　　　　　　　　　　　　　*Edmund G. Brown, Jr.*
5

6　Date: October _____, 2009

7　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judy W. Whitehurst
8　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Dean C. Logan*

9

10　Date: October _____, 2009

11　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Terrence J. Cassidy
12　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Defendant Class of District*
　　　　　　　　　　　　　　　　　　　　　　*Attorneys*
13

14

15　Date: ~~October~~ *November 6*, 2009　　　　*/s/ Mollie Lee*
　　　　　　　　　　　　　　　　　　　　　　_____
16　　　　　　　　　　　　　　　　　　　　　　Mollie M. Lee
　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Defendant Class of Elected*
17　　　　　　　　　　　　　　　　　　　　　　*Attorneys and Department of Elections — City*
　　　　　　　　　　　　　　　　　　　　　　*and County of San Francisco*
18

19

20　Date: October _____, 2009

21　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Lawrence T. Woodlock
22　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Members of the Fair*
　　　　　　　　　　　　　　　　　　　　　　*Political Practices Commission*

**IT IS SO ORDERED.**

23　Date: October _____, 2009.

24

25
　　　　　　　　　　　　　　　　　　　　　　_____
26　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
27

28
　　　　　　　　　　　　　　　　　　　　　　　Stipulation to Alter the Order Certifying the Pl.
　　　　　　　　　　　　　　　　　　　　　　　Class of Major Donors and Request to Approve
　　　　　　　　　　　　4　　　　　　　　　　　　　　　　　　　　　　Class Notice

| | | |
|---|---|---|
| 1 | **So Stipulated:** | |
| 2 | Date: October ____, 2009 | |
| 3 | | _____ |
| | | Zackery P. Morazzini |
| | | *Counsel for Defendants Debra Bowen and Edmund G. Brown, Jr.* |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | Date: October ____, 2009 | _____ |
| | | Judy W. Whitehurst |
| | | *Counsel for Defendant Dean C. Logan* |
| 8 | | |
| 9 | | |
| 10 | Date: October ____, 2009 | |
| 11 | | _____ |
| | | Terrence J. Cassidy |
| | | *Counsel for the Defendant Class of District Attorneys* |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Date: October ____, 2009 | _____ |
| 16 | | Mollie M. Lee |
| | | *Counsel for the Defendant Class of Elected Attorneys and Department of Elections — City and County of San Francisco* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Date: ~~October~~ NOV. 5, 2009 | /s/ Lawrence T. Woodlock |
| | | _____ |
| | | Lawrence T. Woodlock |
| 21 | | *Counsel for Defendant Members of the Fair Political Practices Commission* |
| 22 | **IT IS SO ORDERED.** | |
| 23 | Date: October ____, 2009. | |
| 24 | | |
| 25 | | _____ |
| 26 | | MORRISON C. ENGLAND, JR. |
| | | UNITED STATES DISTRICT JUDGE |
| 27 | | |
| 28 | | |

4

Stipulation to Alter the Order Certifying the Pl.
Class of Major Donors and Request to Approve
Class Notice