# Exhibit D

**Stipulation to Alter the Order Certifying the Pl.
Class of Major Donors and Request to Approve
Class Notice — Exhibit D**

# POLITICAL REFORM ACT OF 1974 CLASS ACTION
*ProtectMarriage.com, et al. v. Debra Bowen, et al.*, Civil Action No. 2:09-cv-00058 (E.D. Cal.)

# REQUEST FOR EXCLUSION ("OPT-OUT") FORM

*Complete this form **only** if you would like to be excluded from the class that has been certified in this case. Before completing this form, you should read the enclosed Notice of Class Action. You should **not** complete this form if you want to remain a member of the class.*

If you would like to be excluded from this class action, please complete and sign this form and send it by mail, fax, or e-mail before December 31, 2009, to:

ProtectMarriage.com v. Bowen Exclusions
1 S. Sixth St.
Terre Haute, IN 47807-3510
Fax: (812) 235-3685
E-mail: bcb@bopplaw.com

The undersigned has read the Notice of Class Action dated September, 30, 2009, and states that he or she does not want to remain a member of the class certified in *ProtectMarriage.com, et al. v. Debra Bowen, et al.*, Civil Action No. 2:09-cv-00058, currently pending in the United States District Court for the Eastern District of California. The undersigned understands that, by completing this form, he or she will not share in any judgment that is obtained for the class.

| | |
|---|---|
| MEMBER OF: | Plaintiff Class of Major Donors |
| | Defendant Class of District Attorneys |
| | Defendant Class of Elected Attorneys |
| YOUR NAME: | _____ |
| | (Please Print) |
| ADDRESS: | _____ |
| | Street Address |
| | _____ |
| | City         State         Zip |
| SIGNATURE: | _____ |
| | Date |