James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 932-2850
Facsimile: (916) 932-2851
Counsel for All Plaintiffs

*Admitted Pro Hac Vice*
**Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| Plaintiffs, | **Certificate of Service** |
| vs. | Judge Morrison C. England, Jr. |
| **DEBRA BOWEN, et al.,** | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the above-captioned action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807-3510.

On November 9, 2009, I electronically filed the document described as Stipulation to Alter the Order Certifying the Plaintiff Class of Major Donors and Request to Approve Class Notice with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Zackery P. Morazzini
zackery.morazzini@doj.ca.gov
*Counsel for Defendants Debra Bowen & Edmund G. Brown, Jr.*

Judy W. Whitehurst
jwhitehurst@counsel.lacounty.gov
*Counsel for Defendant Dean C. Logan*

Terence J. Cassidy
tcassidy@porterscott.com
Counsel for the Defendant Class of District Attorneys

Mollie M. Lee
mollie.lee@sfgov.org
*Counsel for Defendants Dennis J. Herrera &
the Defendant Class of Elected Attorneys*

Lawrence T. Woodlock
lwoodlock@fppc.ca.gov
*Counsel for Defendant Members of the Fair Political
Practices Commission*

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 9th day of November, 2009.

 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
*Counsel for All Plaintiffs*