James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:   (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:   (480) 444-0020
Facsimile:   (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:   (916) 932-2851
Counsel for All Plaintiffs

*Admitted Pro Hac Vice*
**Designated Counsel for Service*

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| Plaintiffs, | **Certificate of Service — Notice to Members of the Plaintiff Class of Major Donors** |
| vs. | |
| **DEBRA BOWEN, et al.,** | Judge Morrison C. England, Jr. |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the above-captioned action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807-3510.

On Friday, December 4, 2009, I mailed notice to every individual or organization that contributed ten thousand dollars ($10,000) or more to Plaintiff National Organization for Marriage California—Yes on 8, Sponsored by National Organization for Marriage by placing a copy of the approved Notice of Class Action and Opt-Out Form in a sealed envelope with postage thereon fully prepaid in the United States mail at Terre Haute, Indiana, addressed to the individual's or organization's last-known address.

On Tuesday, December 8, 2009, I mailed notice to every individual or organization that contributed ten thousand dollars ($10,000) or more to Plaintiff ProtectMarriage.com—Yes on 8, a Project of California Renewal by placing a copy of the approved Notice of Class Action and Opt-Out Form in a sealed envelope with postage thereon fully prepaid in the United States mail at Terre Haute, Indiana, addressed to the individual's or organization's last-known address.

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 9th day of December, 2009.

/s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
*Counsel for All Plaintiffs*