James Bopp, Jr. (Ind. State Bar No. 2838-84)*
Richard E. Coleson (Ind. State Bar No. 11527-70)*
Barry A. Bostrom (Ind. State Bar No.11912-84)*
Sarah E. Troupis (Wis. State Bar No. 1061515)*
Scott F. Bieniek (Ill. State Bar No. 6295901)*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN 47807-3510
Telephone:   (812) 232-2434
Facsimile:     (812) 235-3685
Counsel for All Plaintiffs

Benjamin W. Bull (AZ Bar No. 009940)*
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona  85260
Telephone:   (480) 444-0020
Facsimile:     (480) 444-0028
Counsel for All Plaintiffs

Timothy D. Chandler (Cal. State Bar No. 234325)**
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone:   (916) 932-2850
Facsimile:     (916) 932-2851
Counsel for All Plaintiffs

*  Admitted Pro Hac Vice
** Designated Counsel for Service

**United States District Court**
**Eastern District of California**
**Sacramento Division**

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**DEBRA BOWEN, et al.,**<br><br>**Defendants.** | Case No. 2:09-CV-00058-MCE-DAD<br><br>**Certificate of Service — Notice to Members of the Defendant Class of District Attorneys**<br><br>Judge Morrison C. England, Jr. |

# CERTIFICATE OF SERVICE

I, Scott F. Bieniek, am over the age of 18 years and not a party to the above-captioned action. My business address is 1 South Sixth Street, Terre Haute, Indiana 47807-3510.

On Friday, December 4, 2009, I mailed notice to every member of the Defendant Class of District Attorneys by placing a copy of the approved Notice of Class Action and Opt-Out Form in a sealed envelope with postage thereon fully prepaid in the United States mail at Terre Haute, Indiana, addressed to the class members last-known address.

I declare under the penalty of perjury under the laws of the State of Indiana that the above is true and correct. Executed this 9th day of December, 2009.

 /s/ Scott F. Bieniek
Scott F. Bieniek (Ill. State Bar No. 6295901)
*Counsel for All Plaintiffs*