IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PROTECTMARRIAGE.COM, et al.,

    Plaintiffs,

No. CIV S-09-0058 MCE DAD

v.

DEBRA BOWEN, et al.,

ORDER

    Defendants.

_____/

    This case came before the court on June 4, 2010, for hearing on the motion to compel filed on May 7, 2010, by defendants Debra Bowen and Edmund G. Brown, Jr. Sarah E. Troupis, Esq. appeared for plaintiffs. Erin V. Peth, Esq. appeared for moving defendants Bowen and Brown. Lawrence T. Woodlock, Esq. appeared for defendant members of the California Fair Political Practices Commission, and attorneys Jill Ellen Habig and Mollie Mindes Lee appeared for defendants Dennis J. Herrera and the Department of Elections for the City and County of San Francisco.

    Upon consideration of the parties' briefing and their arguments in open court, and for the reasons stated on the record at the hearing, the court grants, in part, defendant Bowen and Brown's motion (Doc. No. 218) to compel further responses to defendants' first set of interrogatories and first set of requests for production of documents. On an on-going basis,

1

plaintiffs shall serve further responses to the discovery requests at issue, as agreed in court and subject to the attached Stipulation of Parties Re: Evidence. Defendants' motion for discovery sanctions and for costs and attorneys fees is denied.

IT IS SO ORDERED.

DATED: June 8, 2010.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/protectmg0058.dmtc.oah..060410

1  DENNIS J. HERRERA, State Bar No. 139669
   City Attorney
2  WAYNE SNODGRASS, State Bar No. 148137
   JON GIVNER, State Bar No. 208000
3  ANDREW SHEN, State Bar No. 232499
   MOLLIE LEE, State Bar No. 251404
4  Deputy City Attorneys
     One Dr. Carlton B. Goodlett Place
5    City Hall, Room 234
     San Francisco, California 94102-4682
6    Telephone: (415) 554-4705
     Facsimile: (415) 554-4745
7    E-mail: mollie.lee@sfgov.org
   *Attorneys for Defendants Department of Elections –*
8  *City and County of San Francisco and Dennis J.*
   *Herrera, City Attorney for the City and County of*
9  *San Francisco*

10 *(Additional Counsel of Next Page)*

11                     IN THE UNITED STATES DISTRICT COURT

12                    FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | 2:09-cv-00058-MCE-DAD |
| Plaintiffs, | **STIPULATION OF PARTIES RE: EVIDENCE** |
| v. | |
| **DEBRA BOWEN, SECRETARY OF STATE FOR THE STATE OF CALIFORNIA, et al.,** | |
| Defendants. | |

1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN K. RENNER, State Bar No. 187138
   Senior Assistant Attorney General
3  STEPHEN P. ACQUISTO, State Bar No. 172527
   Supervising Deputy Attorney General
4  ERIN V. PETH, State Bar No. 227850
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 323-8230
7    Fax: (916) 324-8835
     E-mail: Erin.Peth@doj.ca.gov
8  *Attorneys for Defendants Debra Bowen,
   California Secretary of State, and Edmund G. Brown Jr.,
9  Attorney General of the State of California*

10 SCOTT HALLABRIN, State Bar No. 76662
   General Counsel
11 LAWRENCE T. WOODLOCK, State Bar No. 137676
   Fair Political Practices Commission
12   428 J Street, Suite 620
     Sacramento, CA 95814
13   Telephone: (916) 322-5660
     Fax: (916) 327-2026
14   E-mail: Lwoodlock@fppc.ca.gov
   *Counsel for Defendants Members of the Fair Political
15 Practices Commission*

Plaintiffs' Third Amended Complaint alleges that that there is a reasonable probability that compliance with the reporting and disclosure requirements of California's Political Reform Act of 1974, Cal. Gov't Code § 81000 et seq., will result in threats, harassment, and reprisals. Plaintiffs hereby stipulate that in support of this claim, they will not rely upon or offer into evidence at any stage of this litigation any evidence other than the following:

1) The 58 Doe declarations already submitted in this action in support of Plaintiffs' motion for summary judgment.

2) Any Doe declarations alleging additional incidents of threats, harassment and reprisals related to the declarant's support for Proposition 8 that Plaintiffs may produce to Defendants before the close of non-expert discovery. Plaintiffs represent that they currently are not aware of any individuals who intend to submit such declarations.

3) Media reports about incidents of harassment for whatever evidentiary value they may have. Plaintiffs will not rely upon or offer any additional evidence verifying or corroborating the content of the media reports.

4) Testimony as to threats, harassment or reprisals directed at Brian Brown or Ron Prentice personally. Specifically, Plaintiffs will limit this category of evidence to (a) phone calls or voicemails left on Brown or Prentice's direct telephone lines, (b) e-mails sent to their individual e-mail addresses, (c) letters addressed to them as individuals, (d) in-person encounters in which Brown or Prentice personally experienced threats, harassment or reprisals, (e) phone calls or e-mails to the National Organization for Marriage ("NOM"), National Organization for Marriage – California ("NOM-CA") or National Organization for Marriage – California PAC ("NOM-CA PAC") referencing Brian Brown by name, and (f) phone calls or e-mails to ProtectMarriage referencing Ron Prentice by name. It does not include phone calls, e-mails, letters or any communication directed to NOM or its employees that does not specifically reference Brian Brown by name. It also does not include phone calls, e-mails, letters or any communication directed to ProtectMarriage or its employees that

3

| | |
|---|---|
| 1 | does not specifically reference Ron Prentice by name. In the event that Defendants |
| 2 | depose any additional witnesses to testify about threats, harassment, or reprisals |
| 3 | personally directed at these witnesses, Plaintiffs reserve the right to present testimony |
| 4 | or evidence on that topic, subject to the conditions described above. |

5) Plaintiffs' representations in Plaintiffs' Interrogatory Responses served on March 1, 2010 as to the number of persons from whom Plaintiffs have heard regarding incidents of threats, harassment or reprisals. Plaintiffs will not rely upon or submit any additional evidence further characterizing or elaborating upon these incidents.

Plaintiffs also stipulate to the authenticity of any documents created and distributed by Plaintiffs and their affiliates and produced by Plaintiffs in this matter. This means any documents: (a) on the letterhead of NOM, NOM-CA, NOM-CA PAC, or ProtectMarriage.com, and (b) any e-mails sent to their mailing lists from any e-mail address at NOM, NOM-CA, NOM-CA PAC, or ProtectMarriage.com. Plaintiffs stipulate that these documents were created by Plaintiffs and disseminated by Plaintiffs to their mailing lists on the date shown on the document.

Plaintiffs stipulate that they will provide Defendants with the opportunity to conduct additional discovery on the basis of any new Doe declarations or documents produced in this matter.

Defendants relied upon this stipulation in conducting the depositions of Brian Brown and Ron Prentice. Defendants do not agree that Plaintiffs have proven any facts regarding threats, harassment and reprisals against supporters of Proposition 8 or traditional marriage, and do not waive any objections or factual or legal arguments that may be relevant to this matter. This stipulation does not release Plaintiffs of their obligations to disclose information pursuant to Rule 26 of the Rules of Federal Procedure, to respond to the continuing discovery requests served on October 30, 2009, or any other obligation to disclose information to the parties or to the Court.

///

///

///

4

| | | |
|---|---|---|
| 1 | Dated: May 29, 2010 | Respectfully submitted, |
| 2 | | DENNIS J. HERRERA<br>City Attorney |
| 3 | | WAYNE SNODGRASS<br>JON GIVNER |
| 4 | | ANDREW SHEN<br>Deputy City Attorneys |
| 5 | | |
| 6 | | /s/ Signature on File |
| 7 | | MOLLIE LEE<br>Deputy City Attorney |
| 8 | | *Attorneys for Defendants Department of Elections – City and County of San* |
| 9 | | *Francisco and Dennis J. Herrera, City Attorney for the City and County of San* |
| 10 | | *Francisco* |
| 11 | | |
| 12 | Dated: May 29, 2010 | |
| 13 | | /s/ Signature on File |
| 14 | | SARAH E. TROUPIS<br>Bopp, Coleson & Bostrom |
| 15 | | *Attorneys for Plaintiffs*<br>*ProtectMarriage.com, National Organization* |
| 16 | | *for Marriage, and National Organization for Marriage California PAC* |
| 17 | | |
| 22 | SA2009307359<br>10573151.doc | |

5