1 | JOHN W. WALLACE, SBN: 137734
LAWRENCE T. WOODLOCK, SBN: 137676
2 | Fair Political Practices Commission
428 J Street, Suite 620
3 | Sacramento, CA 95814
Telephone: (916) 322-5660
4 | Fax: (916) 327-2026
E-mail: lwoodlock@fppc.ca.gov
5 | *Attorneys for Defendants Members of the Fair
Political Practices Commission*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | 2:09-cv-00058-MCE-DAD |
| Plaintiff, | **ORDER** |
| v. | |
| **Debra Bowen,** Secretary of State for the State of California, in her official capacity; **Kamala D. Harris**, Attorney General for the State of California, in his official capacity; **Dean C. Logan**, Registrar-Recorder of Los Angeles County, California, in his official capacity; **Department of Elections – City and County of San Francisco**; **Jan Scully**, District Attorney for Sacramento County, California, in her official capacity and as a representative of the Class of District Attorneys in the State of California: **Dennis J. Herrera**, City Attorney for the City and County of San Francisco, California, in his official capacity and as a representative of the Class of Elected City Attorneys in the State of California; **Ann Ravel**, **Sean Eskovitz, Elizabeth Garrett**, **Lynn Montgomery** and **Ronald Rotunda**, members of the California Fair Political Practices Commission, in their official capacities, | |
| Defendants. | |

Defendants members of the California Fair Political Practices Commission and Attorney General of California, having filed their Notice of Substitution of Parties and Amendment of Caption, and the Court being duly advised pursuant to Fed. R. Civ. P. 25(d)(1), the Court hereby removes Dan Schnur, Timothy Hodson, and Edmund G. Brown, Jr. as defendants in this action, and adds as defendants Ann Ravel, in her official capacity as Chair of the Fair Political Practices Commission, Sean Eskovitz, in his official capacity as Commissioner of the Fair Political Practices Commission, and Kamala D. Harris, in her official capacity as Attorney General of the State of California. The caption of this case shall be amended accordingly.

IT IS SO ORDERED.

Date: July 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE