## United States District Court
### Eastern District of California
### Sacramento Division

| | |
|---|---|
| **PROTECTMARRIAGE.COM, et al.,** | Case No. 2:09-CV-00058-MCE-DAD |
| **Plaintiffs,** | Judge Morrison C. England, Jr. |
| vs. | **Order Granting Plaintiffs' Request to Exceed Page Limit** |
| **DEBRA BOWEN, et al.,** | |
| **Defendants.** | |

Having reviewed Plaintiffs' request to extend the page limitations for briefing set forth in the Court's Second Amended Pretrial Scheduling Order ("Scheduling Order") (ECF No. 225) filed June 3, 2010, and good cause appearing therefore,

**IT IS ORDERED** that the Court's Scheduling Order is modified as follows:

1) The points and authorities submitted in support of the Plaintiffs' Motion for Summary Judgment may be up to forty (40) pages in length;

2) The opposition points and authorities to Plaintiffs' Motion for Summary Judgment may also be up to forty (40) pages in length; and

///
///
///
///

3) This order does not affect the Scheduling Order as it relates to the applicable page limit for Plaintiffs' reply brief.

**IT IS SO ORDERED.**

Dated: August 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE