UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PROTECTMARRIAGE.COM, et al.,            No. 2:09-cv-00058-MCE-DAD

    Plaintiffs,

 v.                                      MEMORANDUM AND ORDER

DEBRA BOWEN, et al.,

    Defendants.

----oo0oo----

By this Order, the Court hereby confirms for the record that the Court's ruling at the hearing on Thursday, October, 20, 2011, was preliminary only. The basis for the Court's decision and any statements the Court made on the record do not bind the Court or form the basis for the Court's ultimate decision, which, as stated at the hearing, will ultimately be documented in a formal written order. Until the formal order is issued, there is no final judgment in this matter.

IT IS SO ORDERED.

Dated: October 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1