# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTMARRIAGE.COM – YES ON 8; et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA BOWEN, et al., <br><br> Defendants. | No. 2:09-cv-00058-MCE-DAD <br><br> **ORDER** |

This Court entered judgment in favor of Defendants on November 4, 2011. On May 20, 2014, a panel of the Ninth Circuit Court of Appeals issued an opinion: (1) affirming that judgment as to Plaintiffs' facial challenges; (2) dismissing the appeal as non-justiciable as to Plaintiffs' as-applied challenges; and (3) remanding for this Court to vacate its decision as to those latter claims. That court issued its mandate on July 25, 2014.

///
///
///
///
///

Accordingly, the Court now vacates its decision and judgment in Defendant's favor on Plaintiff's as-applied challenges only and instead dismisses those causes of action as non-justiciable. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: August 18, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT